UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JONATHAN NNEBE, et al.,

              Plaintiffs,

        -against-

MATTHEW DAUS, et al.,

              Defendants.

---------------------------------------------------------------x

06-cv-4991 (RJS)

ANTHONY STALLWORTH, *individually and on behalf of all others similarly situated*, et al.,

              Plaintiffs,

        -against-

MEERA JOSHI, et al.,

              Defendants.

---------------------------------------------------------------x

17-cv-7119 (RJS)

**SCHEDULING ORDER**

      **ONA T. WANG**, **United States Magistrate Judge:**

      Parties are directed to select one of the following dates for an in-person settlement conference:

- Friday, February 28, 2020 at 10:00 a.m.
- Monday, March 2, 2020 at 10:00 a.m.
- Friday, March 6, 2020 at 10:00 a.m.

The parties must submit a joint email to Chambers with their chosen date by **Thursday,**

**February 27, 2020**.

As ordered by Judge Sullivan, either the TLC Chair or the General Counsel are directed to attend the conference for Defendants, and a comparable decision maker is directed to attend for Plaintiffs. If the parties cannot make progress towards settlement at this conference, they should be prepared to continue litigating this case before Judge Sullivan.

**SO ORDERED.**

Dated: February 26, 2020
     New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge