**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JONATHAN NNEBE, et al.,                    :
                                            :
                 Plaintiffs,                :        06-cv-4991 (RJS)
                                            :
         -against-                          :
                                            :
MATTHEW DAUS, et al.,                       :
                                            :
                 Defendants.                :
                                            :
------------------------------------------------------------x

ANTHONY STALLWORTH, individually and on     :
behalf of all others similarly situated, et al., :
                                            :
                 Plaintiffs,                :        17-cv-7119 (RJS)
                                            :
         -against-                          :        ORDER
                                            :
MEERA JOSHI, et al.,                        :
                                            :
                 Defendants.                :
                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a settlement conference on March 2, 2020. (*See* ECF 443). During the conference, the Court provided a mediator's proposal on a limited portion of the case, with the parties directed to notify the Court of their decision by March 9, 2020. The proposal was not accepted.

Accordingly, the Court finds that it would not be productive at this time to engage in further settlement discussions.

**SO ORDERED.**

Dated: March 10, 2020
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge