UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X--------------------------------------------------------------X

| | |
|---|---|
| JONATHAN NNEBE, ALEXANDER KARMANSKY, EDUARDO AVENAUT, KHAIRUL AMIN and the NEW YORK TAXI WORKERS ALLIANCE, individually and on behalf of all others similarly situated, | 06-CV-4991 |
| Plaintiffs, | |
| -Against- | |
| MATTHEW DAUS, CHARLES FRASER, JOSEPH ECKSTEIN, ELIZABETH BONINA, THE NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, AND THE CITY OF NEW YORK, | |
| Defendants. | |

X--------------------------------------------------------------X
X--------------------------------------------------------------X

| | |
|---|---|
| ANTHONY STALLWORTH, PARICHAY BARMAN, NOOR TANI and the NEW YORK TAXI WORKERS ALLIANCE, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | 17-CV-7119 |
| -Against- | |
| MEERA JOSHI, CHRIS WILSON, STAS SKARBO, AND THE CITY OF NEW YORK, | |
| Defendants. | |

X--------------------------------------------------------------X

**NOTICE OF MOTION FOR PRELIMINARY
AND PERMANENT INJUNCTIVE RELIEF**

PLEASE TAKE NOTICE that upon the declaration of Daniel L. Ackman dated April __, 2020, the Exhibits thereto, and the accompanying Memorandum of Law, plaintiffs, individually

and on behalf of all others similarly situated, will move this Court, before Hon. Richard J. Sullivan, 500 Pearl St., New York, NY 10007-1312 , at a time to be determined by the Court, for an order pursuant to Rule 65 of the Federal Rules of Civil Procedure and the Court of Appeals Decision and Mandate in these actions granting plaintiffs preliminary and permanent injunctive relief consistent with the decision and mandate and, separately, for an order enjoining summary suspensions on arrest during the Covid-19 pandemic.

Dated: New York, New York
April 9, 2020

/s/_____
Daniel L. Ackman
222 Broadway, 19th Floor
New York, NY 10038
Tel: 917-282-8178
dan@danackmanlaw.com

David T. Goldberg
Donahue, Goldberg, Weaver & Littleton
109 S. 5th Street, Suite 4201
Brooklyn, NY 11249
Tel: 212.334.8813
david@donahuegoldberg.com

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Tel: 617-994-5800
sliss@llrlaw.com

Attorneys for Plaintiffs

TO:
Amy Weinblatt
New York City Law Department
100 Church Street, 5th Floor
New York, New York 10007
(212) 356-2179