UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*, <br><br>                       Plaintiffs, <br> -v- <br> MATTHEW DAUS, *et al.*, <br><br>                       Defendants. <br><br> ANTHONY STALLWORTH, *individually and on behalf of all others similarly situated, et al.*, <br><br>                       Plaintiffs, <br> -v- <br> MEERA JOSHI *et al.*, <br><br>                       Defendants. | No. 06-cv-4991 (RJS) <br> No. 17-cv-7119 (RJS) <br> <u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of Plaintiffs' motion for both a preliminary and permanent injunction (Doc. Nos. 452–54);[1] Defendants' opposition to Plaintiffs' motion (Doc. No. 455–56); and Plaintiffs' reply (Doc. No. 457).

      IT IS HEREBY ORDERED THAT the parties shall appear for oral argument on Plaintiffs' motion on July 10, 2020 at 2:00 p.m. In light of the ongoing COVID-19 pandemic, which has temporarily restricted access to the Courthouse, the conference will take place via Skype for Business. Information for accessing the conference will be sent to the parties in due course. No later than 5:00 p.m. on July 9, 2020, the parties must jointly email to the Court a list of the names and email addresses of persons who anticipate speaking during the

---

[1] All docket citations are to 06-cv-4991.

videoconference, as well as the phone numbers of those who will be participating via telephone conference.

Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:     June 29, 2020
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation