UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*, <br><br> Plaintiffs <br><br> -v- <br><br> MATTHEW DAUS, *et al.*, <br><br> Defendants <br><br><br> ANTHONY STALLWORTH, *individually and on behalf of all others similarly situated, et al.*, <br><br> Plaintiffs <br><br> -v- <br><br> MEERA JOSHI, *et al.*, <br><br> Defendants | No. 06-cv-4991 (RJS) <br> No. 17-cv-7119 (RJS) <br> <u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

      As stated on the record during the July 10, 2020 oral argument, Plaintiffs shall file their motion for class certification by July 17, 2020; Defendants shall file their response to Plaintiff's motion for class certification by August 14, 2020; and Plaintiffs shall file their reply by August 28, 2020.

SO ORDERED.

Dated:    July 13, 2020
             New York, New York

                                                                   RICHARD J. SULLIVAN
                                                                   UNITED STATES CIRCUIT JUDGE
                                                                     Sitting by Designation