UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> MATTHEW DAUS, *et al.*, <br><br> Defendants. | No. 06-cv-4991 (RJS) |
| ANTHONY STALLWORTH, *individually and on behalf of all others similarly situated, et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> MEERA JOSHI, *et al.*, <br><br> Defendants. | No. 17-cv-7119 (RJS) <br><br> ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the conference scheduled for Tuesday, April 19, 2022 at 10:00am is rescheduled to April 19, 2022 at 2:30pm. The Court apologizes for any inconvenience caused by this necessary change.

SO ORDERED.

Dated:    April 1, 2022
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation