UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> MATTHEW DAUS, *et al.*, <br><br> Defendants. | No. 06-cv-4991 (RJS) |
| ANTHONY STALLWORTH, *individually and on behalf of all others similarly situated, et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> MEERA JOSHI, *et al.*, <br><br> Defendants. | No. 17-cv-7119 (RJS) <br><br> ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On April 22, 2022, this Court issued an order instructing Class Counsel to file a final Class List under seal by August 1, 2022. (Doc. No. 544 at 3.) To date, however, Class Counsel has failed to make the required filing. Accordingly, IT IS HEREBY ORDERED THAT Class Counsel shall file the Class List no later than **Monday, August 8, 2022**. No further extensions will be granted absent truly compelling circumstances.

SO ORDERED.

Dated: August 4, 2022
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation