UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*, <br><br>                  Plaintiffs, <br> -v- <br> MATTHEW DAUS, *et al.*, <br><br>                  Defendants. | No. 06-cv-4991 (RJS) |
| ANTHONY STALLWORTH, *individually and on behalf of all others similarly situated, et al.*, <br><br>                  Plaintiffs, <br> -v- <br> MEERA JOSHI, *et al.*, <br><br>                  Defendants. | No. 17-cv-7119 (RJS) <br><br> ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is now in receipt of Class Counsel's sealed final class list. (Doc. No. 550.) During the conference held on April 19, 2022, Class Counsel requested an opportunity to discuss individual damages hearings with their clients before providing the Court with a final list of plaintiffs intending to seek a damages hearing. (*See* Doc. Nos. 543, 544.) As the opt-out deadline has now passed and Class Counsel have had several months to conduct the desired outreach, IT IS HEREBY ORDERED THAT Class Counsel shall provide the Court with a sealed list of plaintiffs intending to seek individual damages hearings no later than **Monday, August 29, 2022**. The parties are FURTHER ORDERED to submit a joint letter, no later than **Monday, September 12, 2022**, proposing a schedule for the remainder of the litigation. The letter shall also address the parties' proposals regarding (1) the form, manner, and timeline for conducting individual damages

hearings; and (2) the adjudication of nominal damages for the remaining class members, including whether separate subclasses should be certified for plaintiffs seeking nominal versus compensatory damages.

Dated:     August 22, 2022
               New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation