UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*, <br><br> Plaintiffs, <br> -v- <br> MATTHEW DAUS, *et al.*, <br><br> Defendants. | No. 06-cv-4991 (RJS) |
| ANTHONY STALLWORTH, *individually and on behalf of all others similarly situated, et al.*, <br><br> Plaintiffs, <br> -v- <br> MEERA JOSHI, *et al*., <br><br> Defendants. | No. 17-cv-7119 (RJS) <br><br> ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of the parties' September 23, 2022 joint letter, in which Plaintiffs request a court order requiring Defendants to produce the phone numbers of each class member. (Doc. No. 555.)[1]  Because Plaintiffs have not persuasively shown that their current methods for reaching out to class members – which Plaintiffs and Defendants themselves proposed as sufficient

---

[1] All record citations are to docket 06-cv-4991.

to disseminate Class Notice (Doc. No. 541 at 4) – is inadequate to initiate communication with class members regarding hearings on compensatory damages, Plaintiffs' request is DENIED.

SO ORDERED.

Dated:	September 27, 2022
	New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation