UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*, <br><br>                    Plaintiffs, <br><br> -v- <br><br> MATTHEW DAUS, *et al.*, <br><br>                    Defendants. | No. 06-cv-4991 (RJS) |
| ANTHONY STALLWORTH, *individually and on behalf of all others similarly situated, et al.*, <br><br>                    Plaintiffs, <br><br> -v- <br><br> MEERA JOSHI, *et al.*, <br><br>                    Defendants. | No. 17-cv-7119 (RJS) <br><br><br> ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a conference on Monday, April 17, 2023 at 11:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, to discuss the parties' proposals regarding the form, manner, and timeline for conducting individual damages hearings.

SO ORDERED.

Dated:      March 21, 2023
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation