UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*,<br><br>            Plaintiffs,<br><br>   -v-<br><br>MATTHEW DAUS, *et al.*,<br><br>            Defendants. | No. 06-cv-4991 (RJS) |
| ANTHONY STALLWORTH, *individually and on behalf of all others similarly situated, et al.*,<br><br>            Plaintiffs,<br><br>   -v-<br><br>MEERA JOSHI, *et al.*,<br><br>            Defendants. | No. 17-cv-7119 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the conference in this matter, which is currently scheduled for 10:00 a.m. on Tuesday, May 2, 2023, will take place in Courtroom 23B (instead of 24B) at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:      April 25, 2023
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation