UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*, | No. 06-cv-4991 (RJS) |
| Plaintiffs, | |
| -v- | |
| MATTHEW DAUS, *et al.*, | |
| Defendants. | |
| ANTHONY STALLWORTH, *individually and on behalf of all others similarly situated, et al.*, | No. 17-cv-7119 (RJS) |
| Plaintiffs, | ORDER |
| -v- | |
| MEERA JOSHI, *et al.*, | |
| Defendants. | |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the conference in this matter, which is currently scheduled for 10:00 a.m. today, will take place in Courtroom 20C (instead of 23B) at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:      May 2, 2023
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation