UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN NNEBE, *et al.*,

                        Plaintiffs,

   -v-

MATTHEW DAUS, *et al.*,

                        Defendants.

No. 06-cv-4991 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the parties' September 8, 2023 letter regarding the scheduling of trial and pretrial deadlines. (Doc. No. 608.) Due to the unavailability of Ms. Liss-Riordan, IT IS HEREBY ORDERED THAT the damages trial originally scheduled to commence on October 16, 2023 will instead commence on November 13, 2023. IT IS FURTHER ORDERED THAT the final pretrial conference shall take place on November 3, 2023 at 10:00 a.m.

Additionally, in accordance with the parties' request, IT IS FURTHER ORDERED THAT the existing pretrial deadlines shall be adjusted as follows:

- Defendants' motion in limine with respect to Plaintiffs' proposed expert witnesses shall be filed no later than September 15, 2023.

- The planned information exchange pertaining to the individual Plaintiffs participating in the November 13, 2023 trial shall be provided as soon as possible but no later than September 25, 2023. Plaintiffs' counsel shall also file an update regarding Nur I. Miah's availability for trial no later than September 25, 2023.

- The joint proposed pretrial order, voir dire questions, verdict form, and jury instructions, as well as any other motions in limine and, if useful, a pretrial memorandum, shall be filed

no later than September 29, 2023.  Plaintiffs shall also respond to Defendants' motion in limine with respect to Plaintiffs' proposed expert witnesses no later than September 29, 2023.

- Responses to any motions in limine and pretrial memoranda filed on September 29, 2023 shall be filed no later than October 6, 2023.

SO ORDERED.

Dated: September 10, 2023
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation