UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN NNEBE, *et al.*,

                      Plaintiffs,

   -v-

MATTHEW DAUS, *et al.*,

                      Defendants.

No. 06-cv-4991 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

   The Court is in receipt of the plaintiffs' letter on behalf of the parties (Dkt. 611), which purports to extend certain pretrial deadlines set by the Court in its September 10, 2023 Scheduling Order (Dkt. 609). This presumes that the parties are free to amend the Court's Scheduling Order on consent. That is not the case. Since the parties offer no justification for the proposed modification to the Scheduling Order, the request is denied. The parties shall instead comply with the deadlines set forth in the Scheduling Order (Dkt. 609), which, among other things, directs that the parties file the joint proposed pretrial order, voir dire questions, verdict form, jury instructions, and *all* motions in limine by September 29, 2023.

SO ORDERED.

Dated: September 25, 2023
New York, New York

                                               RICHARD J. SULLIVAN
                                               UNITED STATES CIRCUIT JUDGE
                                               Sitting by Designation