UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN NNEBE, *et al.*,

                  Plaintiffs,

-v-

MATTHEW DAUS, *et al.*,

                  Defendants.

No. 06-cv-4991 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from Defendants, on behalf of all parties (Doc. No. 613), requesting extensions to nearly all of the pretrial deadlines set by the Court in its September 10, 2023 Scheduling Order (Doc. No. 609). While the Court appreciates the circumstances cited by Defendants in support of that request, the Court is not inclined to structure pretrial submissions in the staggered schedule proposed by the parties. As the parties should know – and as the Court illustrated in the sample pretrial orders it provided to the parties on July 31, 2023 – the joint proposed pretrial order requires the parties to submit stipulated facts, witness lists, exhibit lists, and other information in a *single* filing. This is for the benefit of the Court and helps ensure that trial will proceed in an efficient manner. To that end, the parties must collaborate with one another so they can provide all required information in one joint pretrial order, not in a back-and-forth sequence of piecemeal submissions. Accordingly, IT IS HEREBY ORDERED that the parties shall file their joint proposed *voir dire* questions, verdict sheet, jury instructions, and pretrial order *including* all stipulated facts, witness lists, and exhibit lists, no later than October 13, 2023.

      The parties also request an extension of time – from September 29 to October 18 – in which to file their non-expert motions *in limine*. For the same reasons noted above, the Court will not

extend the deadline for these motions beyond that set for the joint pretrial order. As part of the parties' collaborative efforts to prepare that pretrial order, they should be able to share sufficient information to decide which motions *in limine* will be necessary. Accordingly, IT IS HEREBY ORDERED that all motions *in limine* not relating to experts shall be filed, along with any supporting briefs, by October 13, 2023. Briefs in opposition to those motions in limine shall be filed no later than October 20, 2023.

As for motions in *limine* regarding experts, Plaintiffs shall file their opposition to Defendants' motion *in limine* by September 29, 2023, as previously ordered. Because Defendants have represented that they do not intend to call experts other than possible rebuttal experts to respond to Plaintiffs' proposed experts, the Court will issue a separate order with respect to Defendants' expert reports (and associated motions *in limine*) after it resolves Defendants' pending motion to exclude Plaintiffs' experts.

The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 613.

SO ORDERED.

Dated: September 27, 2023
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation