UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*,<br><br>                    Plaintiffs,<br>        -v-<br><br>MATTHEW DAUS, *et al.*,<br><br>                    Defendants. | No. 06-cv-4991 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of an email from Defendants asking the Court to clarify whether the parties may file reply briefs in support of their motions in limine. Pursuant to its recent Scheduling Orders (Doc. Nos. 598, 609, 614), the Court has not authorized the parties to file such reply briefs. Should the Court decide that any replies are warranted, it will direct the parties to file them. Lastly, the Court reminds the parties that all communications with the Court should be made by letter or motion, not email, unless otherwise directed.

SO ORDERED.

Dated: October 2, 2023
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation