UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*, <br><br> Plaintiffs, <br> -v- <br> MATTHEW DAUS, *et al.*, <br><br> Defendants. | No. 06-cv-4991 (RJS) <br><br> ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED that the parties shall appear before the Court for a final pretrial conference on Friday, November 3, 2023, at 10:00 a.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 27, 2023
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation