UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Nnebe v. Daus et al., No. 1:06-cv-04991.

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) 11/13/2023 to 11/22/2023.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Shannon Liss-Riordan | sliss@llrlaw.com | iPhone, Asus Laptop | 21C | Yes |
| Bradley Manewith | bmanewith@llrlaw.com | iPhone, Dell Laptop | 21C | Yes |
| David Goldberg | david@donahuegoldberg.com | iPhone, Acer Laptop | 21C | Yes |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 11/9/23

_____
United States Judge

Revised: July 1, 2019.

**Attorneys (CONTINUED)**

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Daniel Ackman | dan@danackmanlaw.com | iPhone, MacBook Pro | 21C | Yes |
| Maria Cedeno-Cassinelli | mjcedeno@llrlaw.com | iPhone, MacBook Pro | 21C | Yes |