UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN NNEBE, *et al.*,

                Plaintiffs,

-v-

MATTHEW DAUS, *et al.*,

                Defendants.

No. 06-cv-4991 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED that a jury trial shall commence on Monday, November 13, 2023, at 9:30 a.m., in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Proceedings will begin at 9:30 am on November 13 and at 9:00 am on each subsequent day of trial.

SO ORDERED.

Dated: November 9, 2023
New York, New York

                                                _____
                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation