UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN NNEBE, et al.,

                    Plaintiffs,

-v-

MATTHEW DAUS, et al.,

                    Defendants.

No. 06-cv-4991 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear for a Zoom videoconference with the Court on Tuesday, December 5, 2023 at 3:00 p.m. The Court will email the parties directly with further instructions for accessing the videoconference. Members of the public may access the conference by Zoom or audio dial-in with the following log-in credentials:

Zoom Link:

uscourts.zoomgov.com/j/1618992940?pwd=TklIR0tJcFE0dmpyOTg3bC9RZ3FTdz09

Zoom Meeting ID: 161 899 2940

Passcode: 828560

Dial-in: +1 646-828-7666

SO ORDERED.

Dated:      December 2, 2023
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation