UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN NNEBE, *et al.*,

                      Plaintiffs,

-v-

MATTHEW DAUS, *et al.*,

                      Defendants.

No. 06-cv-4991 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Defendants' letter motion (Doc. No. 700) asking the Court to (1) resolve a privilege dispute over a document that Defendants wish to use in support of their pending declaratory judgment motion, (2) extend the deadline on their reply brief to accommodate for the privilege dispute, and (3) order Plaintiffs to disclose all related communications. The Court is also in receipt of Plaintiffs' opposition to that motion. (Doc. No. 701.) Defendants' motion is DENIED. In the event the Court determines that the disputed document is necessary to resolve the pending motion, it will notify the parties and provide them with an opportunity to submit briefing on the subject. In the interim, Defendants shall file their reply brief by March 1, 2024, as previously ordered. (*See* Doc. No.696.)

    The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 700.

SO ORDERED.

Dated: February 28, 2024
New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation