UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*, <br><br> Plaintiffs, <br> -v- <br><br> MATTHEW DAUS, *et al.*, <br><br> Defendants. | No. 06-cv-4991 (RJS) <br><br> ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from all counsel requesting an extension of time in which to file the joint letter proposing next steps and a schedule for the remainder of this litigation previously ordered. *See* Doc. No. 722. The request is granted. IT IS HEREBY ORDERED that the parties shall submit their joint letter by October 18, 2024.

SO ORDERED.

Dated: September 17, 2024
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation