UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN NNEBE, *et al.*,

                Plaintiffs,

-v-

MATTHEW DAUS, *et al.*,

                Defendants.

No. 06-cv-4991 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Plaintiffs' July 23, 2025 motion for final approval of the class settlement requests an award of attorneys' fees equal to twenty-five percent of the total amount claimed from the settlement fund (Doc. No. 747 at 24), the maximum amount that counsel may request under the parties' settlement agreement (Doc. No. 747-1 at 16–17), pursuant to Federal Rule of Civil Procedure 23(h). The motion also indicates that "Defendants support this motion, but have reserved the right to object to the fee request." (Doc. No. 747 at 2 n.1.) IT IS HEREBY ORDERED that Defendants shall file their opposition, if any, to Plaintiffs' fee request by Friday, August 8, 2025. In the event that Defendants file an opposition, the Court will then determine whether to order a reply.

SO ORDERED.

Dated: July 28, 2025
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation