UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X----------------------------------------------------------------X

JONATHAN NNEBE ET AL, individually and on behalf of all others similarly situated,   06-CV-4991

                                                   Plaintiffs,

-Against-

MATTHEW DAUS, CHARLES FRASER, JOSEPH ECKSTEIN, ELIZABETH BONINA, THE NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, AND THE CITY OF NEW YORK,

                                                   Defendants

X----------------------------------------------------------------X

## **SUPPLEMENTAL DECLARATION OF SHANNON LISS-RIORDAN**

I, Shannon Liss-Riordan, declare as follows:

1. I am a partner at the law firm of Lichten & Liss-Riordan, P.C. I am Class Counsel in this matter. I submit this supplemental declaration in support of Plaintiffs' Motion for Final Approval of Class Settlement. I have personal knowledge of the information set forth herein.

2. As the Court requested during the Final Approval hearing on August 13, 2025, I am attaching a more detailed listing of the expenses our firm incurred in litigating this matter, as well as invoices. A further review of our firm's incurred expenses shows that our costs equal $212,612.74.

3. Our costs generally relate to one of the following categories:

    a. Dissemination of class notice

    b. Our campaign to sign up drivers for individual damages hearings

    c.  The November 2023 Bellwether Trial

    d.  The database we used for collecting and tracking class member information (which included detailed survey responses, as well as document collection), as well as a dedicated website, email, and telephone number for the case

    e.  Attending court hearings

    f.  Mediation costs

  4.  Attached to this declaration is a spreadsheet itemizing these costs in more detail. For all costs for which we have receipts, the spreadsheet indicates where those receipts can be found in the following exhibits.

  5.  Attached as Exhibits A-BZ are receipts, invoices, and other documentation supporting our requested costs.[1]

  6.  Exhibits A-G support our request for costs incurred related to our dissemination of the class notice.

  7.  Exhibits H-Y support our request for costs incurred related to our campaign to sign up drivers for individual damages hearings.

  8.  Exhibits Z-AX support our request for costs incurred related to the November 2023 Bellwether Trial (including travel and hotel for witnesses).

  9.  Exhibits AY-BA support our request for costs incurred related to the database used for collecting and tracking class member information, as well as a dedicated website, email, and telephone number for the case.

---

[1] Some of the costs were recurring monthly expenses. As such, because the amounts were the same each month, we have not included the invoice for every month as an exhibit, but rather samples of the monthly invoices. However, additional monthly invoices can be provided if the Court wants to review them.

10. Exhibits BB-BQ support our request for costs incurred related to attending court hearings (including hotel and travel).

11. Exhibits BR-BZ support our request for mediation costs (including mediation fees and travel costs).

12. Exhibit CA shows the bid we received from Simpluris to administer the settlement. As described in Plaintiffs' Motion for Final Approval, Plaintiffs request that Simpluris be reimbursed from the settlement fund for these administration costs.

13. Finally, as also described in the Motion for Final Approval and my original supporting declaration, the New York Taxi Workers Alliance ("NYTWA") provided significant assistance throughout the case. Plaintiffs agreed to pay NYTWA for its costs in assisting with outreach to the class. Attached as Exhibit CB is correspondence from NYTWA showing the costs it incurred, and has budgeted to incur through the end of the settlement administration period. These costs total $181,265.82.

Pursuant to 28 U.S. C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on September 12, 2025, in Boston, Massachusetts.

By: /s/ Shannon Liss-Riordan
Shannon Liss-Riordan

## CERTIFICATE OF SERVICE

      I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of the foregoing document was served on all counsel of record for the Defendants in this matter by ECF electronic filing on September 12, 2025.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

| Date | Amount | Description | Receipt exhibit | | |
|---|---|---|---|---|---|
| 05/17/2022 | $ 4,253.45 | JLS Mailing Services - postage | A | Class notice costs | $ 9,162.70 |
| 06/10/2022 | $ 4,489.67 | JLS Mailing Services - mailing | B | Hearing sign ups | $ 86,082.82 |
| 06/10/2022 | $ 38.69 | Mailing - postage | C | Trial costs | $ 29,644.15 |
| 06/17/2022 | $ 67.31 | Postage | D | Database/website/email/hotline | $ 48,502.80 |
| 06/24/2022 | $ 98.58 | Postage - remailing | E | Court hearings | $ 7,330.70 |
| 07/01/2022 | $ 172.25 | Postage - remailing | F | Mediation costs | $ 31,889.57 |
| 07/15/2022 | $ 42.75 | Postage - remailing | G | | |
| 08/23/2022 | $ 10,051.26 | JLS Mailing Services - postage for retainer and mailing | H | | |
| 08/27/2022 | $ 20.13 | UPS - postage check mailing | I | | |
| 09/09/2022 | $ 170.17 | Business Reply Envelopes | J | | |
| 09/09/2022 | $ 16,674.14 | JLS Mailing Services - additional mailing | K | | |
| 09/12/2022 | $ 142.29 | Business Reply Envelopes | L | | |
| 09/15/2022 | $ 42.19 | Business Reply Envelopes | M | | |
| 09/23/2022 | $ 82.94 | Business Reply Envelopes | N | | |
| 10/25/2022 | $ 9,005.00 | Simpluris - address search | O | | |
| 10/25/2022 | $ 57.38 | Smarty.com - address lookup | | | |
| 11/09/2022 | $ 8,312.41 | JLS Mailing Services - mailing 10/7 | P | | |
| 12/06/2022 | $ 7,267.81 | JLS Mailing Services | Q | | |
| 12/20/2022 | $ 4.55 | Business Reply Envelopes | R | | |
| 12/25/2022 | $ 172.14 | Smarty.com - address lookup | | | |
| 12/27/2022 | $ 1.43 | Business Reply Envelopes | S | | |
| 12/27/2022 | $ 6,658.95 | JLS Mailing Services - postage deposit 1/6/23 | T | | |
| 12/29/2022 | $ 2.86 | Business Reply Envelopes | U | | |
| 01/03/2023 | $ 0.72 | Business Reply Envelopes | V | | |
| 01/23/2023 | $ 8,607.76 | Nardizzi & Associates - address lookup | W | | |
| 01/25/2023 | $ 10,500.00 | Hi Tech Marketing Solutions - mailing | X | | |
| 02/10/2023 | $ 8,308.69 | JLS Mailing Services - mailing | Y | | |
| 09/05/2023 | $ 937.00 | Nardizzi & Associates - tracking down trial plaintiffs | Z | | |
| 10/04/2023 | $ 4,035.40 | Nardizzi & Associates - tracking down trial plaintiffs | AA | | |
| 10/25/2023 | $ 931.69 | United flights for Brad | AB | | |
| 10/25/2023 | $ 187.80 | Delta flight for Carlos Gonzabay | AB | | |
| 10/31/2023 | $ 1,210.68 | Delta flight for Shannon | AC | | |
| 11/06/2023 | $ 450.00 | Shin-Ying Lin - translator | AD | | |
| 11/06/2023 | $ 144.00 | Nardizzi & Associates - tracking down trial plaintiffs | AE | | |
| 11/14/2023 | $ 850.00 | Eric Heuberger - French interpreter | AF | | |
| 11/14/2023 | $ 2,000.00 | Stephanie Shuk Chun Liu - Mandarin interpreter | AG | | |
| 11/15/2023 | $ 457.59 | Kevin O'Malley - flight | AH | | |
| 11/16/2023 | $ 928.27 | Brad - ride shares, cabs, hotel | AI | | |
| 11/16/2023 | $ 1,700.00 | Chagani Services INC - Urdu interpreter | AJ | | |
| 11/16/2023 | $ 622.43 | Maria - Staples printing, travel for trial | AK | | |
| 11/21/2023 | $ 49.65 | Amazon - tabs for binders | AL | | |
| 11/21/2023 | $ 1,179.83 | Travel Expense - meals | AM | | |
| 11/21/2023 | $ 432.26 | Travel Expense - cabs and rideshare | AM | | |
| 11/21/2023 | $ 419.00 | Print Mor | AM | | |
| 11/21/2023 | $ 109.27 | WeWork - Meeting space for client prep | AM | | |
| 11/21/2023 | $ 1,539.00 | Delta - Carlos Gonzabay travel | AN | | |
| 11/21/2023 | $ 1,007.75 | Delta - Flights for Shannon | AO | | |
| 11/21/2023 | $ 675.17 | Hotel - Carlos Gonzabay | AP | | |
| 11/21/2023 | $ 926.10 | JetBlue - flights for Maria travel | AQ | | |
| 11/21/2023 | $ 943.00 | Print Mor | AR | | |
| 11/21/2023 | $ 4,675.45 | Hotel for Brad | AS | | |
| 11/30/2023 | $ 529.56 | Brad - cab, printing and supplies, meals, rideshares | AT | | |
| 11/30/2023 | $ 204.91 | Maria - printing and rideshares | AU | | |
| 12/06/2023 | $ 1,910.34 | First Legal Digital - binders - 11/17 | AV | | |
| 12/13/2023 | $ 200.00 | Lin Shin-Ying - translation | AW | | |
| 12/27/2023 | $ 388.00 | Southern District Court Reporters - 11/3/2023 | AX | | |
| 08/01/2022 | $ 46,797.60 | Leverage database from 8/1/2022-3/1/2023 | AY | | |
| 07/08/2025 | $ 529.48 | TekDoc - phone line and email address from 7/2/2022-7/8/2025 | AZ | | |
| 05/14/2023 | $ 1,175.72 | Wix.com - website and domain from 4/30/2022-5/12/2025 | BA | | |
| 10/25/2022 | $ 288.10 | Alaska - flight for Shannon | | | |
| 10/25/2022 | $ 280.60 | JetBlue - flight for Shannon | BB | | |
| 12/31/2022 | $ 248.60 | JetBlue - flight for Shannon | BC | | |
| 04/24/2023 | $ 153.90 | Delta - flight for Shannon | BD | | |
| 05/03/2023 | $ 2,790.85 | JetBlue - flight for Shannon | BE | | |
| 05/14/2023 | $ 72.13 | First City Cab | | | |
| 05/14/2023 | $ 19.25 | First City Cab | | | |
| 07/30/2023 | $ 1,427.90 | JetBlue - flight for Shannon | BF | | |
| 07/30/2023 | $ 208.91 | JetBlue - flight for Shannon | BG | | |
| 07/31/2023 | $ 74.85 | NYC taxi | BH | | |
| 08/25/2023 | $ 210.00 | Southern District Reporters - transcript | BI | | |
| 09/05/2023 | $ 200.00 | Shin-Ying Lin - Mandarin translation | BJ | | |

| Date | Amount | Description | Code |
|---|---|---|---|
| 09/30/2023 | $ 16.00 | Supreme Court - CoGS Brad PHV | BK |
| 10/25/2023 | $ 200.00 | Courts - Brad PHV | BL |
| 10/25/2023 | $ 200.00 | First Legal Network | BM |
| 01/25/2024 | $ 34.32 | Lyft - Shannon | BN |
| 02/06/2024 | $ 507.26 | First Legal Network LLC (from 10/13/23) - print as courtesy copies | BO |
| 02/22/2024 | $ 100.00 | First Legal Network LLC (1/30/2024) | BP |
| 03/08/2024 | $ 298.03 | First Legal Network LLC (2/16/2024) - courtesy copies | BQ |
| 05/24/2024 | $ 640.58 | United flight for Brad | BR |
| 05/30/2024 | $ 1,402.61 | Brad reimbursement - hotel, meal, cab and parking | BS |
| 05/30/2024 | $ 165.66 | JetBlue - flight for Shannon | BT |
| 06/20/2024 | $ 10,000.00 | JAMS, Inc. | BU |
| 06/30/2024 | $ 378.05 | Delta - flight for Shannon | BV |
| 06/30/2024 | $ 2,197.10 | JetBlue - flight for Shannon | BW |
| 08/21/2024 | $ 1,850.21 | JetBlue - flight for Shannon travel 8/20 | BX |
| 08/21/2024 | $ 6,000.00 | JAMS, Inc. - deposit | BU |
| 08/25/2024 | $ 864.93 | Hotel - Shannon | BY |
| 09/19/2024 | $ 2,715.00 | JAMS, Inc. | BU |
| 10/10/2024 | $ 2,494.19 | JetBlue - flight for Shannon travel - 10/10 | BZ |
| 10/11/2024 | $ 401.55 | Travel expenses - meals | BR |
| 10/11/2024 | $ 2,131.31 | Travel expenses - rideshares and cab | BR |
| 10/25/2024 | $ 571.00 | Amtrak train for Shannon | BR |
| 12/20/2024 | $ 77.38 | JAMS, Inc. - balance | BU |

**Total Costs** $ 212,612.74