# EXHIBIT A



# Invoice for Postage

JLS Mailing Services - 672 Crescent Street  - Brockton, MA 02302
Phone: (866) 557-6245

**Attn:** Rebecca L'Abbe
Lichten And Liss Riordan
729 Boylston Street  Suite 2000
Boston, MA 02116

**Job Details:** Lichten and Liss-Riordan - Nnebe N
**Invoice Number:** R67760  **Customer Code:** LICHALRi
**Invoice Date:** 05/17/2022
**PO #:**

## Invoice Details

**Ref Num:** 67760 - LLR Nnebe Notice Mailing
**Project:** 0
**Expected Qty:** 8770
**Drop Date:** 05/27/2022
**Postage Affixed:**
**Postage Amount:** $4,253.45
**Postage Due In:** 05/24/2022

**Important Notice:**

## Important Notes:

1. Checks should be made payable to JLS Mailing Services .
2. Indicate on your check memo or description line that this check is for "Postage Pre-payment".
3. Include a photocopy of this invoice with your payment.
4. Postage amount may include mailing at various postal rates and/or processing fees,
    plus any special preparation fee to qualify for those rates.

**Comments:**

# EXHIBIT B



**JLS Mailing Services - 672 Crescent Street  - Brockton, MA 02302**

ar@jlsms.com     Phone: (866) 557-6245

# Invoice #67760

| | |
|---|---|
| Rebecca Nelligan<br>Lichten And Liss Riordan<br>729 Boylston Street<br>Suite 2000<br>Boston, MA 02116 | **Job Name:** Lichten and Liss-Riordan - Nnebe Notice Mailing May 2022<br>**Salesperson:** Mike Quinn<br>**PO #:**<br>**Invoice Date:** 05/31/2022<br>**CustCode:** LICHALRi<br>**Terms:** Net 30 |

| Quantity | Description | Unit Price | Ext Price |
|---|---|---|---|
| **Creative, DP** | | | |
| 1 | Data Processing: Programming/Setup, NCOA, CASS Certify List | 160.0000 | $160.00 |
| **Print Production/Lasering** | | | |
| 26,307 | Laser Printing -<br>2 pages duplex<br>1 page simplex | 0.0790 | $2,076.94 |
| 8,769 | Laser Print - Envelopes #10 Standard Closed face | 0.0800 | $701.52 |
| **Bindery** | | | |
| 26,310 | Folding - fold in thirds | 0.0260 | $684.06 |
| **Inserting** | | | |
| 8,769 | Inserting / No Sort, Send to Presort | 0.0460 | $403.37 |
| **Presort** | | | |
| 8,769 | Presort Letters | 0.0320 | $280.61 |
| | | **Services Sub Total:** | **$4,306.50** |
| **Postage** | | | |
| | Postage Used | | **$4,252.97** |

**Payment Details**

| Desc | Applied | Ending Balance |
|---|---|---|
| Postage | $4,252.97 | |
| Service | $0.48 | |
| | $4,253.45 | $3,098.91 |

**Comments:**

1. **Checks should be made payable to** JLS Mailing Services
2. **Please reference invoice numbers on the check memo or description line.**

| | |
|---|---|
| Sub Total: | $4,306.50 |
| Tax: | $183.65 |
| **Total Services:** | **$4,490.15** |
| Postage Used: | $4,252.97 |
| Postage Applied: | ($4,253.45) |
| **Total Balance Due:** | **$4,489.67** |

InvoiceSF

# EXHIBIT C

# Rebecca Nelligan

| | |
|---|---|
| **From:** | Hyun Ji Yim |
| **Sent:** | Friday, June 10, 2022 4:58 PM |
| **To:** | Rebecca Nelligan; Adelaide Pagano; Matthew Thomson |
| **Cc:** | Stephen Kirkpatrick |
| **Subject:** | 6.6.22-6.10.22 HY Report |

Hello,



10. NY Taxi Remailing- 79 x $0.53= $38.69  (6/9/22)

Best,

Hyun Ji Yim (Angie)
Settlement Administrator
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
T: 617-994-5800
F: 617-994-5801
www.llrlaw.com
claims@llrlaw.com

1

# EXHIBIT D

# Rebecca Nelligan

| | |
|---|---|
| **From:** | Hyun Ji Yim |
| **Sent:** | Friday, June 17, 2022 5:08 PM |
| **To:** | Rebecca Nelligan; Adelaide Pagano; Matthew Thomson |
| **Cc:** | Stephen Kirkpatrick |
| **Subject:** | 6.13.22-6.17.22 HY Report |

Hello,



8. NY Taxi Remailing- 127 x $0.53= $67.31  (6/14/22)

Best,

Hyun Ji Yim (Angie)
Settlement Administrator
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
T: 617-994-5800
F: 617-994-5801
www.llrlaw.com
claims@llrlaw.com

1

# EXHIBIT E

# Rebecca Nelligan

**From:** Hyun Ji Yim
**Sent:** Friday, June 24, 2022 4:32 PM
**To:** Rebecca Nelligan; Adelaide Pagano; Matthew Thomson
**Cc:** Stephen Kirkpatrick
**Subject:** 6.21.22-6.23.22 HY Report

Hello,



8.  NY Taxi Remailing -186 x $0.53= $ 98.58 (6.22.22)

Best,

Hyun Ji Yim (Angie)
Settlement Administrator
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
T: 617-994-5800
F: 617-994-5801
www.llrlaw.com
claims@llrlaw.com

1

# EXHIBIT F

# Rebecca Nelligan

| | |
|---|---|
| **From:** | Hyun Ji Yim |
| **Sent:** | Friday, July 1, 2022 1:17 PM |
| **To:** | Rebecca Nelligan; Adelaide Pagano; Matthew Thomson |
| **Cc:** | Stephen Kirkpatrick |
| **Subject:** | 6.27.22-7.1.22 HY Report |

Hello,



8. NY Taxi Remailing -325 x $0.53= $ 172.25 (6.30.22)

Best,

Hyun Ji Yim (Angie)
Settlement Administrator
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
T: 617-994-5800
F: 617-994-5801
www.llrlaw.com
claims@llrlaw.com

1

# EXHIBIT G

# Rebecca Nelligan

| | |
|---|---|
| **From:** | Hyun Ji Yim |
| **Sent:** | Friday, July 15, 2022 4:56 PM |
| **To:** | Rebecca Nelligan; Adelaide Pagano; Matthew Thomson |
| **Cc:** | Stephen Kirkpatrick |
| **Subject:** | 7.11.22-7.15.22 HY Report |

Hello,



13. NY Taxi Remailing -65 x $0.57= $ 37.05 (7.13.22)
14. NY Taxi Exclusion Letters- 10 x $0.57= $ 5.70 (7.13.22)

Best,

Hyun Ji Yim (Angie)
Settlement Administrator
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
T: 617-994-5800
F: 617-994-5801
www.llrlaw.com
claims@llrlaw.com