# EXHIBIT H



# Invoice for Postage

**JLS Mailing Services - 672 Crescent Street   - Brockton, MA 02302**
**Phone: (866) 557-6245**

| | |
|---|---|
| **Attn:** Rebecca  Nelligan<br>Lichten And Liss Riordan<br>729 Boylston Street  Suite 2000<br>Boston, MA 02116 | **Job Details:**  Lichten & Liss Riordan - NY Taxi R<br><br>**Invoice Number:**  R68624 **Customer Code:**  LICHALRi<br><br>**Invoice Date:**  08/23/2022<br>**PO #:** |

## Invoice Details

**Ref Num:** 68624 - Lichten & Liss Riordan - NY Taxi Retainer Mailing

**Project:** 0

**Expected Qty:** 10874

**Drop Date:**

**Postage Affixed:**

**Postage Amount:** $5,600.11

**Postage Due In:**

**Important Notice:**

## Important Notes:

1. Checks should be made payable to JLS Mailing Services .
2. Indicate on your check memo or description line that this check is for "Postage Pre-payment".
3. Include a photocopy of this invoice with your payment.
4. Postage amount may include mailing at various postal rates and/or processing fees,
    plus any special preparation fee to qualify for those rates.

**Comments:**



# Invoice for Postage

**JLS Mailing Services - 672 Crescent Street   - Brockton, MA 02302**
**Phone: (866) 557-6245**

|  |  |
|---|---|
| **Attn:** Rebecca  Nelligan<br>Lichten And Liss Riordan<br>729 Boylston Street  Suite 2000<br>Boston, MA 02116 | **Job Details:**  Lichten & Liss Riordan - NY Taxi R<br><br>**Invoice Number:** R68622 **Customer Code:** LICHALRi<br><br>**Invoice Date:** 08/23/2022<br>**PO #:** |

## Invoice Details

| | |
|---|---|
| **Ref Num:** | 68622 - Lichten & Liss Riordan - NY Taxi Retainer Mailing |
| **Project:** | 0 |
| **Expected Qty:** | 8643 |
| **Drop Date:** | 08/24/2022 |
| **Postage Affixed:** | |
| **Postage Amount:** | $4,451.15 |
| **Postage Due In:** | |

**Important Notice:**

## Important Notes:

1. Checks should be made payable to JLS Mailing Services .
2. Indicate on your check memo or description line that this check is for "Postage Pre-payment".
3. Include a photocopy of this invoice with your payment.
4. Postage amount may include mailing at various postal rates and/or processing fees,
        plus any special preparation fee to qualify for those rates.

**Comments:**

# EXHIBIT I



**Delivery Service Invoice**

| | |
|---|---|
| Invoice Date | **August 27, 2022** |
| Invoice Number | 0000 ████ 352 |
| Shipper Number | ████ |
| Control ID | 6W28 |
| Page 1 of 3 | |

**Sign up for electronic billing today!**
**Visit ups.com/billing**

For questions about your invoice, call:
    **(800) 811-1648**
    **Monday - Friday**
    **8:00 a.m. - 6:00 p.m. E.T.**

or write:
    **UPS**
    **P.O.BOX 809488**
    **CHICAGO, IL 60680-9488**

████

**LICHTEN & LISS-RIORDAN, P.C.**
**REBECCA L'ABBE**
**729 BOYLSTON ST RM 2000**
**BOSTON, MA 02116-2648**

## *Incentive Savings*

| | |
|---|---|
| Total incentive savings this period | **$ 105.64** |

Your amount due this period includes these savings.
See incentive summary section for details.

## *Account Status Summary*
### *Weekly Payment Plan*

| | |
|---|---|
| Charges This Period | **$ 157.66** |
| Amount Outstanding (prior invoices) | **$ 0.00** |
| Total Amount Outstanding | **$ 157.66** |

Updated Peak/Demand Surcharge information is now available for review, including Peak/Demand Surcharge rates for certain international shipments that will decrease and take effect beginning August 14, 2022. Visit **ups.com/rateupdates** for more information.

## *Thank you for using UPS.*
## Summary of Charges

| Page | | Charge |
|---|---|---|
| | **Outbound** | |
| 3 | Worldwide Service | $ 59.07 |
| 3 | UPS Internet Shipping | $ 98.59 |
| **Charges this period** | | **$ 157.66** |

**Dear Customer: Do not pay. Your charges have been submitted to your credit card for payment.**

**Please Note: Your credit card on file has expired. Please visit the UPS Billing Center located on** *UPS.com/billing* **to update your payment information. Payment information entered in the UPS Billing Center will become effective immediately.**

*Note: This invoice may contain a fuel surcharge as described at ups.com. For more information, please visit ups.com.*





***Delivery Service Invoice***

| | |
|---|---|
| Invoice Date | **August 27, 2022** |
| Invoice Number | 0000███████352 |
| Shipper Number | ████████ |

Page 2 of 3

**Incentives**

**Outbound**

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| **Next Day Air Commercial Letter** | **08/27/2022** | | **CNXVQXQ** |
| Basic | 1 | 28.32 | -11.33 |
| **Next Day Air Residential Letter** | **08/27/2022** | | **AFRJGP1** |
| Basic | 2 | 96.68 | -38.68 |
| **Residential Surcharge** | **08/27/2022** | | **CNXVQYV** |
| Basic | 2 | 10.70 | -6.42 |
| **Delivery Area Surcharge** | **08/27/2022** | | **CNXVQZA** |
| Basic | 1 | 5.20 | -3.12 |
| **Fuel Surcharge** | **08/27/2022** | | |
| | | | -16.74 |
| **Worldwide Saver PAK** | **08/27/2022** | | **CNXVRBR** |
| Basic | 1 | 73.38 | -29.35 |
| **Total Outbound** | | | **-105.64** |
| **Total Incentives** | | | **-105.64** |

**Account Status**

**Weekly Payment Plan**

**Payments Applied**

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| ████████ | 08/20/2022 | $ 68.86 |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice Date | **August 27, 2022** |
| Invoice Number | 0000████5352 |
| Shipper Number | ████ |

Page 3 of 3

## Outbound

### Worldwide Service

| Pickup Date | Tracking Number/ Parent ID | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 08/22 | ████ | Worldwide Saver Letter | 46500 | 484 | 1 | 73.38 | -29.35 | 44.03 |
| | | Residential Surcharge | | | | 5.35 | | 5.35 |
| | | Peak/Demand Surcharge-Resi | | | | 0.05 | | 0.05 |
| | | Fuel Surcharge | | | | 15.36 | -5.72 | 9.64 |
| | | Total | | | | 94.14 | -35.07 | 59.07 |
| | ████ | | | ████ | | | | |
| | ████ | | | ████ | | | | |
| | ████ | | | ████ | | | | |
| **Total Worldwide Service** | | | | | **1 Package(s)** | 94.14 | -35.07 | 59.07 |

### UPS Internet Shipping

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 08/23 | 1ZA394050195382978 | Next Day Air Commercial Letter | 02302 | 102 | Letter | 28.32 | -11.33 | 16.99 |
| | | Fuel Surcharge | | | | 5.24 | -2.10 | 3.14 |
| | | Total | | | | 33.56 | -13.43 | 20.13 |

**1st ref:** ny taxi      **UserID:** kaiello619

**Sender :** Altimisa Cardoso      **Receiver:** Sharon Anderson
Lichten & Liss-Riordan, P.C.      JLS Mailing Services, Inc.
729 Boylston St      672 Crescent Street
Boston MA 02116      BROCKTON MA 02302

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 08/24 | ████ | Next Day Air Residential Letter | 70706 | 106 | Letter | 48.34 | -19.34 | 29.00 |
| | | Residential Surcharge | | | | 5.35 | -3.21 | 2.14 |
| | | Delivery Area Surcharge | | | | 5.20 | -3.12 | 2.08 |
| | | Fuel Surcharge | | | | 10.89 | -4.75 | 6.14 |
| | | Total | | | | 69.78 | -30.42 | 39.36 |
| | ████ | | | ████ | | | | |
| | ████ | | | ████ | | | | |
| | ████ | | | ████ | | | | |
| 08/25 | ████ | Next Day Air Residential Letter | 66609 | 106 | Letter | 48.34 | -19.34 | 29.00 |
| | | Residential Surcharge | | | | 5.35 | -3.21 | 2.14 |
| | | Direct Delivery Only | | | | 2.00 | | 2.00 |
| | | UPS carbon neutral | | | | 0.20 | | 0.20 |
| | | Fuel Surcharge | | | | 9.93 | -4.17 | 5.76 |
| | | Total | | | | 65.82 | -26.72 | 39.10 |
| | ████ | | | ████ | | | | |
| | ████ | | | ████ | | | | |
| **Total for Internet-ID:** ████ | | | | | | 169.16 | -70.57 | 98.59 |
| **Total UPS Internet Shipping** | | | | | **3 Package(s)** | 169.16 | -70.57 | 98.59 |
| **Total Outbound** | | | | | **4 Package(s)** | 263.30 | -105.64 | 157.66 |



# EXHIBIT J

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Altimisa Cardoso |
| **Sent:** | Friday, September 9, 2022 4:39 PM |
| **To:** | Rebecca Nelligan |
| **Subject:** | Mail |

Hi Becky,

Attached please find some mail.
We received
-   238 TLC BRE



Thanks,
Altimisa Cardoso
Receptionist/Office Assistant
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 012116
617-994-5800
617-994-5801 (fax)
www.llrlaw.com

# EXHIBIT K



# Invoice #68622

**JLS Mailing Services - 672 Crescent Street  - Brockton, MA 02302**

ar@jlsms.com     Phone: (866) 557-6245

| | |
|---|---|
| Rebecca  Nelligan<br>Lichten And Liss Riordan<br>729 Boylston Street<br>Suite 2000<br>Boston, MA 02116 | **Job Name:** Lichten & Liss Riordan - NY Taxi Retainer Mailing<br>**Salesperson:** Mike Quinn<br>**PO #:**<br>**Invoice Date:** 08/31/2022<br>**CustCode:** LICHALRi<br>**Terms:** Net 30 |

| Quantity | Description | Unit Price | Ext Price |
|---|---|---|---|
| **Creative, DP** | | | |
| 1 | Data Processing: Programming/Setup | 160.0000 | $160.00 |
| **Print Production/Lasering** | | | |
| 58,551 | Laser Printing - Inserts - 2 Simplex, 1 Duplex - Two Mailings | 0.0790 | $4,622.60 |
| 8,641 | Laser Printing - #10 CF Envelopes | 0.0800 | $691.28 |
| 9,170 | Laser Printing - #9 BRE | 0.0800 | $733.60 |
| **Bindery** | | | |
| 58,551 | Folding - All Inserts for two mailings | 0.0260 | $1,522.33 |
| **Inserting** | | | |
| 8,641 | Inserting / No Sort, Send to Presort | 0.0460 | $397.49 |
| **Presort** | | | |
| 8,641 | Presort Letters | 0.0320 | $276.51 |
| **Miscellaneous** | | | |
| 1 | Additional Charge for RUSH Processing | 4201.0000 | $4,201.00 |
| | | **Services Sub Total:** | **$12,604.81** |
| **Postage** | | | |
| | Postage Used | | **$4,450.12** |

**Payment Details**

| Desc | Applied | Ending Balance |
|---|---|---|
| Postage | $4,450.12 | |
| Service | $1.03 | |
| | $4,451.15 | $3,098.91 |

**Comments:**

1. **Checks should be made payable to** JLS Mailing Services
2. **Please reference invoice numbers on the check memo or description line.**

| | |
|---|---|
| **Sub Total:** | $12,604.81 |
| **Tax:** | $387.97 |
| **Total Services:** | $12,992.78 |
| **Postage Used:** | $4,450.12 |
| **Postage Applied:** | ($4,451.15) |
| **Total Balance Due:** | **$12,991.75** |

InvoiceSF



# Invoice #68624

**JLS Mailing Services - 672 Crescent Street  - Brockton, MA 02302**

ar@jlsms.com    Phone: (866) 557-6245

| | |
|---|---|
| Rebecca  Nelligan<br>Lichten And Liss Riordan<br>729 Boylston Street<br>Suite 2000<br>Boston, MA 02116 | **Job Name:** RUSH ORDER - Lichten & Liss Riordan - NY Taxi Retainer Mailing - Second Mailing<br>**Salesperson:** Mike Quinn<br>**PO #:**<br>**Invoice Date:** 08/31/2022<br>**CustCode:** LICHALRi<br>**Terms:** Net 30 |

| Quantity | Description | Unit Price | Ext Price |
|---|---|---|---|
| **Creative, DP** | | | |
| 1 | Data Processing: Programming/Setup | 160.0000 | $160.00 |
| **Print Production/Lasering** | | | |
| 17,286 | Laser Printing | 0.0800 | $1,382.88 |
| **Inserting** | | | |
| 10,873 | Inserting / No Sort, Send to Presort | 0.0460 | $500.16 |
| **Presort** | | | |
| 10,873 | Presort Letters | 0.0320 | $347.94 |
| **Miscellaneous** | | | |
| 1 | Additional Charge for RUSH Processing | 1195.4900 | $1,195.49 |
| | | **Services Sub Total:** | **$3,586.47** |
| **Postage** | | | |
| | Postage Used | | **$5,599.60** |

**Payment Details**

| Desc | Applied | Ending Balance |
|---|---|---|
| Postage | $5,599.60 | |
| Service | $0.51 | |
| | $5,600.11 | $3,098.91 |

**Comments:**

1. **Checks should be made payable to** JLS Mailing Services
2. **Please reference invoice numbers on the check memo or description line.**

| | |
|---|---|
| **Sub Total:** | $3,586.47 |
| **Tax:** | $96.43 |
| **Total Services:** | $3,682.90 |
| **Postage Used:** | $5,599.60 |
| **Postage Applied:** | ($5,600.11) |
| **Total Balance Due:** | **$3,682.39** |

InvoiceSF

# EXHIBIT L

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Altimisa Cardoso |
| **Sent:** | Monday, September 12, 2022 2:30 PM |
| **To:** | Rebecca Nelligan |
| **Subject:** | Mail |

Hi Becky,

Attached please find some mail.

BRE;

████████

TLC - 199

Thanks,
Altimisa Cardoso
Receptionist/Office Assistant
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 012116
617-994-5800
617-994-5801 (fax)
www.llrlaw.com

# EXHIBIT M

**Rebecca Nelligan**

**From:** Altimisa Cardoso
**Sent:** Thursday, September 15, 2022 10:44 AM
**To:** Rebecca Nelligan
**Subject:** Mail

Good morning Becky,

Attached please find some mail.

We received;
59 - TLC BRE

Thanks,
Altimisa Cardoso
Receptionist/Office Assistant
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 012116
617-994-5800
617-994-5801 (fax)
www.llrlaw.com

# EXHIBIT N

Rebecca Nelligan    9/23/2022 4:05 PM
is there anything i should know?

beside the time entry, we received 116 tlc bre ███████████, I will send you the time i have left before i leave I'm adding some now

# EXHIBIT O



**Simpluris, Inc.**
3194-C Airport Loop Drive
Costa Mesa, CA  92626
(714) 640-5614
www.simpluris.com

| BILL TO |
|---|
| Lichten & Liss-Riordan, P.C.<br>Nicole Peer<br>npeer@llrlaw.com |

| CASE INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 22702 | 10/12/2022 | $9,005.00 | 11/12/2022 | Due on receipt | |

**BID NUMBER**
15275

| ACTIVITY | DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| **One Time Job** | NY Taxi Address Search | 9,005.00 | 1 | 9,005.00 |

Thank you for your business!                    BALANCE DUE                    **$9,005.00**

Please make checks payable to Simpluris, Inc.
Attention: Accounts Receivable
Accounting@simpluris.com
Accounting: (714) 640-5614

We also accept payment by Credit Card, Wire Transfer, or
ACH - please contact us for further details.

# EXHIBIT P



# Invoice #69089

**JLS Mailing Services - 672 Crescent Street   - Brockton, MA 02302**

ar@jlsms.com     Phone: (866) 557-6245

Rebecca  Nelligan
Lichten And Liss Riordan
729 Boylston Street
Suite 2000
Boston, MA 02116

| | |
|---|---|
| **Job Name:** | Lichten & Liss Riordan - NY Taxi Retainer Mailing - Oct 2022 - RUSH Maling |
| **Sales Person:** | Mike Quinn |
| **PO #:** | |
| **Invoice Date:** | 10/31/2022 |
| **CustCode:** | LICHALRi |
| **Terms:** | Net 30 |

| Quantity | Description | |
|---|---|---|
| | **Creative, DP** | |
| 1 | Data Processing: Programming/Setup - | |
| | **Print Production/Lasering** | |
| 21,063 | Laser Printing - Inserts - Duplex - | |
| 7,012 | Laser Printing - #10 CF Envelopes - | |
| 7,012 | Laser Printing - #9 BRE - | |
| | **Bindery** | |
| 21,063 | Folding - 8.5 x 11", 10,000 - 24,999 | |
| | **Inserting** | |
| 7,012 | Inserting / No Sort, Send to Presort - Standard Inserting, #10, 5,000 - 9,999, 4 Inserts/Seal, 2 Way Match Required, Metering Required, Standard Processing | |
| | **Presort** | |
| 7,012 | Presort Letters - | |
| | **Postage** | **Services Sub-total:** $4,517.08 |
| | Postage Used | $3,611.18 |

**Payment Details**

| Desc | Applied | Ending Balance |
|---|---|---|
| Postage | $3,030.42 | |
| | $3,030.42 | $0.00 |

**Comments:**

1. **Checks should be made payable to** JLS Mailing Services
2. **Please reference invoice numbers on the check memo or description line.**

InvoiceGroupSF

| | |
|---|---|
| **Sub Total:** | $4,517.08 |
| **Tax:** | $184.05 |
| **Total Services:** | $4,701.13 |
| **Postage Used:** | $3,611.18 |
| | |
| **Payment Applied:** | ($3,030.42) |
| **Total Balance Due:** | **$5,281.89** |

# EXHIBIT Q



**JLS Mailing Services - 672 Crescent Street   - Brockton, MA 02302**

ar@jlsms.com     Phone: (866) 557-6245

# Invoice #69334

| | |
|---|---|
| Rebecca  Nelligan<br>Lichten And Liss Riordan<br>729 Boylston Street<br>Suite 2000<br>Boston, MA 02116 | **Job Name:** Lichten & Liss Riordan - TLC Suspension-NY Taxi Retainer Mlg 11-14-22 |
| | **Salesperson:** Mike Quinn |
| | **PO #:** |
| | **Invoice Date:** 11/29/2022 |
| | **CustCode:** LICHALRi |
| | **Terms:** Net 30 |

| Quantity | Description | Unit Price | Ext Price |
|---|---|---|---|
| **Creative, DP** | | | |
| 1 | Data Processing: Programming/Setup | 160.0000 | $160.00 |
| **Print Production/Lasering** | | | |
| 18,723 | Laser Printing - Inserts - Duplex | 0.0790 | $1,478.18 |
| 6,241 | Laser Printing - #10 CF Envelopes | 0.0800 | $499.28 |
| 6,241 | Laser Printing - #9 BRE | 0.0800 | $499.28 |
| **Bindery** | | | |
| 18,723 | Folding | 0.0317 | $593.52 |
| **Inserting** | | | |
| 6,241 | Inserting / No Sort, Send to Presort | 0.0970 | $605.38 |
| **Presort** | | | |
| 6,241 | Presort Letters | 0.0320 | $199.71 |
| | | **Services Sub Total:** | **$4,035.35** |
| **Postage** | | | |
| | Postage Used | | **$3,067.66** |

**Comments:**

1. **Checks should be made payable to** JLS Mailing Services
2. **Please reference invoice numbers on the check memo or description line.**

| | |
|---|---|
| **Sub Total:** | $4,035.35 |
| **Tax:** | $164.80 |
| **Total Services:** | $4,200.15 |
| **Postage Used:** | $3,067.66 |
| **Total Balance Due:** | $7,267.81 |

InvoiceSF

# EXHIBIT R

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Sephora Nicolas <snicolas@mfa.org> |
| **Sent:** | Tuesday, December 20, 2022 7:23 PM |
| **To:** | Rebecca Nelligan |
| **Subject:** | business reply mail |

TLC suspension: 7



Sephora Nicolas
Receptionist & Office Assistant
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800
617-994-5801 (fax)
snicolas@llrlaw.com
www.llrlaw.com

# EXHIBIT S

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Sephora Nicolas |
| **Sent:** | Tuesday, December 27, 2022 10:57 AM |
| **To:** | Rebecca Nelligan |
| **Subject:** | Mail |

█████████████████

We also got 2 Business reply mail from the TLC suspension Case.

Sephora Nicolas
Receptionist & Office Assistant
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800
617-994-5801 (fax)
snicolas@llrlaw.com
www.llrlaw.com

# EXHIBIT T



# Invoice for Postage

**JLS Mailing Services - 672 Crescent Street   - Brockton, MA 02302**
**Phone: (866) 557-6245**

| | |
|---|---|
| **Attn:** Rebecca L'Abbe<br>Lichten And Liss Riordan<br>729 Boylston Street  Suite 2000<br>Boston, MA 02116 | **Job Details:** Lichten & Liss Riordan - TLC Susp<br><br>**Invoice Number:** R69682 **Customer Code:** LICHALRi<br><br>**Invoice Date:** 12/22/2022<br>**PO #:** |

## Invoice Details

| | |
|---|---|
| **Ref Num:** | 69682 - Lichten & Liss Riordan - TLC Suspension-NY Taxi Retainer Mailing 11-14-22 |
| **Project:** | 0 |
| **Expected Qty:** | 12930 |
| **Drop Date:** | 01/06/2023 |
| **Postage Affixed:** | |
| **Postage Amount:** | $6,658.95 |
| **Postage Due In:** | 01/04/2023 |
| **Important Notice:** | |

## Important Notes:

1. Checks should be made payable to JLS Mailing Services .
2. Indicate on your check memo or description line that this check is for "Postage Pre-payment".
3. Include a photocopy of this invoice with your payment.
4. Postage amount may include mailing at various postal rates and/or processing fees,
plus any special preparation fee to qualify for those rates.

**Comments:**

# EXHIBIT U

**Rebecca Nelligan**

---

**From:** Sephora Nicolas
**Sent:** Thursday, December 29, 2022 9:44 AM
**To:** Rebecca Nelligan
**Subject:** Mail


Good morning, Becky!

███████████████████████████████████████

We also Received BRM:

TLC – 4

██████████

Best,

Sephora Nicolas
Receptionist & Office Assistant
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800
617-994-5801 (fax)
snicolas@llrlaw.com
www.llrlaw.com

# EXHIBIT V

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Sephora Nicolas |
| **Sent:** | Tuesday, January 3, 2023 4:38 PM |
| **To:** | Rebecca Nelligan |
| **Subject:** | Mail |
| **Attachments:** | SharpScanner_20230104_030244.pdf |
| | |
| **Categories:** | Boylston 729 |

Good Afternoon, Becky!

████████████████████

████████████████████████████████████████████████████████

And we also received BRM, ████████████ and 1 for TLC.

Best,

Sephora Nicolas
Receptionist & Office Assistant
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800
617-994-5801 (fax)
snicolas@llrlaw.com
www.llrlaw.com

# EXHIBIT W

Nardizzi & Associates, Inc
71 Commercial Street, No. 302
Boston, MA 02109
www.nardizzi.com

T.    781-596-8200

Fed Tax ID: ▮▮▮▮▮▮▮

| Invoice #: | 00004593 |
|---|---|
| Date: | 1/17/23 |
| Page: | 1 |

**BILL TO:**

Shannon Liss-Riordan, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

| DATE | UNITS | SERVICES PERFORMED | RATE | AMOUNT |
|---|---|---|---|---|
| 1/4/22 | 1 | Initial sample run - 200 names | $450.00 | $450.00 |
| 1/5/23 | 1.2 | Batch processing spreadsheet; review and adjust tables. | $240.00 | $288.00 |
| | 2,208 | Database Charges - 2208 driver data sets | $0.88 | $1,943.04 |
| 1/6/23 | 1.8 | Batch processing spreadsheet; adjust for formatting issues, various troubleshooting on data fields. | $240.00 | $432.00 |
| | 6,244 | Database Charges - 6244 driver data sets | $0.88 | $5,494.72 |

Comment:
#004539 Drivers - class members

| | |
|---|---|
| Sales Tax: | $0.00 |
| Total Amount: | $8,607.76 |
| Amount Applied: | $0.00 |
| Balance Due: | $8,607.76 |

Terms:    C.O.D.

# EXHIBIT X

# Hi Tech Marketing Solutions
3410 NE 6th Ter
Pompano Beach, Florida 33064
954-960-8128
954-960-8258

**Invoice Number:** 1895                                                                                          01/09/2023 12:26
PO #: n/a

## *Invoice*

Phone: 979-968-6461
Fax: 555-555-5555
Customer ID: 1297

La Grange Ford
Erika King
1605 W Travis St
La Grange, TX 78945-5034

THANK YOU! We appreciate your business.
**Terms:** Due on Receipt

| DROP DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01-10-2023 | 5000 | Lichten Liss-Riordan Mailers - 8.5x11 70lb. 4/4 - First Class Mail | $10,400.00 |
| | TOTAL QTY: 5000 | SUBTOTAL: | $10,400.00 |
| | | List Fee: | $50.00 |
| | | Variable Fee: Form Body (50.0000) | $50.00 |
| | | Adjustment: | $0.00 |
| | | Tax ID: | $0.00 |
| | | **Invoice Total:** | **$10,500.00** |

# EXHIBIT Y



# Invoice #69682

**JLS Mailing Services - 672 Crescent Street   - Brockton, MA 02302**

ar@jlsms.com      Phone: (866) 557-6245

| | |
|---|---|
| Rebecca  Nelligan<br>Lichten And Liss Riordan<br>729 Boylston Street<br>Suite 2000<br>Boston, MA 02116 | **Job Name:**  Lichten & Liss Riordan - TLC Suspension-NY Taxi Retainer Mlg Jan 2023<br>**Salesperson:**  Mike Quinn<br>**PO #:**<br>**Invoice Date:**  01/25/2023<br>**CustCode:**  LICHALRi<br>**Terms:**  Net 30 |

| Quantity | Description | Unit Price | Ext Price |
|---|---|---|---|
| **Creative, DP** | | | |
| 1 | Data Processing: Programming/Setup | 160.0000 | $160.00 |
| **Print Production/Lasering** | | | |
| 38,274 | Laser Printing - Inserts - Duplex | 0.0790 | $3,021.73 |
| 12,758 | Laser Printing - #10 CF Envelopes | 0.0800 | $1,020.64 |
| 12,758 | Laser Printing - #9 BRE | 0.0800 | $1,020.64 |
| **Bindery** | | | |
| 38,724 | Folding | 0.0317 | $1,227.55 |
| **Inserting** | | | |
| 12,758 | Inserting / No Sort, Send to Presort | 0.0970 | $1,237.53 |
| **Presort** | | | |
| 12,758 | Presort Letters | 0.0320 | $408.26 |
| | | **Services Sub Total:** | **$8,096.35** |
| **Postage** | | | |
| | Postage Used | | **$6,544.85** |

**Payment Details**

| Desc | Applied | Ending Balance |
|---|---|---|
| Postage | $6,544.85 | |
| Service | $114.10 | |
| | $6,658.95 | $0.00 |

**Comments:**

1. **Checks should be made payable to** JLS Mailing Services
2. **Please reference invoice numbers on the check memo or description line.**

| | |
|---|---|
| **Sub Total:** | $8,096.35 |
| **Tax:** | $326.44 |
| **Total Services:** | $8,422.79 |
| **Postage Used:** | $6,544.85 |
| **Postage Applied:** | ($6,658.95) |
| **Total Balance Due:** | $8,308.69 |

InvoiceSF