# EXHIBIT Z

Nardizzi & Associates, Inc.
71 Commercial Street, No. 302
Boston, MA 02109
www.nardizzi.com

T.    781-596-8200
Fed Tax ID: ▆▆▆▆▆▆

| | |
|---|---|
| Invoice #: | 00004664 |
| Date: | 8/21/2023 |
| Page: | 1 |

**BILL TO:**

Shannon Liss-Riordan, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

| DATE | UNITS | SERVICES PERFORMED | RATE | AMOUNT |
|---|---|---|---|---|
| 8/16/2023 | 2 | Locate 4 NY taxi drivers; reports | $240.00 | $480.00 |
| 8/18/2023 | 1.7 | Locate 4 NY taxi drivers; reports | $240.00 | $408.00 |
| | 1 | Database Charges | $49.00 | $49.00 |

Comment:
NY Taxi driver res. // 0004539

| | |
|---|---|
| Sales Tax: | $0.00 |
| Total Amount: | $937.00 |
| Amount Applied: | $0.00 |
| Balance Due: | $937.00 |

Terms:        C.O.D.

# EXHIBIT AA

Nardizzi & Associates, Inc.
71 Commercial Street, No. 302
Boston, MA 02109
www.nardizzi.com

T.    781-596-8200
Fed Tax ID:    31-1821384

Invoice #:    00004666

Date:    8/29/2023

Page:    1

**BILL TO:**

Shannon Liss-Riordan, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

| DATE | UNITS | SERVICES PERFORMED | RATE | AMOUNT |
|---|---|---|---|---|
| 8/23/2023 | 0.3 | Confer w counsel; begin calls to agents in Bronx and NC; set up NC contacts | $240.00 | $72.00 |
| 8/24/2023 | 4.3 | Numerous calls to NY agents; interview with Heredia. | $240.00 | $1,032.00 |
| 8/25/2023 | 6.8 | New York and Carolina inrterview attempts. | $240.00 | $1,632.00 |
| 8/26/2023 | 0.2 | Confer w counsel; NY agent to discuss phone calls over weekend. | $240.00 | $48.00 |
| 8/28/2023 | 4.5 | Confer NY agent; further inquiry @ Miah residence; update client. | $240.00 | $1,080.00 |
| 8/29/2023 | 0.3 | Email summary to coiunsel for further contacts by legal team. | $240.00 | $72.00 |
|  | 104 | Mileage | $0.60 | $62.40 |
|  | 1 | Database Charges | $37.00 | $37.00 |

Comment:
NY Taxi drivers // File 00004539

| | |
|---|---|
| Sales Tax: | $0.00 |
| Total Amount: | $4,035.40 |
| Amount Applied: | $0.00 |
| Balance Due: | $4,035.40 |

Terms:    C.O.D.

# EXHIBIT AB

| Date | Description | Amount | Extended Details | As | Reference |
|------|-------------|--------|------------------|-----|-----------|
| 10/13/2023 | TRAVEL GUARD GROUP ISTEVENS POINT    WI | $  21.26 | 54482 INSURANCE BROKERS/UNDER TRAVEL GUARD GROUP INC STEVENS POINT | TRAVEL GUARD GROUP ISTEVENS POINT    WI | 320232860584569122 |
| 10/13/2023 | TRAVEL GUARD GROUP ISTEVENS POINT    WI | $  30.23 | 54482 INSURANCE BROKERS/UNDER TRAVEL GUARD GROUP INC STEVENS POINT | TRAVEL GUARD GROUP ISTEVENS POINT    WI | 320232860584571085 |
| 10/13/2023 | UNITED AIRLINES    HOUSTON TX | $327.05 | WWW.UNITED.COM PASSENGER TICKET UNITED AIRLINES HOUSTON | UNITED AIRLINES    HOUSTON TX | 320232870598399623 |
| 10/13/2023 | UNITED AIRLINES    HOUSTON TX | $465.15 | WWW.UNITED.COM PASSENGER TICKET UNITED AIRLINES HOUSTON | UNITED AIRLINES    HOUSTON TX | 320232870598400000 |
| 10/16/2023 | UNITED AIRLINES    HOUSTON TX | $  22.00 | WWW.UNITED.COM PREFERRED SEAT UPGRADE UNITED AIRLINES HOUSTON | UNITED AIRLINES    HOUSTON TX | 320232900672190733 |
| 10/16/2023 | UNITED AIRLINES    HOUSTON TX | $  22.00 | WWW.UNITED.COM PREFERRED SEAT UPGRADE UNITED AIRLINES HOUSTON | UNITED AIRLINES    HOUSTON TX | 320232900672191876 |
| 10/16/2023 | UNITED AIRLINES    HOUSTON TX | $  22.00 | WWW.UNITED.COM PREFERRED SEAT UPGRADE UNITED AIRLINES HOUSTON | UNITED AIRLINES    HOUSTON TX | 320232900672869131 |
| 10/16/2023 | UNITED AIRLINES    HOUSTON TX | $  22.00 | WWW.UNITED.COM PREFERRED SEAT UPGRADE UNITED AIRLINES HOUSTON | UNITED AIRLINES    HOUSTON TX | 320232900672903002 |
| 10/20/2023 | DELTA AIR LINES | $187.80 | PASSENGER TICKET DELTA AIR LINES ATLANTA Carrier : DELTA AIR LINES | DELTA AIR LINES    ATLANTA | 320232930748785819 |

# EXHIBIT AC

Delete | Archive | ⊘ Report ⌄ | Move to ⌄ | ↩ ↩ ↪ ⌄ | Share to Teams | ⊕

**Fwd: It's Time To Check In**

RN ⊗  **Rebecca Nelligan**
To: 🟡 Shannon Liss-Riordan

☺ ↩ ↩ ↪ ⊞ ⋯

Thu 11/2/2023 3:57 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Delta Air Lines <DeltaAirLines@t.delta.com>
> **Date:** November 2, 2023 at 3:19:33 PM EDT
> **To:** Rebecca Nelligan <RLABBE@llrlaw.com>
> **Subject: It's Time To Check In**
> **Reply-To:** Transactional Email Reply Inbox <reply 351081 14 HTML 22630240 10982494 43349@t.delta.com>

View as a Web Page





CONFIRMATION #: **HXFT3L**



# EXHIBIT AD

**Rebecca Nelligan**

---

| | |
|---|---|
| **From:** | Hyun Ji Yim <hyim@llrlaw.com> |
| **Sent:** | Monday, November 6, 2023 12:54 PM |
| **To:** | Maria Jose Cedeno; Stephen Kirkpatrick |
| **Cc:** | Matthew Thomson |
| **Subject:** | RE: NY TLC: Payment for Interpreting Services |

███████████████████████ ████████████████████

---

**From:** Maria Jose Cedeno <mjcedeno@llrlaw.com>
**Sent:** Friday, November 3, 2023 4:19 PM
**To:** Stephen Kirkpatrick <skirkpatrick@llrlaw.com>; Hyun Ji Yim <hyim@llrlaw.com>
**Cc:** Matthew Thomson <MThomson@llrlaw.com>
**Subject:** NY TLC: Payment for Interpreting Services

Hello :

We hired Mel's friend to help us translate for a client (Mandarin speaker) in the NY TLC case. She helped us in the past also but I'm not sure how we processed her payment last time. She has worked for 4.5 hours interpreting for us, so we owe her **$450**. Can we mail her check at:

Shin-Ying, Lin
270 17th St. NW
Unit 1501
Atlanta, GA 30363

Please let me know if you need anything else from me! Thanks!

Maria J. Cedeno-Cassinelli
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
T: 617-994-5804
F: 617-994-5801
mjcedeno@llrlaw.com
www.llrlaw.com

# EXHIBIT AE

Nardizzi & Associates, Inc.
71 Commercial Street, No. 302
Boston, MA 02109
www.nardizzi.com

T.    781-596-8200
Fed Tax ID: ███████

| | |
|---|---|
| Invoice #: | 00004687 |
| Date: | 11/3/2023 |
| Page: | 1 |

**BILL TO:**

Shannon Liss-Riordan, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

| DATE | UNITS | SERVICES PERFORMED | RATE | AMOUNT |
|---|---|---|---|---|
| 9/19/2023 | 0.6 | Further research on family phone nos. at Bronx address for Miah family. | $240.00 | $144.00 |

Comment:
NY TAxi drivers - 0004539

| | |
|---|---|
| Sales Tax: | $0.00 |
| Total Amount: | $144.00 |
| Amount Applied: | $0.00 |
| Balance Due: | $144.00 |

Terms:    C.O.D.

# EXHIBIT AF

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Maria Jose Cedeno <mjcedeno@llrlaw.com> |
| **Sent:** | Friday, November 10, 2023 10:46 AM |
| **To:** | Rebecca Nelligan |
| **Subject:** | FW: French Interpreter for the week of November 13 |
| **Attachments:** | W-9 Current 2023.pdf |

Hi Becky, for our records, this is the W9 for the French interpreter. His fees will be $750 (unless we hire him for Wednesday too, which would add $950 for day). I will bring a blank check with me so I can pay him at the trial.

Maria

# EXHIBIT AG

## Rebecca Nelligan

**From:** Maria Jose Cedeno
**Sent:** Friday, November 10, 2023 10:13 AM
**To:** Rebecca Nelligan
**Subject:** FW: Revised invoice for Mandarin-English interpretation service
**Attachments:** W-9 Stephanie Liu,8-14-2023.pdf

Hi Becky, this is the Mandarin interpreter for the trial next week. I will be in the office this afternoon to write her check, but I'm sending over her invoice below and W9 attached!

Thanks!!
Maria

Maria J. Cedeno-Cassinelli
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
T: 617-994-5804
F: 617-994-5801
mjcedeno@llrlaw.com
www.llrlaw.com

**From:** Stephanie Liu █████████████
**Sent:** Thursday, November 9, 2023 11:41 PM
**To:** Maria Jose Cedeno <mjcedeno@llrlaw.com>
**Subject:** Revised invoice for Mandarin-English interpretation service

Nov 9, 2023
To:  Maria J. Cedeno-Cassinelli

Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
T: 617-994-5804
F: 617-994-5801
mjcedeno@llrlaw.com

www.llrlaw.com

From:  Stephanie Liu, Chinese interpreter

Re:  Invoice of  $2000 for Nov 11 and Nov 14 2023  Interpretation service

1

Date of service:  Nov 11, 2023   Sat  from 7 pm to 9 pm via Zoom for trial preparation of a Chinese witness.      Reduced fee  of $400

Nov 14, 2023  Trial interpretation for a Mandarin speaking witness in a Southern District of NY trial in front of Judge Sullivan for a full day ( 8 hours),  Regular fee : $1600.

Total   Interpretation Fee:  $2,000.00

Please issue a check of  $2,000 to Stephanie Liu  on the day of service in person.    My W-9 form is enclosed.  Please confirm receipt of this invoice.

Address:  460 East 79th Street,  Apt.  8G, New York, NY 10075-1426.

Thank you.

# EXHIBIT AH

Date: Thu, 19 Oct 2023 at 12:14
Subject: Your Flight Receipt - KEVIN OMALLEY 07NOV23
To: ███████████████

———

View as a Web Page



Join SkyMiles

## CONFIRMATION #: GMCQFJ



You're all set. If your plans change, you can make adjustments or cancel your itinerary on **My Trips** on the Fly Delta app or **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Remember To Check Your Passport Expiration Date

Many countries require passports to be valid for at least six months from the date of return. You can also check passport eligibility and visa requirements with **Delta FlyReady**[SM] ahead of your trip.

## Passenger Info

Name: KEVIN OMALLEY

| FLIGHT | SEAT |
|--------|------|
| DELTA 45 | Seat Assigned After Check-In |
| DELTA 44 | Seat Assigned After Check-In |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Tue, 07NOV | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 45<br>Basic Economy (E) | DUBLIN, IRELAND<br>10:45am | NYC-KENNEDY<br>1:29pm |

| Sat, 25NOV | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 44<br>Basic Economy (E) | NYC-KENNEDY<br>9:10pm | DUBLIN, IRELAND<br>8:45am<br>**Sun 26NOV |

**Arrival date is different than departure date.

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: 0062182762444
Place of Issue:
Issue Date: 19OCT23
Expiration Date: 19OCT24

| METHOD OF PAYMENT | |
|---|---|
| VI************ ▮▮▮ | €399.68 EUR |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | €55.00 EUR |
| Carrier-imposed International Surcharge (YR) | €260.00 EUR |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | €5.31 EUR |
| Ireland - Passenger Charge (UP) | €9.44 EUR |
| Ireland - Inspection/Pre-Clearance Charge (UQ) | €8.85 EUR |
| United States - Transportation Tax (US) | €39.96 EUR |

4

| | |
|---|---|
| United States - Animal and Plant Health Inspection Service Fee (APHIS User Fee - Passengers) (XA) | €3.63 EUR |
| United States - Passenger Facility Charge (XF) | €4.26 EUR |
| United States - Immigration and Naturalization Fee(Immigration User Fee) (XY) | €6.63 EUR |
| United States - Custom User Fee (YC) | €6.60 EUR |
| **TICKET AMOUNT** | **€399.68 EUR** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

| **Tue 07 Nov 2023** | | **DUB-JFK** |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | €60.00$^{EUR}$ (50LBS/23KG) | €85.00$^{EUR}$ (50LBS/23KG) |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on baggage embargoes that may apply to your itinerary. Also see other carrier's complete baggage information.

| **Sat 25 Nov 2023** | | **JFK-DUB** |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | €60.00$^{EUR}$ (50LBS/23KG) | €85.00$^{EUR}$ (50LBS/23KG) |

# EXHIBIT AI

# Uber

November 2, 2023

## Thanks for tipping, Bradley

We hope you enjoyed your ride this evening.

| Total | $77.01 |
|---|---|

| Trip fare | $48.09 |
|---|---|

| Subtotal | $48.09 |
|---|---|
| Queens Midtown Tunnel Westbound | $6.94 |
| NY Congestion Fee | $2.75 |
| LGA Airport Surcharge | $2.50 |
| Tips | $10.04 |
| NY State Black Car Fund | $1.58 |
| Sales Tax | $5.11 |

## Payments

| | |
|---|---|
| 11/2/23 8:07 PM | $77.01 |

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Visit the trip page for more information, including invoices (where available)

You rode with Mahmood

UberX    9.33 miles | 29 min

7:26 PM | Terminal B, Flushing, NY 11371, US

7:56 PM | 201 Park Ave S, New York City, NY 10003, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

20;Merchant: Curb Mobility
Contact #: 1800 488-8704
email: cs@gocurb.com

****CREDIT CARD SALE****

******DRIVER COPY*******
Merchant ID:          883
ENTRY METHOD:
CHIP CONTACTLESS
AID:      A0000000041010
APPL. NAME:
Debit Mastercard
ATC:                  01E3
TID:              *****431
Mode:             Issuer

DRIVER          5268090
CAB               2Y46
PASSENGERS           1
DATE            11/3/23
START          15:20:03
END            15:56:21
TRIP               553
STAND. CITY RATE 1
DISTANCE        0.03 mi
FARE R1           $0.70
EXTRA             $5.00
Midtown Tunnel    $6.94
SUB TOTAL        $55.54
TIP              $11.91
STATE SURCHARGE   $0.50
IMP. SURCHARGE    $1.00
CGN SRCH.         $2.50
TOTAL            $71.45
MASTER CARD       ▮▮▮
AUTH            145368
TRN REF #:     80668931
NO SIGNATURE REQUIRED
*********************
Contact TLC Dial 3-1-1



RECEIPT

O'Hare International Airport
PO Box 66179, Chicago, IL 60666
Tel (773) 686-7530

Receipt no 1339/0504/604 11/03/23  P 1/1

Pay Parking Ticket          $  66.00
#7800011063306482460
In   11/02/23 13:24
Out  11/03/23 19:19
Duration= 1 Dy. 5 Hr. 55 Min.

Credit Visa
XXXX XXXX XXXX ▮▮▮▮          $  66.00

Total Amount                $  66.00

36740088                    1262752

20;Merchant: Curb Mobility
Contact #: 1800 488-8704
email: cs@gocurb.com

****CREDIT CARD SALE****

*****PASSENGER COPY*****
Merchant ID:          883
ENTRY METHOD:
CHIP CONTACTLESS
AID:      A0000000041010
APPL. NAME:

W NEW YORK UNION SQUARE
201 Park Avenue South
New York, NY 10003
United States
Tel: 212-253-9119 Fax: 212-253-9229

# W HOTELS

Bradley Manewith
729 Boylston St
Boston, MA, 02116
United States Of America

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | Invoice Nbr | : | 1000214079 |
| Guest Number | : | 5029370 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 02-NOV-23 | 20:00 | | |
| Depart Date | : | 03-NOV-23 | 07:49 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 1408 | | | |
| Marriott Bonvoy Number : | | ■ | | | |

Tax Gross

W UNION SQUARE NYCNU  NOV-03-2023  08:00  SDRAK573

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 02-NOV-23 | RT1408 | Room Chrg - Premium Retail | 619.00 | |
| 02-NOV-23 | RT1408 | State Tax | 54.94 | |
| 02-NOV-23 | RT1408 | County Tax | 1.50 | |
| 02-NOV-23 | RT1408 | Occupancy/Tourism | 2.00 | |
| 02-NOV-23 | RT1408 | City Tax 5.875% | 36.37 | |
| 03-NOV-23 | MC | Mastercard■ | | -713.81 |

***For Authorization Purpose Only***
xxxxx■

| Date | Time | Code | Authorized |
|---|---|---|---|
| 02-NOV-23 | 20:00 | 100807 | 928.50 |

Approve EMV Receipt for MC ■ : Signature Captured
TC:E8B63EFBAE818ED0
IAD:0414A00201A2000000000000000000000000FF  TVR:8080008000
AID:A0000000041010  Application Label:Debit Mastercard

| | | | | |
|---|---|---|---|---|
| | ** Total | | 713.81 | -713.81 |

Continued on the next page

W NEW YORK UNION SQUARE
201 Park Avenue South
New York, NY  10003
United States
Tel: 212-253-9119 Fax: 212-253-9229



Bradley Manewith
729 Boylston St
Boston, MA, 02116
United States Of America

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 2 | | Invoice Nbr | : | 1000214079 |
| Guest Number | : | 5029370 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 02-NOV-23 | 20:00 | | |
| Depart Date | : | 03-NOV-23 | 07:49 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 1408 | | | |
| Marriott Bonvoy Number | : | ▇▇ | | | |

**\*\*\* Balance**                                          0.00

I agreed to pay all room & incidental charges.

Any questions about your invoice? Please email wus.ar@whotels.com

Make your home the next great escape. Shop WHotelsTheStore.com

# EXHIBIT AJ

# Chagani Services Inc.

### Masuma Chagani
### 516-424-4293 | 516-233-1099
### 22 Hunnewell Avenue, Elmont, NY, 11003

## INVOICE

**Case and Date:** Nnebe v Daus No. 06-cv-4991 before Judge Sullivan, November 11 and 14, 2023
**Address:** Southern District of New York, 500 Pearl Street, NY
**Billed to:** Lichten & Liss-Riordan, P.C.

**Date sent:** November 14, 2023

| Date | Description | Rate | Overtime |
|------|-------------|------|----------|
| November 11, 2023 | Urdu to English (FULL DAY RATE $600) | $600 | |
| | Weekend rate (x1.5) | $300 | |
| | Travel time (2x$50/hr) | $100 | |
| November 14, 2023 | Urdu to English (FULL DAY RATE $600) | $600 | |
| | Travel time (2x$50/hr) | $100 | |
| | **Grand Total** | **$1,700** | |

**Kindly please make payment at your earliest date. Thank you!**

Account Name: Chagani Services Inc.
EIN #: ▮▮▮▮
Bank Name: ▮▮▮▮
Branch: ▮▮▮▮
Address: ▮▮▮▮
Routing Number: ▮▮▮▮
Account Number: ▮▮▮▮

# EXHIBIT AK

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Maria Jose Cedeno |
| **Sent:** | Sunday, November 12, 2023 12:26 PM |
| **To:** | Rebecca Nelligan |
| **Subject:** | Fwd: MTA eTix Receipt |
| | |
| **Categories:** | Payroll |

Hi Becky, this is the expense for transportation to trial this week. Thanks!
Maria 😊

---

**From:** Maria Cedeno ██████████████
**Sent:** Sunday, November 12, 2023 12:22 PM
**To:** Maria Jose Cedeno <mjcedeno@llrlaw.com>
**Subject:** Fwd: MTA eTix Receipt

Begin forwarded message:

> **From:** noreply@justride.com
> **Date:** November 12, 2023 at 12:20:51 PM EST
> **To:** ████████████
> **Subject: MTA eTix Receipt**
> **Reply-To:** noreply@justride.com



## Purchase Receipt

*This is the receipt for your ticket(s) and cannot be used to travel*

### Purchase Details

| | | | |
|---|---|---|---|
| 🎫 | **Weekly**<br>Ticket IDs:<br>WTTB5DR7X5Z | 1x | $90.00 |
| | | Total: | $90.00 |

1

## Payment Info

| | |
|---|---|
| **Merchant name:** | MTA Long Island Rail Road |
| **Merchant Online Address:** | http://www.mta.info/ |
| **Account ID:** | WC5SJWN44BX |
| | |
| **Purchase ID:** | PU3GEFDO5IHZVRW |
| **Purchase Date:** | 11/12/23, 12:20 PM |
| | |
| **Authorization Code:** | 072012 |
| **UTR Number:** | MRKL4BU3IPDNGA |
| **Name on Card:** | Maria Cedeno Cassinelli |
| **Card Type:** | Visa |
| **Card Number:** | ███████ |
| **Amount Charged:** | $90.00 |

---

### How to Access Your Tickets

Tickets purchased on the MTA Long Island Rail Road App can be found in your ticket wallet.

Please activate your ticket prior to boarding.

Refund & cancellation policies                    Customer service contact

**Powered by JustRide**

MEM RECEIPT

MTA NYC TRANSIT
R238A-GRAND CENTRAL 42ST
NEW YORK CITY NY

MEM #: 5557(R238A 0400)

Sun 12 Nov 23 14:41

Trans: Sale OK
Amount:          $ 34.00
Card Value:      $  0.00
New Card Fee:    $  1.00
Total Paid:      $ 35.00

ATM / Debit
Card #:
  *************████
Auth#: 004114
Ref #: 027048666053

Serial #:3187225787
Type: 034
 7-DAY UNLIMITED

         Questions?
Call (212) METROCARD

7:23    LTE

< 8    ∧ ∨

**LR**    **Lyft Receipts**    7:20 AM
To: Maria Cedeno >

# Your ride with Emil John on November 12



**NOVEMBER 12, 2023 AT 9:36 PM**

# Thanks for riding with Emil John!

100% of tips go to drivers. **Add a tip**

| | |
|---|---|
| Lyft fare (25.91mi, 48m 16s) | $75.32 |
| Black Car Fund Surcharge | $2.07 |
| New York Sales Tax | $6.69 |
| Congestion Surcharge | $2.75 |

| | |
|---|---|
|  Venmo account | **$86.83** |





← 

# Your receipt

| | |
|---|---|
| Item Subtotal | $300.73 |
| Sales Tax | $25.94 |
| Tip | $15.04 |
| Service Fee | $22.22 |
| Service Fee Tax | $1.91 |
| Delivery Fee | $3.99 |
| Delivery Fee Tax | $0.35 |

| | |
|---|---|
| **Total** | **$370.18** |

Visa 

Your payment method was temporarily authorized for $390.00. Your statement will reflect a final charge within 7 business days of order completion.

# Staples.

Low price. Every item. Every day.
Store No: 0953
5 Union Square West
New York, NY, 10003
(212) 929-6323

2626 2600 026 42847

Receipt #: 42847
11/12/2023 18:49

| Qty | Pages | Description | Amount |
|---|---|---|---|
| 10 | 40 | Print From Email - 2821515 | 11.60 |
| | | - Standard 28 lb. 8.5 x 11" | |
| | | - Black & White (40 pages) | |

| | |
|---|---|
| SubTotal | 11.60 |
| Standard Tax 8.875% | 1.03 |
| Total | USD $ 12.63 |

Visa #:************ S ]
Swipe
Auth No.:

The Cardholder agrees to pay the Issuer of the charges card
is accordance with the agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!

## Holiday savings ahead!

### 50% off

custom cards, invitations and photo gifts.

Expires 12/16/23

Coupon code: 27718

Valid online at staples.com/services/printing or in Staples® U.S. stores. Only valid on 5"x7"5" and 5"x7" cards and invitations. Not valid on weddings.staples.com. Excludes stores/delivery fees. While supplies last. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied at check out. Coupon not valid if purchased in-store and must be presented to cashier if purchased in-store. No cash/credit back. Not valid on prior purchases or purchases made with Staples Advantage in-store Purchase Program. Coupon value applied pre-tax. Expires 12/16/23.

# Staples.

### Order by 12 pm for same-day pickup

for all of your holiday print needs.

Staples offers many Same-Day solutions for orders placed by 12 pm for in-store pickup, including business cards, postcards, flyers, brochures, note cards, comb & invitations, indoor banners, posters, blueprints, labels, calendars, presentations and stamps. Quantity exclusions may apply. Full bleed not available for Same-Day product will be printed with a white border. Full bleed available for delivery only.

# Staples.

### 25% off

UPS® Express shipping services.

Expires 12/30/23

Coupon code: 61908

Valid in Staples® U.S. stores only on UPS Express shipping. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Excludes postage stamps. May not be valid in combination with other coupons. Each item purchased can only be discounted by one coupon, applied by cashier. Coupon not valid if purchased in-store and must be presented to associate at time of checkout. Not valid on prior purchases or purchases made with Staples Advantage in-store Purchase Program. No cash/credit back. Coupon value applied pre-tax. One-time use only. Redeemed coupons cannot be made available for reuse. Expires 12/30/23.

# Staples.



**Staples**

Low price. Every item. Every day.
Store No: 0953
5 Union Square West
New York, NY, 10003
(212) 929-6323

Receipt #: 42830

26262600 026 42830

11/12/2023 17:15

| Qty | Pages | Description | Amount |
|-----|-------|-------------|--------|
| 1 | 15 | Print From Email - 2821516 | 5.39 |
| | | · Standard 28 lb. 8.5 x 11" | |
| | | · Color (2 pages) | |
| | | · Black & White (13 pages) | |

SubTotal
Standard Tax 8.875%                     5.39
Total                                    0.48
                                    USD $ 5.87

Visa #:************          .S ]
Swipe
Auth No.: 071517

The Cardholder agrees to pay the Issuer of the charges card
is accordance with the agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!

---

## Holiday savings ahead!

### 50% off
custom cards, invitations
and photo gifts.

Expires 12/16/23
Coupon code: 27718

**Staples**

---

### Order by 12 pm for
### same-day pickup
for all of your holiday
print needs.

**Staples**

---

### 25% off
UPS® Express
shipping services.

Expires 12/30/23
Coupon code: 61908

**Staples**



**Staples.**

Low price. Every item. Every day.
Store No: 0953
5 Union Square West
New York, NY, 10003
(212) 929-6323

26262600 026 42831

Receipt #: 42831

11/12/2023 17:18

| Qty | Pages | Description | Amount |
|---|---|---|---|
| 10 | 40 | Print From Email- 2821515 | 11.60 |
| | | - Standard 28 lb. 8.5 x 11" | |
| | | - Black & White (40 pages) | |

| | |
|---|---|
| SubTotal | 11.60 |
| Standard Tax 8.875% | 1.03 |
| Total | USD $ 12.63 |

Visa #:***********████ S ]
Swipe
Auth No.: 071817

The Cardholder agrees to pay the Issuer of the charges card
is accordance with the agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!

## Holiday savings ahead!

### 50% off
custom cards, invitations and photo gifts.

Expires 12/16/23

Coupon code: 27718

Valid online at staples.com/services/printing or in Staples® U.S. stores. Only valid on 4"x5.75" and 5"x7" cards and invitations. Not valid on wedding copies.com. Excludes copies/delivery fees. While supplies last. Limit one coupon per customer, non-transferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one discount, applied at check out. Coupon not valid if purchased or sold and must be presented to cashier if purchased in-store. No cash/credit back. Not valid on prior purchases or purchases made with Staples Advantage In-store Purchase Program. Coupon value applied pre-tax. **Expires 12/16/23.**

**Staples.**

### Order by 12 pm for same-day pickup
for all of your holiday print needs.

Staples offers many Same-Day solutions for orders placed by 12 pm for in-store pickup, including business cards, postcards, flyers, brochures, note cards, cards & invitations, indoor banners, posters, blueprints, labels, calendars, presentations and stamps. Quantity exclusions may apply. Full bleed not available for Same-Day product will be printed with a white border. Full bleed available for delivery only.

**Staples.**

### 25% off
UPS® Express shipping services.

Expires 12/30/23

Coupon code: 61908

Valid in Staples® U.S. stores only on UPS Express shipping. Limit one coupon per customer, non-transferable. Offer is subject to change or cancellation at any time. Excludes postage stamps. May not be sold in combination with other coupons. Each item purchased can only be discounted by one coupon, applied by cashier. Coupon not valid if purchased or sold and must be presented to associate at time of checkout. Not valid on prior purchases or purchases made with Staples Advantage In-store Purchase Program. No cash/credit back. Coupon value applied pre-tax. One-time use only. Redeemed coupons cannot be made available for reuse. **Expires 12/30/23.**

**Staples.**

# ⊓ Staples.

Low price. Every item. Every day.
Store No: 0953
5 Union Square West
New York, NY, 10003
(212) 929-6323

26262600 026 42832

Receipt #: 42832                              11/12/2023 17:20

| Qty | Pages | Description | Amount |
|-----|-------|-------------|--------|
| 1   | 6     | Print From Email - 2821515 | 1.74 |
|     |       | - Standard 28 lb. 8.5 x 11" | |
|     |       | - Black & White (6 pages) | |

SubTotal                                          1.74
Standard Tax 8.875%                               0.15
Total                                      USD $ 1.89

Visa #:*********** ▓▓▓ C ]
VISA DEBIT
Chip Read
Auth No.: 041917
Mode: Issuer
AID: A0000000031010
NO CVM

The Cardholder agrees to pay the Issuer of the charges card
is accordance with the agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!



Holiday savings ahead!

**50% off**
custom cards, invitations and photo gifts.

Expires 12/16/23
Coupon code: 27718

⊓ Staples.

**Order by 12 pm for same-day pickup**
for all of your holiday print needs.

⊓ Staples.

**25% off**
UPS® Express shipping services.

Expires 12/30/23
Coupon code: 61908

⊓ Staples.



**Staples.**

Low price. Every item. Every day.

Store No: 0953
5 Union Square West
New York, NY, 10003
(212) 929-6323

Receipt #: 42833

26262600 026 42833

11/12/2023 17:22

| Qty | Pages | Description | Amount |
|---|---|---|---|
| 1 | 9 | Print From Email - 2821515 | 2.61 |
| | | - Standard 28 lb. 8.5 x 11" | |
| | | - Black & White (9 pages) | |

SubTotal                                    2.61
Standard Tax 8.875%                  0.23
Total                                 USD $ 2.84

Visa #:*************■ C ]
VISA DEBIT
Chip Read
Auth No.: 052217
Mode: Issuer
AID: A0000000031010
NO CVM

The Cardholder agrees to pay the Issuer of the charges card
is accordance with the agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!

---

**Holiday savings ahead!**

**50% off**
custom cards, invitations
and photo gifts.

Expires 12/16/23

Coupon code: 27718

Valid online at staples.com/services/printing or in Staples® U.S. stores...

**Staples.**

---

**Order by 12 pm for same-day pickup**
for all of your holiday
print needs.

Staples offers many Same-Day solutions for orders placed by 12 pm for in-store pickup...

**Staples.**

---

**25% off**
UPS® Express
shipping services.

Expires 12/30/23

Coupon code: 61908

Valid in Staples® U.S. stores only on UPS Express shipping...

**Staples.**



Low price. Every item. Every day.
Store No: 0953
5 Union Square West
New York, NY, 10003
(212) 929-6323

26262600 026 42834    11/12/2023 17:24

Receipt #: 42834

| Qty | Pages | Description | Amount |
|---|---|---|---|
| 1 | 7 | Print From Email - 2821515<br>- Standard 28 lb. 8.5 x 11"<br>- Black & White (7 pages) | 2.03 |

| | |
|---|---|
| SubTotal | 2.03 |
| Standard Tax 8.875% | 0.18 |
| Total | USD $ 2.21 |

Visa #.************ ▮ C]
VISA DEBIT
Chip Read
Auth No.: 092417
Mode: Issuer
AID: A0000000031010
NO CVM

The Cardholder agrees to pay the Issuer of the charges card
is accordance with the agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!

## Holiday savings ahead!

### 50% off
custom cards, invitations
and photo gifts.

Expires 12/16/23

Coupon code: 27718

Valid online at staples.com/services/printing or in Staples® U.S. stores. Only valid on 4"x7'0" and 5"x7" cards and invitations. Not valid on weddings staples.com. Excludes store/delivery fees. While supplies last. Limit one coupon, per customer, non-transferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied at check-out. Coupon not valid if purchased in-store and must be presented to cashier if purchased in-store. No cash/credit back. Not valid on prior purchases or purchases made with Staples Advantage In-store Purchase Program. Coupon value applied pre-tax. Expires 12/16/23.

### Order by 12 pm for same-day pickup
for all of your holiday
print needs.

Staples offers many Same-Day solutions for orders placed by 12 pm for in-store pickup, including business cards, postcards, flyers, brochures, note cards, cards & invitations, indoor banners, posters, blueprints, labels, calendars, presentations and stamps. Quantity exclusions may apply. Full bleed not available for Same-Day. product will be printed with a white border. Full bleed available for delivery only.

### 25% off
UPS® Express
shipping services.

Expires 12/30/23

Coupon code: 61908

Valid in Staples® U.S. stores only on UPS Express shipping. Limit one coupon per customer, non-transferable. Offer is subject to change or cancellation at any time. Excludes postage stamps. May not be valid in conjunction with other coupons. Each item purchased can only be discounted by one coupon, applied by cashier. Coupon not valid if purchased in-store and must be presented to associate at time of checkout. Not valid on prior purchases or purchases made with Staples Advantage In-store Purchase Program. No cash/credit back. Coupon value applied pre-tax. One-time use only. Redeemed coupons cannot be made available for reuse. Expires 12/30/23.



Low price. Every item. Every day.
Store No: 0953
5 Union Square West
New York, NY, 10003
(212) 929-6323

26262600 026 42835

11/12/2023 17:26

Receipt #: 42835

| Qty | Pages | Description | Amount |
|-----|-------|-------------|--------|
| 1 | 8 | Print From Email- 2821515 | 2.32 |
| | | - Standard 28 lb. 8.5 x 11" | |
| | | - Black & White (8 pages) | |

|  |  |
|--|--|
| SubTotal | 2.32 |
| Standard Tax 8.875% | 0.21 |
| Total | USD $ 2.53 |

Visa #: *************██[ C ]
VISA DEBIT
Chip Read
Auth No.: 022617
Mode: Issuer
AID: A0000000031010
NO CVM

The Cardholder agrees to pay the Issuer of the charges card
is accordance with the agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!

## Holiday savings ahead!

### 50% off
custom cards, invitations
and photo gifts.

Expires 12/16/23
Coupon code: 27718

▢ Staples

### Order by 12 pm for same-day pickup
for all of your holiday
print needs.

▢ Staples

### 25% off
UPS® Express
shipping services.

Expires 12/30/23
Coupon code: 61908

▢ Staples