# EXHIBIT AL

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Maria Jose Cedeno <mjcedeno@llrlaw.com> |
| **Sent:** | Monday, November 13, 2023 7:42 PM |
| **To:** | Rebecca Nelligan |
| **Subject:** | Fw: Your Amazon.com order of 3 x "Avery Legal Exhibit Binder...". |

Hi Becky!

This is another charge in NY TLC trial. ███████████████████████████
██████████████████████████████

Maria J. Cedeno-Cassinelli
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
T: 617-994-5804
F: 617-994-5801
mjcedeno@llrlaw.com
www.llrlaw.com

**From:** Maria Cedeno ████████████
**Sent:** Monday, November 13, 2023 7:37 PM
**To:** Maria Jose Cedeno <mjcedeno@llrlaw.com>
**Subject:** Fwd: Your Amazon.com order of 3 x "Avery Legal Exhibit Binder...".

Begin forwarded message:

> **From:** "Amazon.com" <auto-confirm@amazon.com>
> **Date:** November 13, 2023 at 7:26:35 PM EST
> **To:** ████████████████
> **Subject: Your Amazon.com order of 3 x "Avery Legal Exhibit Binder...".**
> **Reply-To:** no-reply@amazon.com

                    Order Confirmation

Hello Maria,

Thank you for shopping with us. We'll send a confirmation when your items ship.

## Details

Order #113-6894017-2589816

Arriving:
**Wednesday, November 15**

Ship to:
**Bradley**
**NEW YORK, NY**

Order Total:  **$49.65**

View or manage order



Avery Legal Exhibit Binder ...
Qty : 3

We hope to see you again soon.

Amazon.com



The flu doesn't wait for an appointment
Get a care team on call
prime | one medical

The payment for your invoice is processed by Amazon Payments, Inc. P.O. Box 81226 Seattle, Washington 98108-1226. If you need more information, please contact (866) 216-1075
By placing your order, you agree to Amazon.com's Privacy Notice and Conditions of Use. Unless otherwise noted, items sold by Amazon.com are subject to sales tax in select states in accordance with the applicable laws of that state. If your order contains one or more items from a seller other than Amazon.com, it may be subject to state and local sales tax, depending upon the seller's business policies and the location of their operations. Learn more about tax and seller information.
This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

# EXHIBIT AM

| Date | Description | Account # | Amount | Extended Details | Appears On Your Statement As | Reference |
|---|---|---|---|---|---|---|
| 11/02/2023 | FIRST CITYCAB CORP. QUEENS NY | -16008 | $ 86.30 | 00647864913 TAXICAB & LIMOUSINE FIRST CITYCAB CORP. FIRST CITYCAB C QUEENS NY Description : CURB NYC TAXI Price : 0.00 Description : 16:30 La Guardia R Price : 0.00 Description : 17:13 15 E 12th St Price : 0.00 TAXICAB & LIMOUSINE | FIRST CITYCAB CORP. QUEENS NY | 320233070085878473 |
| 11/02/2023 | JAPONICA 62850400658NEW YORK        NY | -16008 | $ 142.22 | 74207853307 212-243-7752 JAPONICA 628504006589410 NEW YORK NY Description : TIP Price :0.23 212-243-7752 | JAPONICA 62850400658NEW YORK        NY | 320233080118200887 |
| 11/03/2023 | LYFT        855-280-0278 CA | -16008 | $ 41.35 | NT_OWJZST2318756587864940157941 04 LEDGER LYFT 855-280-0278 CA LEDGER 1875658786494015794104 | LYFT        855-280-0278 CA | 320233070072941794 |
| 11/03/2023 | LYFT        855-280-0278 CA | -16008 | $ 114.08 | NT_OWNSKF1D1875731158269093594104 LEDGER LYFT 855-280-0278 CA LEDGER 1875731158269093594104 | LYFT        855-280-0278 CA | 320233070094344348 |
| 11/03/2023 | LYFT   *RIDE THU 1PM855-865-9553        CA | -16008 | $ 64.45 | 02eyxhAsqDC 855-865-9553 LYFT   *RIDE THU 1PM 0000 855-865-9553 CA Description : CHARTER SERVICE Price : 0.00 855-865-9553 | LYFT   *RIDE THU 1PM855-865-9553        CA | 320233080116029443 |

| Date | Description | Amount | Amount 2 | Detail | Location | Reference |
|---|---|---|---|---|---|---|
| 11/03/2023 | NYC TAXI 1246 460010LONG ISLAND C    NY | -16008 | $ 20.10 | 011329984  718-9374444<br>NYC TAXI 1246 460010 09012460010<br>LONG ISLAND C<br>NY<br>Description : TAXI & LIMO Price : 0.201<br>718-9374444 | NYC TAXI 1246 460010LONG ISLAND C    NY | 320233080114824906 |
| 11/09/2023 | TST* JACKS WIFE FREDMANHATTAN        NY | -16008 | $ 126.94 | 21105173314 RESTAURANT<br>TST* JACKS WIFE FREDA - 00113659<br>MANHATTAN<br>NY<br>RESTAURANT | TST* JACKS WIFE FREDMANHATTAN        NY | 320233140254737136 |
| 11/09/2023 | FIRST CITYCAB CORP. QUEENS NY | -16008 | 83.61 | 00669755460 TAXICAB & LIMOUSINE<br>FIRST CITYCAB CORP. FIRST CITYCAB C<br>QUEENS<br>NY<br>Description : CURB NYC TAXI Price : 0.00<br>Description : 14:42 East Elmhurs Price : 0.00<br>Description : 15:24 11 E 12th St Price : 0.00<br>TAXICAB & LIMOUSINE | FIRST CITYCAB CORP. QUEENS NY | 320233140257140416 |
| 11/10/2023 | WEWORK-200 PORTLAND 855-593-9675      NY | -13070 | $ 109.27 | EYVXWF3DGR4 MEMBERSHIP<br>WEWORK-200 PORTLAND<br>855-593-9675<br>NY<br>MEMBERSHIP | WEWORK-200 PORTLAND 855-593-9675      NY | 320233150269453074 |
| 11/10/2023 | NEWSBAR        New York NY | -16008 | $ 24.81 | jrRsf7Q0FHV squareup.com/receipts<br>NEWSBAR<br>New York<br>NY<br>squareup.com/receipts | NEWSBAR        New York NY | 320233140249589130 |
| 11/11/2023 | DA ANDREA        NEW YORK NY | -16008 | $ 239.45 | 85347053316 212-367-1979<br>DA ANDREA<br>NEW YORK<br>NY<br>212-367-1979 | DA ANDREA        NEW YORK NY | 320233160312686761 |

| Date | Merchant | Code | Amount | Details | Merchant | Reference |
|---|---|---|---|---|---|---|
| 11/11/2023 | PRET A MANGER     NEW YORK NY | -16008 | $   9.95 | 00076783   212-673-6898<br>PRET A MANGER<br>NEW YORK<br>NY<br>Description : PRET A MANGER US005 Price : 0.00<br>212-673-6898 | PRET A MANGER     NEW YORK NY | 320233160297053739 |
| 11/11/2023 | PRINT MOR COPY SHOP NEW YORK       NY | -13070 | $ 419.00 | 88200001   212-777-7624<br>PRINT MOR COPY SHOP 0000<br>NEW YORK<br>NY<br>Description : SECRETARIAL SVCS Price : 0.00<br>212-777-7624 | PRINT MOR COPY SHOP NEW YORK     NY | 320233160306064559 |
| 11/11/2023 | TST* JANE 300504525 NEW YORK       NY | -16008 | $ 145.21 | evnulOlzu00 2122547000<br>TST* JANE 300504525<br>NEW YORK<br>NY<br>Description : RESTAURANTS Price : 1.4521<br>2122547000 | TST* JANE 300504525 NEW YORK     NY | 320233160304267534 |
| 11/12/2023 | NEWSBAR       New York NY | -16008 | $  34.47 | HpHgnQYb7Nb squareup.com/receipts<br>NEWSBAR<br>New York<br>NY<br>squareup.com/receipts | NEWSBAR       New York NY | 320233160298201493 |
| 11/13/2023 | FIRST CITYCAB CORP. QUEENS NY | -16008 | $  22.37 | 00955806745 TAXICAB & LIMOUSINE<br>FIRST CITYCAB CORP. FIRST CITYCAB C<br>QUEENS<br>NY<br>Description : CURB NYC TAXI Price : 0.00<br>Description : 18:44 66 Centre St Price : 0.00<br>Description : 18:54 60 5th Ave N Price : 0.00<br>TAXICAB & LIMOUSINE | FIRST CITYCAB CORP. QUEENS NY | 320233180355030941 |
| 11/16/2023 | IL CORTILE      NEW YORK NY | -16008 | 441.10 | 2122266060<br>IL CORTILE<br>NEW YORK<br>NY<br>2122266060 | IL CORTILE      NEW YORK NY | 320233210428388726 |

| 11/17/2023 | AMORINO UNIVERSITY PNew York NY | | -16008 | $ 15.68 | BqFEC2IPVfz squareup.com/receipts AMORINO UNIVERSITY PLACE - NYC New York NY squareup.com/receipts | AMORINO UNIVERSITY PNew York NY | 320233210434472550 |

# EXHIBIT AN

SIGN UP     LOG IN      3

# Your trip has been successfully changed

Angie, your flight change is complete. We'll email a copy of your new itinerary and receipt to

**CONFIRMATION**

# #JOFFGD

## MIA     LGA
One-Way , 2 Passengers

ANGIE URENA, CHLOE GONZABAY

Nov 12, 2023

VIEW MY TRIP

**Changeable / Nonrefundable**

**AMOUNT CHARGED**

$ **900** .00 USD

 AMEX ▬▬▬▬

VIEW RECEIPT

SIGN UP     LOG IN     🔔 3

# Your trip to New York-LaGuardia, NY is booked

**eCredits Applied**

Carlos, your booking is complete. We'll email a copy of your itinerary and receipt to

███████████████

**CONFIRMATION**

## #HADYRD

### MIA     LGA

**Round Trip , 1 Passenger**

**Nov 12, 2023 - Nov 15, 2023**

VIEW MY TRIP

**Changeable / Nonrefundable**

**AMOUNT CHARGED**

$**639**.00 USD

 AMEX ███████

**ECREDITS APPLIED**

$**88**.80 USD

Feedback

# EXHIBIT AO

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Delta Air Lines <DeltaAirLines@t.delta.com> |
| **Sent:** | Wednesday, November 8, 2023 12:20 PM |
| **To:** | Rebecca Nelligan |
| **Subject:** | Your Flight Receipt - SHANNON LISSRIORDAN 09NOV23 |
| | |
| **Categories:** | Costs |

View as a Web Page





SkyMiles® Member

**CONFIRMATION #: G2VJMW**

THANK YOU FOR **CHOOSING DELTA**

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: SHANNON LISSRIORDAN
SkyMiles # ██████████

| FLIGHT | SEAT |
|--------|------|
| DELTA 5643 | 08A |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Thu, 09NOV | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 5643*<br>Delta Comfort+® (S) | BOSTON, MA<br>1:00pm | NYC-LAGUARDIA<br>2:28pm |

*Flight 5643 Operated by REPUBLIC AIRWAYS DBA DELTA CONNECTION

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: **0062187603636**
Place of Issue:
Issue Date: 08NOV23
Expiration Date: 08NOV24

| METHOD OF PAYMENT | |
|---|---|
| ██████████ | $408.90 USD |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $366.51 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $27.49 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.80 USD |
| **TICKET AMOUNT** | **$408.90 USD** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit **delta.com** for details on baggage embargoes that may apply to your itinerary.

| Thu 09 Nov 2023 | | BOS-LGA |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $30.00$^{USD}$ (50LBS/23KG) OR 3,000 miles | $40.00$^{USD}$ (50LBS/23KG) OR 4,000 miles |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Delta Air Lines <DeltaAirLines@t.delta.com> |
| **Sent:** | Thursday, November 16, 2023 11:53 PM |
| **To:** | rlabbe@llrlaw.com |
| **Subject:** | Your Flight Receipt - SHANNON LISSRIORDAN 17NOV23 |

View as a Web Page



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

1

## Passenger Info

Name: SHANNON LISSRIORDAN
SkyMiles # ███████████

| FLIGHT | SEAT |
|--------|------|
| DELTA 5788 | 02A |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Fri, 17NOV | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 5788*<br>First Class (D) | NYC-LAGUARDIA<br>1:59pm | BOSTON, MA<br>3:18pm |

*Flight 5788 Operated by REPUBLIC AIRWAYS DBA DELTA CONNECTION

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: **0062189289028**
Place of Issue:
Issue Date: 16NOV23
Expiration Date: 16NOV24

| METHOD OF PAYMENT | |
|-------------------|---|
| ███████████ | $588.90 USD |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $533.95 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $40.05 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.80 USD |
| **TICKET AMOUNT** | **$588.90 USD** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit **delta.com** for details on baggage embargoes that may apply to your itinerary.

| Fri 17 Nov 2023 | | LGA-BOS |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) | FREE (70LBS/32KG) |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

# EXHIBIT AP

 Hotels.com

Help    Create account    Sign in

 **Thanks Carlos, your reservation is confirmed!**

We've emailed your confirmation to ███████████ There's no need to call us to reconfirm. Enjoy your stay!

**Itinerary number: 72691615089070**

 **Get the Hotels.com app**

Use our app to:

- Easily manage your booking
- Receive useful notifications for your trip
- Send messages to your hotel

**Scan the QR code with your device camera**

Available on iOS and Android

 



**Holiday Inn New York City - Wall Street, an IHG Hotel**

 **Manage your booking**

**Check in**
Sunday, November 12, 2023 (From 3 PM local time)

**Check out**
Wednesday, November 15, 2023 (Before 11 AM local time)

**Your stay**                    3 nights, 1 unit

 **Includes Save 20%**

> **Need to make a change? Don't worry, it's quick and easy to amend or cancel your booking online. Manage your booking**

**Tell your friends you booked a great deal!**

 

# We will find you a rental car that suits your travel needs.

12 Nov - 15 Nov                    Edit search

Car Rental - New York -
La Guardia Airport (LGA)

 Reserve Now

## Your next booking

 Search again     Find the perfect place to stay for your next trip.

## 📱 Get the Hotels.com app

Use our app to:

- Easily manage your booking
- Receive useful notifications for your trip
- Send messages to your hotel

### Scan the QR code with your device camera



Available on iOS and Android

 

## Tell your friends you booked a great deal!

 

**Top Countries & Regions** ⌄

**User terms & Privacy** ⌄

**Website feedback**

* Some hotels require you to cancel more than 24 hours before check-in. Details on site.

© 2023 Hotels.com is an Expedia Group company. All rights reserved.

Hotels.com and the Hotels.com logo are trademarks or registered trademarks of Hotels.com, LP in the United States and/ or other countries. All other trademarks are the property of their respective owners.

# EXHIBIT AQ

MC    0 pts

# Thanks for booking with JetBlue, Maria!

Boston ⇄ New York–LaGuardia

**Nov 11 – Nov 27,** non-refundable roundtrip

Add to Calendar

jetBlue

**Confirmation Code:**

INLACI

Copy Code

Manage this booking

A confirmation email has been sent to █████████████    If you didn't receive it, check your spam/junk folder. You can also view and manage your trip on jetblue.com or the JetBlue app with your confirmation code.

MC

BOS 11:00am
Flight B6 731 • Fare: Blue Extra

jetBlue

LGA 12:19pm

**Returning: Nov 27 2023**

LGA 7:15pm
Flight B6 1332 • Fare: Blue Extra

jetBlue

BOS 8:37pm

Total: **$926.10**

Charged to **American Express** ending 770
Hide details

De…

MC



**Policy Number: EUSP2375668769**

Your trip protected by Allianz Travel Protection. Please watch your email for a confirmation of this purchase and details about your plan benefits. The purchase will appear as a separate charge from Allianz Global Assistance. You can reach them at 1-800-538-2583.

Total: **$56.52**

Charged to **American Express** ending in 

 Allianz

# EXHIBIT AR

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Maria Jose Cedeno |
| **Sent:** | Friday, November 10, 2023 5:08 PM |
| **To:** | Rebecca Nelligan |
| **Subject:** | FW: Your receipt from PRINT MOR |
| | |
| **Categories:** | Costs |

Hi Becky, this is in NY TLC/Taxi. Printing 11 blowups for closing at trial. Thanks!
Maria

Maria J. Cedeno-Cassinelli
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
T: 617-994-5804
F: 617-994-5801
mjcedeno@llrlaw.com
www.llrlaw.com

---

**From:** PRINT MOR (via Clover) <app@clover.com>
**Sent:** Friday, November 10, 2023 5:07 PM
**To:** Maria Jose Cedeno <mjcedeno@llrlaw.com>
**Subject:** Your receipt from PRINT MOR



# PRINT MOR

636 BROADWAY STE 714, NEW YORK, NY 10012

+1 212-777-7624

November 10, 2023 • 4:55 PM

1

# $943.00

full transaction receipt

View the Privacy Policies for Clover

# EXHIBIT AS

W NEW YORK UNION SQUARE
201 Park Avenue South
New York, NY  10003
United States
Tel: 212-253-9119 Fax: 212-253-9229

# W
## HOTELS

BRADLEY MANEWITH

| | | | | | | |
|---|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : | 1000214660 |
| Guest Number | : | 5029372 | | | | |
| Folio ID | : | A | | | | |
| Arrive Date | : | 09-NOV-23 | 21:11 | | | |
| Depart Date | : | 18-NOV-23 | 07:56 | | | |
| No. Of Guest | : | 2 | | | | |
| Room Number | : | 1211 | | | | |
| Marriott Bonvoy Number : | | ■ | | | | |

Tax Gross

W UNION SQUARE NYCNU  NOV-18-2023  08:00  SDRAK573

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 09-NOV-23 | RT1211 | Room Chrg - Other Discount | 447.20 | |
| 09-NOV-23 | RT1211 | State Tax | 39.69 | |
| 09-NOV-23 | RT1211 | County Tax | 1.50 | |
| 09-NOV-23 | RT1211 | Occupancy/Tourism | 2.00 | |
| 09-NOV-23 | RT1211 | City Tax 5.875% | 26.27 | |
| 10-NOV-23 | crisort | Package Handling | 15.00 | |
| 10-NOV-23 | crisort | State Tax | 1.33 | |
| 10-NOV-23 | RT1211 | Room Chrg - Other Discount | 447.20 | |
| 10-NOV-23 | RT1211 | State Tax | 39.69 | |
| 10-NOV-23 | RT1211 | County Tax | 1.50 | |
| 10-NOV-23 | RT1211 | Occupancy/Tourism | 2.00 | |
| 10-NOV-23 | RT1211 | City Tax 5.875% | 26.27 | |
| 11-NOV-23 | RT1211 | Room Chrg - Other Discount | 463.20 | |
| 11-NOV-23 | RT1211 | State Tax | 41.11 | |
| 11-NOV-23 | RT1211 | County Tax | 1.50 | |
| 11-NOV-23 | RT1211 | Occupancy/Tourism | 2.00 | |
| 11-NOV-23 | RT1211 | City Tax 5.875% | 27.21 | |
| 12-NOV-23 | RT1211 | Room Chrg - Other Discount | 335.20 | |

Continued on the next page

W NEW YORK UNION SQUARE
201 Park Avenue South
New York, NY  10003
United States
Tel: 212-253-9119 Fax: 212-253-9229



BRADLEY MANEWITH

| | | | | |
|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : 1000214660 |
| Guest Number | : | 5029372 | | |
| Folio ID | : | A | | |
| Arrive Date | : | 09-NOV-23 | 21:11 | |
| Depart Date | : | 18-NOV-23 | 07:56 | |
| No. Of Guest | : | 2 | | |
| Room Number | : | 1211 | | |
| Marriott Bonvoy Number : | | ▮ | | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 12-NOV-23 | RT1211 | State Tax | 29.75 | |
| 12-NOV-23 | RT1211 | County Tax | 1.50 | |
| 12-NOV-23 | RT1211 | Occupancy/Tourism | 2.00 | |
| 12-NOV-23 | RT1211 | City Tax 5.875% | 19.69 | |
| 13-NOV-23 | RT1211 | Room Chrg - Other Discount | 479.20 | |
| 13-NOV-23 | RT1211 | State Tax | 42.53 | |
| 13-NOV-23 | RT1211 | County Tax | 1.50 | |
| 13-NOV-23 | RT1211 | Occupancy/Tourism | 2.00 | |
| 13-NOV-23 | RT1211 | City Tax 5.875% | 28.15 | |
| 14-NOV-23 | RT1211 | Room Chrg - Other Discount | 503.20 | |
| 14-NOV-23 | RT1211 | State Tax | 44.66 | |
| 14-NOV-23 | RT1211 | County Tax | 1.50 | |
| 14-NOV-23 | RT1211 | Occupancy/Tourism | 2.00 | |
| 14-NOV-23 | RT1211 | City Tax 5.875% | 29.56 | |
| 15-NOV-23 | RT1211 | Room Chrg - Other Discount | 503.20 | |
| 15-NOV-23 | RT1211 | State Tax | 44.66 | |
| 15-NOV-23 | RT1211 | County Tax | 1.50 | |
| 15-NOV-23 | RT1211 | Occupancy/Tourism | 2.00 | |
| 15-NOV-23 | RT1211 | City Tax 5.875% | 29.56 | |
| 16-NOV-23 | RT1211 | Room Chrg - Other Discount | 447.20 | |
| 16-NOV-23 | RT1211 | State Tax | 39.69 | |
| 16-NOV-23 | RT1211 | County Tax | 1.50 | |

Continued on the next page

W NEW YORK UNION SQUARE
201 Park Avenue South
New York, NY  10003
United States
Tel: 212-253-9119 Fax: 212-253-9229



BRADLEY MANEWITH

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 3 | Invoice Nbr | : | 1000214660 |
| Guest Number | : | 5029372 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 09-NOV-23 | 21:11 | | |
| Depart Date | : | 18-NOV-23 | 07:56 | | |
| No. Of Guest | : | 2 | | | |
| Room Number | : | 1211 | | | |
| Marriott Bonvoy Number | : | ■ | | | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 16-NOV-23 | RT1211 | Occupancy/Tourism | 2.00 | |
| 16-NOV-23 | RT1211 | City Tax 5.875% | 26.27 | |
| 17-NOV-23 | RT1211 | Room Chrg - Other Discount | 407.20 | |
| 17-NOV-23 | RT1211 | State Tax | 36.14 | |
| 17-NOV-23 | RT1211 | County Tax | 1.50 | |
| 17-NOV-23 | RT1211 | Occupancy/Tourism | 2.00 | |
| 17-NOV-23 | RT1211 | City Tax 5.875% | 23.92 | |
| 18-NOV-23 | AX | American Express ■ | | -4675.45 |

***For Authorization Purpose Only***
xxxxxx■

| Date | Time | Code | Authorized |
|---|---|---|---|
| 09-NOV-23 | 21:11 | 123029 | 8720.40 |

| | Charges | Credits |
|---|---|---|
| ** Total | 4675.45 | -4675.45 |
| *** Balance | 0.00 | |

Continued on the next page

W NEW YORK UNION SQUARE
201 Park Avenue South
New York, NY  10003
United States
Tel: 212-253-9119 Fax: 212-253-9229



W
H O T E L S

BRADLEY MANEWITH

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 4 | | Invoice Nbr | : | 1000214660 |
| Guest Number | : | 5029372 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 09-NOV-23 | 21:11 | | |
| Depart Date | : | 18-NOV-23 | 07:56 | | |
| No. Of Guest | : | 2 | | | |
| Room Number | : | 1211 | | | |
| Marriott Bonvoy Number | : | ██ | | | |

Any questions about your invoice? Please email wus.ar@whotels.com

Make your home the next great escape. Shop WHotelsTheStore.com

# EXHIBIT AT

Merchant: Curb Mobility
Contact #: 1800 488-8704

email: cs@gocurb.com

****CREDIT CARD SALE****

****PASSENGER COPY****
Merchant ID:                883
ENTRY METHOD:
CHIP CONTACTLESS
AID:        A0000000041010
APPL. NAME:
Debit Mastercard
ATC:                       0202
TID:                  ****431
Mode:                   Issuer

DRIVER              5323610
CAB                    9155
PASSENGERS                1
DATE              11/18/23
START             07:59:13
END               08:20:16
TRIP                  12973
STAND. CITY RATE 1
DISTANCE          10.12 mi
FARE R1             $40.80
EXTRA               $5.00
Midtown Tunnel      $6.94
SUB TOTAL          $52.74
TIP                $11.35
STATE SURCHARGE     $0.50
IMP. SURCHARGE      $1.00
CGN SRCH.           $2.50
TOTAL              $68.09
MASTER CARD
AUTH               142603
TRN REF #:       82276655
********************
Contact TLC Dial 3-1-1

---

# Staples

5 Union Square East FRNT 1
New York, NY 10003
212-929-6323

Sale

Store: 953              Register: 4
Date: 11/12/23          Time: 3:53 PM
Transaction: 43805      Cashier: 2049002

| Qty | Item | Price | Amount |
|---|---|---|---|
| | STAPLES ROLLING CR | | |
| 1 | 718103338625 | 6.99 | 35.99 |
| | STPLS HD VIEW BIND * | | |
| 1 | 718103405345 | 14.49 | 9.49 |
| | Buy More / Save More | | (5.00) |
| | STPLS HD VIEW BIND * | | |
| 1 | 718103405345 | 14.49 | 9.49 |
| | Buy More / Save More | | (5.00) |
| | STPLS HD VIEW BIND * | | |
| 1 | 718103405345 | 14.49 | 9.49 |
| | Buy More / Save More | | (5.00) |
| | STPLS HD VIEW BIND * | | |
| 1 | 718103405345 | 14.49 | 9.49 |
| | Buy More / Save More | | (5.00) |
| | STPLS HD VIEW BIND * | | |
| 1 | 718103405345 | 14.49 | 9.49 |
| | Buy More / Save More | | (5.00) |
| | STPLS HD VIEW BIND * | | |
| 1 | 718103405345 | 14.49 | 9.49 |
| | Buy More / Save More | | (5.00) |
| | STPLS HD VIEW BIND * | | |
| 1 | 718103405345 | 14.49 | 9.49 |
| | Buy More / Save More | | (5.00) |
| | STPLS HD VIEW BIND * | | |
| 1 | 718103405345 | 14.49 | 9.49 |
| | Buy More / Save More | | (5.00) |
| | STPLS HD VIEW BIND * | | |
| 1 | 718103405345 | 14.49 | 9.49 |
| | Buy More / Save More | | (5.00) |

Subtotal             130.89
NEW YORK 8.375%       11.62

Total                142.51
                  USD$142.51
CHASE VISA
Card No. : XXXXXXXXX      [C]
Chip Read
Auth No. : 09640
Mode.: Issuer
AID.: A0000000031010
TVR.: 0000008000
IAD.: 06021203608002
TSI.: E800
ARC.: 3030

---

# Staples

5 Union Square East FRNT 1
New York, NY 10003
212-929-6323

Sale

Store: 953              Register: 4
Date: 11/14/23          Time: 7:08 PM
Transaction: 44583      Cashier: 2045692

| Qty | Item | Price | Amount |
|---|---|---|---|
| | SHARPIE CHISEL ASS | | |
| 1 | 071641382503 | 7.99 | 7.99 |

Subtotal               7.99
NEW YORK 8.375%        0.71

Total                  8.70
                    USD$8.70
US Debit
Card No. : XXXXXXXXX      [T]
Contactless
Auth No. : 001743
Mode.: Issuer
AID.: A0000000042203
TVR.: 0000048000
IAD.: 0414A0AE01A20000000000000000000000F
TSI.:
ARC.: 3030

Verified By PIN

Staples,
the working and learning store.
Discover every tool to take on tomorrow
including products, services
and inspiration that help you
unlock what's possible.

THANK YOU FOR SHOPPING AT
STAPLES

NYC Service Dealer #122:1884-DCA
NYC Elec. Stor. #1241:61-DCA
NYC Secondhand Dealer #:1872-DCA



Customer Copy

CUT HERE

---

# ♥ CVS pharmacy

215 PARK AVENUE, NEW YORK, NY
PHARMACY: 646-602-8237

REG#17 TRN#1335 CSHR#0000097 STR#24

1 HARIBO PEACHES    5Z    2.99$

1 .05 BAG FEE        1     .05N
1 SNGLNE STAPLR KIT KIT   20.49T

3 ITEMS

Survey ID #
3150 2720 6454 461 45

SUBTOTAL               23.53
NY 8.875% TAX           2.08
TOTAL                  25.61
CHARGE                 25.61

Debit Mastercard ************
APPROVED# 132651      REF# 173353
TRAN TYPE: SALE       AID: A0000000041
TC: 5BAA678270521304  TERMINAL# 8426939
NO SIGNATURE REQUIRED CVM: 1E0300
TVR(95): 0000008000   TSI(9B): E800

CHANGE                   .00

3802 4273 3161 3351 78
Returns with receipt, subject to
CVS Return Policy, thru 01/11/2024.
Refund amount is based on price
after all coupons and discounts.

NOVEMBER 12, 2023        9:25 PM

Whiskey Roxx
239 Park Avenue South
New York, NY 10003

Server: Dinara D
Check #118
Guest Count: 1
Ordered:
                              11/17/23 10:24 PM

1 Prime Burger                    $18.00
  Medium
2 Old Fashioned                   $34.00
Pay Cash and Save (3.00%)         $1.56

Subtotal                          $53.56
Tax                                $4.60
Total                             $58.16

Input Type              C (EMV Chip Read)
Debit Mastercard               xxxxxxxx▮
Time                            10:58 PM

Transaction Type                    Sale
Authorization                   Approved
Approval Code                     185481
Payment ID                  HJymxxfYRtbY
Application ID            A0000000041010
Application Label       Debit Mastercard
Terminal ID
Card Reader                        BBPOS

     Amount                      $58.16

          Add a Tip:

[   ] 20%: (Tip $10.40  Total $68.56)
[   ] 22%: (Tip $11.44  Total $69.60)
[   ] 25%: (Tip $13.00  Total $71.16)

[   ] $ _11.00_   $ _69.16_
      Custom Tip      Total

X_____

      BRADLEY S MANEWITH


          Customer Copy


         Powered by Toast

---

**NEWSBAR**

107 UNIVERSITY        November 16, 2023
PLACE                          8:11 AM
NEW YORK, NY
10003
(212) 353-1246
www.newsbarny.com

_____

Receipt: Fecf
Authorization: 141388

Debit Mastercard
AID AO 00 00 00 04 10 10

_____

            TO GO

COFFEE                            $2.50
10oz

BLUEBERRY LF YOGURT w/            $7.00
BANANAS & BERRIES

Subtotal                          $9.50
NYS SALES TAX (8.875%)            $0.84
Tip                               $1.00

Total                            $11.34
Mastercard▮▮▮(Contactless)       $11.34

---

# WHOLE FOODS
## MARKET

Union Square USQ 212-673-5388
       4 Union Sq S
   New York, NY 10003 4196
MEDIUM SOUP 16 OZ                  $6.99 T
KETTL KRINKLE CUT                  $1.69 F
CARRY OUT BAG CHARGE                  FT
1 EACH
        Subtotal:                  $8.68
        Net Sales:                 $8.68
        Bag Fee:    $0.05EA        $0.05
        Tax:        8.88%          $0.62
           Total:                  $9.35
        Sold Items:                   3
     Paid:
     Debit          ▮▮▮▮           $9.35
       Chip Card:US Debit
       Chip Card AID:A0000000042203

RETURNS: All returns require a receipt.
No returns on items purchased after
90 days. For additional information
please visit wfm.com/returns.

**139**

EST. 1997

# Sophie's
## CUBAN

Sophie's Cuban - Union Square
28 East 12th Street
New York, NY 10003
646-398-7481

Server: Ana R
Check #139
Guest Count: 1
Ordered:                     11/14/23 6:56 PM

1 El Cubano - The Cuban          $11.99
1 Bottled Water                   $0.00
  Bottled Water                   $1.99

Subtotal                         $13.98
Tax                               $1.24
Total                            $15.22

Input Type              C (EMV Chip Read)
Debit Mastercard             xxxxxxxx
Time                            6:56 PM

Transaction Type                    Sale
Authorization                   Approved
Approval Code                     105267
Payment ID                   Jtdtsf7wRgcd
Application ID          A000000041010
Application Label        Debit Mastercard
Terminal ID            54cb714d8f079cbb
Card Reader                       BBPOS

Order Online
order.sophiescuban.com

---



# Office DEPOT
# OfficeMax

134 S WAUKEGAN ROAD
DEERFIELD, IL 60015
(224) 727-0791
11/01/2023 7:02 PM

V7TTGAPPY6Q56X4WB

SALE          3371-1-8154-1051489-23.10.1
627457  DIVIDERS,OD,8T               6.39 SS
210178  BDR,OD,DR,1.5"               9.99 SS
210286  BDR,OD,DR,1.5"               9.99 SS
        Subtotal                    26.37
Retailers'/Service Occupation and Use/Se    2
.37
            Total:                  28.74
Visa  ████                          28.74

AUTH CODE 07730D
TDS Chip Read
AID A0000000031010    CHASE VISA
TVR 0000008000
CVS No Signature Required

Shop online at www.officedepot.com
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
WE WANT TO HEAR FROM YOU!
Visit survey.officedepot.com
and enter the survey code below
S6KY QVP9 AXAO
or scan the below QR code



xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Uber Receipts <noreply@uber.com>
Thu 11/9/2023 8:39 PM

## Uber

Total **$64.94**
November 9, 2023

# Thanks for tipping, Bradley

Here's your updated Thursday evening ride receipt.



# Total                                   $64.94

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

| | |
|---|---|
| Trip fare | $41.79 |
| Subtotal | $41.79 |
| Queens Midtown Tunnel Westbound ❓ | $6.94 |
| LGA Airport Surcharge | $2.50 |
| NY Congestion Fee ❓ | $2.75 |
| Tips | $5.00 |
| Sales Tax ❓ | $4.55 |
| NY State Black Car Fund ❓ | $1.41 |

## Payments

$64.94

11/9/23 9:39 PM

Affiliated with NY ONE CORP CAR INC (B00014)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

**Switch Payment Method**

**Download PDF**

# You rode with Maher

★                     Has passed a multi-step safety screen



When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX    9.07 miles | 27 min

■    **8:41 PM**

**Terminal B, Flushing, NY**

**11371, US**

↓    **9:08 PM**

**201 Park Ave S, New York**

**City, NY 10003, US**



Report lost item  >          Contact support  >          My trips  >

Forgot password                    Uber Technologies
                                   1515 3rd Street
Privacy                            San Francisco, CA 94158

Terms

**Your Thursday afternoon trip with Uber**

Uber Receipts <noreply@uber.com>
Thu 11/9/2023 3:54 PM

# Uber

Total **$43.91**
November 9, 2023

# Thanks for tipping, Bradley

Here's your updated Thursday afternoon ride receipt.



# Total                    $43.91

Surcharges mandated by the City of Chicago may make your trip more expensive. <u>Learn more.</u>

| | |
|---|---|
| Trip fare | $27.11 |
| Subtotal | $27.11 |
| Milwaukee-Chicago Toll 29 S: Touhy 2 ❓ | $0.95 |
| Milwaukee-Chicago Toll 31 W - OHare Ramp ❓ | $1.50 |
| Booking Fee ❓ | $3.10 |
| Chicago Ground Transportation Surcharge ❓ | $1.13 |
| Chicago Accessibility Surcharge ❓ | $0.10 |
| Chicago TNP Administrative Surcharge ❓ | $0.02 |
| Chicago Special Venues Surcharge ❓ | $5.00 |

| Tips | $5.00 |
|------|-------|

**Payments**

████████████████████████      $43.91

████ 11/9/23 3:53 PM

**Switch Payment Method**

**Download PDF**

## You rode with Muhammad

**4.96 ★** Rating     👥 Has passed a multi-step safety screen

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

UberX     16.79 miles | 22 min

■ **2:59 PM**

███████████████████████████

▪ **3:21 PM**

**Terminal 1, O'Hare International Airport (ORD), Chicago, IL 60666, US**



**Your Saturday morning trip with Uber**

Uber Receipts <noreply@uber.com>
Sat 11/18/2023 12:42 PM

## Uber

Total **$41.99**
November 18, 2023

# Thanks for tipping, Bradley

Here's your updated Saturday morning ride receipt.



# Total                    $41.99

> Surcharges mandated by the City of Chicago may make your trip more expensive. Learn more.

| | |
|---|---|
| Trip fare | $26.84 |
| | |
| Subtotal | $26.84 |
| Milwaukee-Chicago Toll 29 N: Touhy 1 ❓ | $0.95 |
| Booking Fee ❓ | $2.95 |
| Chicago Special Venues Surcharge ❓ | $5.00 |
| Chicago Ground Transportation Surcharge ❓ | $1.13 |
| Chicago Accessibility Surcharge ❓ | $0.10 |
| Chicago TNP Administrative Surcharge ❓ | $0.02 |
| Tips | $5.00 |

**Payments**

████████████████████
████████

11/18/23 12:42 PM

$41.99

**Switch Payment Method**

**Download PDF**

## You rode with AMER

4.75 ★ Rating        👤 Has passed a multi-step safety screen

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered
accident.

Learn more ›

UberX    **16.91 miles | 21 min**

■   **11:52 AM**

    **Terminal 2, O'Hare**
    **International Airport (ORD),**
    **Chicago, IL 60666, US**

■   **12:13 PM**

███████████████████████████
███████████████████████████
███████████████████████████



# EXHIBIT AU

# Staples

Low price. Every item. Every day.
Store No: 0953
5 Union Square West
New York, NY, 10003
(212) 929-6323

26262600 026 42829

Receipt #: 42829                    11/12/2023 17:12

| Qty | Pages | Description | Amount |
|-----|-------|-------------|--------|
| 1 | 47 | Print From Email - 2821515 | 13.63 |
|   |   | - Standard 28 lb. 8.5 x 11" | |
|   |   | - Black & White (47 pages) | |
| 5 | 100 | Print From Email - 2821515 | 29.00 |
|   |   | - Standard 28 lb. 8.5 x 11" | |
|   |   | - Black & White (100 pages) | |

| | |
|---|---|
| SubTotal | 42.63 |
| Standard Tax 8.875% | 3.78 |
| Total | USD $ 46.41 |

Visa #:***********█  [ S ]
Swipe
Auth No.: 071317

**The Cardholder agrees to pay the Issuer of the charges card is accordance with the agreement between the Issuer and the Cardholder.**

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!

## Holiday savings ahead!

### 50% off
custom cards, invitations and photo gifts.

Expires 12/16/23
**Coupon code: 27718**

Valid online at staples.com/services/printing or in Staples® U.S. stores. Only valid on 4"x7.75" and 5"x7" cards and invitations. Not valid on weddings.staples.com. Excludes courier/delivery fees. While supplies last. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied at check out. Coupon not valid if purchased or sold and must be presented to cashier if purchased in-store. No cash/credit back. Not valid on prior purchases or purchases made with Staples Advantage In-store Purchase Program. Coupon value applied pre-tax. Expires 12/16/23.

# Staples

### Order by 12 pm for same-day pickup
for all of your holiday print needs.

Staples offers many Same-Day solutions for orders placed by 12 pm for in-store pickup, including business cards, postcards, flyers, brochures, note cards, cards & invitations, indoor banners, posters, blueprints, labels, calendars, presentations and stamps. Quantity exclusions may apply. Full bleed not available for Same-Day, product will be printed with a white border. Full bleed available for delivery only.

# Staples

### 25% off
UPS® Express shipping services.

Expires 12/30/23
**Coupon code: 61908**

Valid in Staples® U.S. stores only on UPS Express shipping. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Excludes postage stamps. May not be valid in combination with other coupons. Each item purchased can only be discounted by one coupon, applied by cashier. Coupon not valid if purchased or sold and must be presented to associate at time of checkout. Not valid on prior purchases or purchases made with Staples Advantage In-store Purchase Program. No cash/credit back. Coupon value applied pre-tax. One-time use only. Redeemed coupons cannot be made available for reuse. Expires 12/30/23.

# Staples

HAM1742

Found in Outlook Inbox

**Lyft Receipts**   11/17/23
To: Maria Cedeno >

## Your ride with Amanpreet on November 16



**NOVEMBER 16, 2023 AT 9:55 PM**

# Thanks for riding with Amanpreet!

100% of tips go to drivers. **Add a tip**

| | |
|---|---|
| Lyft fare (25.95mi, 43m 52s) | $79.79 |
| Congestion Surcharge | $2.75 |
| New York Sales Tax | $7.08 |
| Black Car Fund Surcharge | $2.19 |

| | |
|---|---|
| Venmo account | **$91.81** |

2:50    5G

< 5    ∧ ∨

Found in Outlook Inbox

LR    **Lyft Receipts**    11/16/23
To: Maria Cedeno >

## Your ride with Muhammad on November 16



**NOVEMBER 16, 2023 AT 6:27 PM**

# Thanks for riding with Muhammad!

100% of tips go to drivers. **Add a tip**

| | |
|---|---|
| Lyft fare (24.09mi, 1h 15m 31s) | $51.79 |
| New York State Surcharge | $2.03 |
| Black Car Fund Surcharge | $1.42 |
| Congestion Surcharge | $2.75 |
| Tip | $8.70 |

| Venmo account | **$66.69** |
|---|---|

# EXHIBIT AV



# INVOICE
## (REPRINT)

P.O. Box 841441
Dallas, TX 75284-1441
Tax ID: ████████
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| ████ | November 17, 2023 | FD35958-01-01 |

*As a courtesy, First Digital Solutions will retain a copy of files for one year after the invoice date. For a longer retention period, please contact us for pricing information.*

**Bill To:**
**Maria J. Cedeno-Cassinelli**
**LICHTEN & LISS-RIORDAN PC**
**729 Boylston Street, Suite 2000**
**Boston, MA 02116**

**Ordered by:**
**Maria J. Cedeno-Cassinelli**
**LICHTEN & LISS-RIORDAN PC**
**729 Boylston Street, Suite 2000**
**Boston, MA 02116**

Order Date: 11/8/2023

| Reference: | | Facility: | FIRST DIGITAL SOLUTIONS- LA |
|---|---|---|---|
| Claim # | | Custodian: | |
| Case # | | Telephone: | (866) 993-5061 |
| Case Name: | Nnebe vs. Daus (06-cv-4991) | Address: | 1511 BEVERLY BLVD., LOS ANGELES, CA 90026 |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Print - B&W - Hole Punched 8.5 x 11** | **358.00** | **.17** | **60.86** |
| **Print - Color - Hole Punched - 8.5 x 11** | **40.00** | **.80** | **32.00** |
| **Tabs - Exhibit** | **40.00** | **.45** | **18.00** |
| **Cardstock** | **4.00** | **.75** | **3.00** |
| **Binder - View 1.5"** | **2.00** | **15.00** | **30.00** |
| **Tech Time - Added 20 Digital Tags** | **.50** | **155.00** | **77.50** |
| **Shipping - FedEx** | **150.00** | **1.00** | **150.00** |
| **Regarding: Print-Binder // Email Original // FedEx Next day to NYX2 // BW // W-Tabs // at LA - Production FIRST DIGITAL SOLUTIONS- LA LOS ANGELES** | | **SUB-TOTAL** | **371.36** |
| | | **SALES TAX** | **.00** |
| | | **TOTAL DUE** | **$ 371.36** |

Thank you for choosing First Digital Solutions!  For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE



1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Digital Solutions

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| ████ | November 17, 2023 | FD35958-01-01 |

**TOTAL DUE:**  | $ 371.36 |

**Mail Payment to:**

**First Digital Solutions**
**P.O. Box 841441**
**Dallas, TX 75284-1441**

**Bill To:**
**Maria J. Cedeno-Cassinelli**
**LICHTEN & LISS-RIORDAN PC**
**729 Boylston Street, Suite 2000**
**Boston, MA 02116**

FD35958-01/ARINV



# INVOICE
**(REPRINT)**



P.O. Box 841441
Dallas, TX 75284-1441
Tax ID: ███████
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| ███████ | November 17, 2023 | FD35964-01-01 |

*As a courtesy, First Digital Solutions will retain a copy of files for one year after the invoice date. For a longer retention period, please contact us for pricing information.*

**Bill To:**
**Maria J. Cedeno-Cassinelli**
**LICHTEN & LISS-RIORDAN PC**
**729 Boylston Street, Suite 2000**
**Boston, MA 02116**

**Ordered by:**
**Maria J. Cedeno-Cassinelli**
**LICHTEN & LISS-RIORDAN PC**
**729 Boylston Street, Suite 2000**
**Boston, MA 02116**

Order Date: 11/8/2023

| Reference: | | Facility: | FIRST DIGITAL SOLUTIONS- LA |
|---|---|---|---|
| Claim # | | Custodian: | |
| Case # | | Telephone: | (866) 993-5061 |
| Case Name: | Nnebe vs. Daus (06-cv-4991) | Address: | 1511 BEVERLY BLVD., LOS ANGELES, CA 90026 |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Print - B&W - Hole Punched 8.5 x 11** | **2,764.00** | **.17** | **469.88** |
| **Print - Color - Hole Punched - 8.5 x 11** | **310.00** | **.80** | **248.00** |
| **Tabs - Exhibit** | **310.00** | **.45** | **139.50** |
| **Cardstock** | **18.00** | **.75** | **13.50** |
| **Binder - View 1"** | **16.00** | **10.00** | **160.00** |
| **Shipping - FedEx** | **460.60** | **1.00** | **460.60** |
| **Labor - Mailing Services (Folding, Stuffing, Sealing, etc.)** | **.50** | **95.00** | **47.50** |

| Regarding: Print-Binder // Email Original // FedEx Next day to NY by fridayX14 // BW // W-Tabs A -S // X2 // BW // W-Tabs A -T // at LA - Production FIRST DIGITAL SOLUTIONS- LA LOS ANGELES | SUB-TOTAL | 1,538.98 |
|---|---|---|
| | SALES TAX | .00 |
| | **TOTAL DUE** | **$ 1,538.98** |

Thank you for choosing First Digital Solutions! For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE



1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Digital Solutions

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 60155097 | November 17, 2023 | FD35964-01-01 |

**TOTAL DUE:**  | $ 1,538.98 |

**Mail Payment to:**

# First Digital Solutions
## P.O. Box 841441
## Dallas, TX 75284-1441

**Bill To:**
**Maria J. Cedeno-Cassinelli**
**LICHTEN & LISS-RIORDAN PC**
**729 Boylston Street, Suite 2000**
**Boston, MA 02116**

FD35964-01/ARINV

# EXHIBIT AW

**Rebecca Nelligan**

| | |
|---|---|
| **From:** | Maria Jose Cedeno |
| **Sent:** | Tuesday, December 12, 2023 9:59 AM |
| **To:** | Rebecca Nelligan |
| **Subject:** | NY TLC: Payment for Interpreting Services at trial |
| **Categories:** | A/P |

Hi Becky:

I completely forgot to expense this. This was during the trial, Lana (Me's friend) helped us translating from/to Mandarin for Zhang Ning, especially during breaks and to assure that he would come to the trial. She did an awesome work. She helped us for 2 hours interpreting for us, so I was hoping we could send her a check for $200. Her mailing address is:

Shin-Ying, Lin
270 17th St. NW
Unit 1501
Atlanta, GA 30363

Please let me know if you need anything else from me or her. Thank you!

Maria J. Cedeno-Cassinelli
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
T: 617-994-5804
F: 617-994-5801
mjcedeno@llrlaw.com
www.llrlaw.com

# EXHIBIT AX

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**

**Tax ID No.** ███████

|  |  |
|---|---|
| INVOICE NO.: | 0557560-IN |
| INVOICE DATE: | 11/08/23 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

|  |  |
|---|---|
| CUSTOMER NO.: | 1026637 |
| WORK ORDER NO.: | 243854 |
| SALESPERSON: | JANA |

Lichten & Liss-Riordan , P.C.
729 Boylston Street
Suite 2000
Boston, MA  02116
Attention:Shannon Liss-Riordan

*PAYMENT IS DUE UPON RECEIPT*

---

| JOB DATE | | JONATHAN NNEBE V DAUS, MATTHEW |
|---|---|---|
| | CASE NO. | **06CV04991** |

| 11/3/2023 | Original | 100.00 | Pages at | $3.88 | 388.00 |
|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Invoice: | 388.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 388.00 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**