# EXHIBIT AY

# Invoice

**Invoice number** C401BAC7-0049
Date of issue July 1, 2025
Date due July 1, 2025

**Gallo Digital, LLC**
1250 Ave Ponce De Leon Suite 300
San Juan, Puerto Rico 00907
United States
+1 415-780-9800

**Bill to**
Rebecca Nelligan
rnelligan@llrlaw.com

## $15,000.00 USD due July 1, 2025

[Pay online](#)

This reflects Lichten & Liss-Riordan's Leverage Services for the month of June 2025.

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Leverage Software Services | 1 | $15,000.00 | $15,000.00 |
| | | Subtotal | $15,000.00 |
| | | Total | $15,000.00 |
| | | **Amount due** | **$15,000.00 USD** |

# EXHIBIT AZ



TekDoc Solutions
65 Newburyport Turnpike
Newbury, Massachusetts 01951
781-274-0746
Fax:

| | Date |
|---|---|
| | 08/01/2022 |

| Bill To |
|---|
| Lichten & Liss-Riordan, P.C.<br>729 Boylston St., Suite 2000<br>Boston, MA 2116<br>United States |

**Invoice Number:** 29796089
**Invoice Date Range:** to

| Date | Item Description | Quantity | Rate/Cost | Billable Amount |
|---|---|---|---|---|
| ▓ | ▓ | ▓ | | ▓ |
| | ▓ | ▓ | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ |
| | ▓ | ▓ | | ▓ |
| | ▓ | ▓ | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ |
| 08/01/2022 | Service: M365 Business Basic [08/01/2022 - 08/31/2022]<br>Contract Name: Managed Services<br>Microsoft 365 Business Basic (Formerly Office 365 Business Essentials) | 4.00 | 6.00 | 24.00 |
| | ▓ | ▓ | ▓ | ▓ |



| Date | Item Description | Quantity | Rate/Cost | Billable Amount |
|---|---|---|---|---|
| 08/01/2022 | Service: VoIP - Managed Phone Extension [08/01/2022 - 08/31/2022]<br>Contract Name: Managed Services<br>VoIP - Managed Phone Extension | 5.00 | 25.00 | 125.00 |

**Total Billable Amount**

**Total Taxes**

**Grand Total**



# EXHIBIT BA



Wix.com LTD
40 Namal Tel Aviv, 6350671
Israel

**Issued to:**
Rebecca L'Abbe
720 Boylston St, Suite 2000 Boston
Massachusetts United States

## Invoice #993725883 | Apr 29, 2022 | Paid

| Description | Site | Billing Period | Quantity | Amount |
|---|---|---|---|---|
| Domain nyctaxicase.com | - | 2 Year Apr 29, 2022 - Apr 29, 2024 | 1 | $49.70 |

**Payment Method: AMEX** ▮▮▮▮

| | |
|---|---|
| Subtotal | $49.70 |
| Total | $49.70 |

Feel free to contact us:   wix.com/support   |   1-415-639-9034   |   wix.com/contact



Wix.com LTD
40 Namal Tel Aviv, 6350671
Israel

**Issued to:**
Rebecca L'Abbe
720 Boylston St, Suite 2000 Boston
Massachusetts United States

## Invoice #996016717 | May 13, 2022 | Paid

| Description | Site | Billing Period | Quantity | Amount |
|---|---|---|---|---|
| Domain tlcsuspensioncase.com | - | 2 Year May 13, 2022 - May 13, 2024 | 1 | $49.70 |

**Payment Method: AMEX**

| | |
|---|---|
| Subtotal | $49.70 |
| **Total** | **$49.70** |

Feel free to contact us:   wix.com/support    1-415-639-9034    wix.com/contact



Wix.com LTD  
40 Namal Tel Aviv, 6350671  
Israel

**Issued to:**  
Rebecca L'Abbe  
720 Boylston St, Suite 2000 Boston  
Massachusetts United States

## Invoice #998155809 | May 26, 2022 | Paid

| Description | Site | Billing Period | Quantity | Amount |
|---|---|---|---|---|
| Premium Plan Pro | TLC Suspension Case | Yearly<br>May 26, 2022 - May 26, 2023 | 1 | $324.00 |

**Payment Method: AMEX**

| | |
|---|---:|
| Coupon discount | - $32.40 |
| Subtotal | $291.60 |
| TAX (6.25%) | $18.22 |
| **Total** | **$309.82** |

* Any deductions listed above apply to the current invoice only.

Feel free to contact us:   wix.com/support   |   1-415-639-9034   |   wix.com/contact



Wix.com LTD
40 Namal Tel Aviv, 6350671
Israel

**Issued to:**
Rebecca L'Abbe
720 Boylston St, Suite 2000 Boston
Massachusetts United States

## Invoice #1055240033 | May 12, 2023 | Paid

| Description | Site | Billing Period | Quantity | Amount |
|---|---|---|---|---|
| Premium plan Pro | TLC Suspension Case | Yearly May 26, 2023 - May 26, 2024 | 1 | $324.00 |

**Payment Method: AMEX** ▮▮▮▮

| | |
|---|---|
| Subtotal | $324.00 |
| TAX (6.25%) | $20.25 |
| **Total** | **$344.25** |

Feel free to contact us:   wix.com/support   1-415-639-9034   wix.com/contact



Wix.com LTD
Yunitsman 5 Tel Aviv
Israel

**Issued to:**
Rebecca L'Abbe
720 Boylston St, Suite 2000 Boston
Massachusetts United States

## Invoice #1110967177 | Apr 13, 2024 | Paid

| Description | Site | Billing Period | Quantity | Amount |
|---|---|---|---|---|
| Domain tlcsuspensioncase.com | TLC Suspension Case | 2 Year<br>May 13, 2024 - May 13, 2026 | 1 | $52.50 |

**Payment Method: AMEX** ▇▇▇▇

Subtotal  $52.50

**Total**  **$52.50**

Feel free to contact us:  wix.com/support  |  1-415-639-9034  |  wix.com/contact



Wix.com LTD
Yunitsman 5 Tel Aviv
Israel

**Issued to:**
Rebecca L'Abbe
720 Boylston St, Suite 2000 Boston
Massachusetts United States

## Invoice #1115841789 | May 12, 2024 | Paid

| Description | Site | Billing Period | Quantity | Amount |
|---|---|---|---|---|
| Premium plan Core | TLC Suspension Case | Yearly May 26, 2024 - May 26, 2025 | 1 | $348.00 |

**Payment Method: AMEX**

| | |
|---|---|
| Subtotal | $348.00 |
| TAX (6.25%) | $21.75 |
| **Total** | **$369.75** |

Feel free to contact us:   wix.com/support   1-415-639-9034   wix.com/contact