# EXHIBIT BB

| From: | Shannon Liss-Riordan |
|---|---|
| To: | Rebecca Nelligan |
| Subject: | Fw: JetBlue booking confirmation for SHANNON LISS RIORDAN - FBGWFK |
| Date: | Friday, September 12, 2025 6:18:37 PM |

----- Forwarded Message -----
**From:** JetBlue Reservations <jetblueairways@email.jetblue.com>
**To:** ██████████████████████
**Sent:** Tuesday, October 18, 2022 at 11:56:00 AM MDT
**Subject:** JetBlue booking confirmation for SHANNON LISS RIORDAN - FBGWFK



Check out the details for your trip on Thu, Oct 20

**JetBlue**

Mosaic    | #2102696764

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**

# FBGWFK

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or

**Manage trip**

You can also manage your trips by downloading our free mobile app.

cancel your flights.

## Flights

**BOS** ☐ **LGA**
Boston, MA    New York, NY
**Terminal:** C

| | |
|---|---|
| **Date** | Thu, Oct 20 |
| **Departs** | 3:00pm |
| **Arrives** | 4:23pm |
| **Flight** | 931 |

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**SHANNON LISS RIORDAN**

**Frequent Flier:** █████████

**Ticket number:** 2792105879381

**BOS - LGA:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 13D

**Notes:** Priority security, Even More Space

## Payment Details



XXXXXXXXXXX
Amex XXXXXXXXXXX

| | |
|---|---|
| NONREF | $217.67 |
| Extras | $32.00 |
| Taxes & fees | $30.93 |
| **Total:** | **$280.60 USD** |

Purchase Date: Oct 18, 2022

Request full receipt

---

# Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

**Unlock deals**

# EXHIBIT BC

| From: | Shannon Liss-Riordan |
|---|---|
| To: | Rebecca Nelligan |
| Subject: | Fw: JetBlue booking confirmation for SHANNON LISS RIORDAN - BOKYJR |
| Date: | Friday, September 12, 2025 6:18:02 PM |

----- Forwarded Message -----
**From:** JetBlue Reservations <jetblueairways@email.jetblue.com>
**To:** ████████████████████████
**Sent:** Sunday, December 11, 2022 at 12:51:53 PM MST
**Subject:** JetBlue booking confirmation for SHANNON LISS RIORDAN - BOKYJR

Check out the details for your trip on Mon, Dec 12



Please note: This is not your boarding pass.

Your JetBlue confirmation code is

## BOKYJR

## Change made easy.

Switch or cancel flights, add extras like
Even More Space or pets, update your
seat assignment, TrueBlue & KTN
numbers, and other traveler details—all in
one place. Stay safe from fraud—use only
jetblue.com or the JetBlue app to switch or

**Manage trip**

You can also manage your trips by
downloading our free mobile app.

cancel your flights.

## Flights

| **LGA** | | **BOS** | Date | Mon, Dec 12 |
| New York, NY | | Boston, MA | **Departs** | 8:15pm |
| **Terminal: B** | | | **Arrives** | 9:26pm |
| | | | **Flight** | 1432 |

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**SHANNON LISS RIORDAN**

**Frequent Flier:** ███████

**Ticket number:** 2792110124789

**LGA - BOS:**

**Fare:** Blue

**Seat:** 13A

**Notes:** Even More Space

## Bag Allowance (per traveler)

| Mon, Dec 12 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| LGA - BOS | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page ▶**

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

## Payment Details

XXXXXXXXXXX

| | |
|---|---|
| NONREF | $217.67 |
| Taxes & fees | $30.93 |
| **Total:** | **$248.60 USD** |

Purchase Date: Dec 11, 2022

Request full receipt

## Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

# EXHIBIT BD

 Outlook

---

**Your Flight Receipt** – SHANNON LISSRIORDAN 01MAY23

---

**From** Delta Air Lines <DeltaAirLines@t.delta.com>
**Date** Wed 4/5/2023 8:49 PM
**To** Rebecca Nelligan <rlabbe@llrlaw.com>

View as a Web Page

                    
SkyMiles® Member

**CONFIRMATION #: GHTZU8**



You're all set. If your plans change, be sure to make changes or cancel
via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: SHANNON LISSRIORDAN
SkyMiles ███████████

| FLIGHT | SEAT |
|---|---|
| DELTA 5745 | 03A |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Mon, 01MAY | DEPART | ARRIVE |
|---|---|---|
| DELTA 5745*<br>First Class (Z) | BOSTON, MA<br>2:00pm | NYC-LAGUARDIA<br>3:25pm |

*Flight 5745 Operated by REPUBLIC AIRWAYS DBA DELTA CONNECTION

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: **0062375816248**
Place of Issue:
Issue Date: 05APR23
Expiration Date: 05APR24

| METHOD OF PAYMENT | |
|---|---|
| ██████████ | **$153.90 USD** |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $129.30 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $9.70 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.80 USD |
| **TICKET AMOUNT** | **$153.90 USD** |

# EXHIBIT BE

| From: | Shannon Liss-Riordan |
|---|---|
| To: | Rebecca Nelligan |
| Subject: | Fw: JetBlue booking confirmation for SHANNON LISS RIORDAN - RCYBIP |
| Date: | Friday, September 12, 2025 6:17:34 PM |

----- Forwarded Message -----
**From:** JetBlue Reservations <jetblueairways@email.jetblue.com>
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, May 3, 2023 at 09:50:43 AM MDT
**Subject:** JetBlue booking confirmation for SHANNON LISS RIORDAN - RCYBIP



Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**

# RCYBIP

Get the latest entry and travel requirements for your trip.

## Change made easy.

Change or cancel flights, add extras like Even More® Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details–all in

**Manage trip**

You can also manage your trips by downloading our free mobile app.



one place. Stay safe from fraud–use only
**jetblue.com** or the JetBlue app to change
or cancel your flights.

## Flights

| | | | | |
|---|---|---|---|---|
| **JFK** | | **SFO** | **Date** | Wed, May 03 |
| New York, NY |  | San Francisco, CA | **Departs** | 1:30pm |
| **Terminal:** 5 | | **Terminal:** 1 | **Arrives** | 5:16pm |
| | | | **Flight** | 1515 |

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

Any special meal requests must be selected at least 24 hours prior to departure (Kosher meals at least 48 hours prior to departure). If you select or make a change to your meal after this timeframe, your special meal is not guaranteed. For more information **click here.**

## Traveler Details

**SHANNON LISS RIORDAN**

**Frequent Flier:** ▮▮▮▮▮▮

**Ticket number:** 2792122338933

**JFK - SFO:**

**Fare:** Mint ☐

**Seat:** **Select seat**

# Bag Allowance (per traveler)

| **Wed, May 03** | **Personal Item** | **Carry-on** | **1st Bag** | **2nd Bag** |
|---|---|---|---|---|
| JFK - SFO | Free | Free | Free with Mint | Free with Mint |

**Size and weight limits apply. See full details on our Bag Info page ▶**

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

Final baggage allowance will be assessed and charged at time of check in. Baggage fees may change based on fare class or exemptions.

# Payment Details

| Amex XXXXXXXX▮ | | |
|---|---|---|
| | NON REFUNDABLE | $2,573.02 |
| | Taxes & fees | $207.88 |
| | **Total** | **$2,780.90 USD** |

Purchase Date: May 3, 2023

**Request full receipt**

# EXHIBIT BF

| From: | Shannon Liss-Riordan |
| To: | Rebecca Nelligan |
| Subject: | Fw: JetBlue booking confirmation for SHANNON LISS RIORDAN - LWDGPG |
| Date: | Friday, September 12, 2025 6:17:06 PM |

----- Forwarded Message -----
**From:** JetBlue Reservations <jetblueairways@email.jetblue.com>
**To:** ███████████████████
**Sent:** Wednesday, July 19, 2023 at 07:16:00 PM MDT
**Subject:** JetBlue booking confirmation for SHANNON LISS RIORDAN - LWDGPG



Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**



# LWDGPG

**Get the latest** entry and travel requirements for your trip.

## Change made easy.

Change or cancel flights, add extras like Even More® Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.

**Manage trip**

You can also manage your trip by **downloading our free mobile app**.

---

## Flights

| | | | |
|---|---|---|---|
| **JFK** |  | **LAX** | |
| New York, NY | | Los Angeles, CA | |
| **Terminal:** 5 | | | |

| | |
|---|---|
| **Date** | Thu, Jul 27 |
| **Departs** | 2:30pm |
| **Arrives** | 5:35pm |
| **Flight** | 623 |

---

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** As a Mosaic, same-day switches may be made without a fee or

fare difference. **Click here** for details on our change and cancel policies.

---

Any special meal requests must be selected at least 24 hours prior to departure (Kosher meals at least 48 hours prior to departure). If you select or make a change to your meal after this timeframe, your special meal is not guaranteed. For more information **click here.**

## Traveler Details

**SHANNON LISS RIORDAN**

**Frequent Flier:** ▮▮▮▮▮▮▮▮

**Ticket number:** 2792128945745

---

**JFK - LAX:**

**Fare:** Mint ☐

**Seat:** 1A ☐

## Bag Allowance (per traveler)

| Thu, Jul 27 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| JFK - LAX | Free | Free | Free with Mint  Up to 70 lbs | Free with Mint  Up to 70 lbs |

**Size and weight limits apply. See full details on our Bag Info page ▶**

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

Final baggage allowance will be assessed and charged at time of check in. Baggage fees may change based on fare class or exemptions.

## Payment Details

Amex XXXXXXXXXXX

| | |
|---|---|
| NON REFUNDABLE | $1,314.42 |
| Taxes & fees | $113.48 |
| **Total** | **$1,427.90** |
| | **USD** |

Purchase Date: Jul 19, 2023

**Request full receipt**



## Unlocked: deals on wheels.

Your flight has unlocked up to 35% off car rentals with Paisly by JetBlue. Plus, you can earn a trunkful of TrueBlue points.

**Unlock deals**

# EXHIBIT BG

**From:** Shannon Liss-Riordan
**To:** Rebecca Nelligan
**Subject:** Fw: JetBlue booking confirmation for SHANNON LISS RIORDAN - LYKAVV
**Date:** Friday, September 12, 2025 6:16:25 PM

----- Forwarded Message -----
**From:** JetBlue Reservations <jetblueairways@email.jetblue.com>
**To:** ███████████████
**Sent:** Thursday, July 20, 2023 at 02:32:00 PM MDT
**Subject:** JetBlue booking confirmation for SHANNON LISS RIORDAN - LYKAVV

Check out the details for your trip on  Wed, Jul 26          Français    Español



#2102696764

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**

## LYKAVV

**Get the latest** entry and travel requirements for your trip.

## Change made easy.

Change or cancel flights, add extras like Even More® Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details–all in one place. Stay safe from fraud–use only jetblue.com or the JetBlue app to change or cancel your flights.

**Manage trip**

You can also manage your trip by downloading our free mobile app.

## Flights



**BOS**
Boston, MA
**Terminal:** C

🔲

**LGA**
New York, NY

| | |
|---|---|
| **Date** | Wed, Jul 26 |
| **Departs** | 6:00pm |
| **Arrives** | 7:27pm |
| **Flight** | 1331 |

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

## Traveler Details

**SHANNON LISS
RIORDAN**

**Frequent Flier:** ████████
**Ticket number:** 2792129017760

**BOS - LGA:**

**Fare:** Blue Extra

**Seat:** 13A ☐

**Notes:** Even More® Space

## Bag Allowance (per traveler)

| Wed, Jul 26 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| BOS - LGA | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

## Payment Details

Amex XXXXXXXXXXX

| | | |
|---|---|---|
| NONREF | | $180.47 |
| Taxes & fees | | $28.44 |
| **Total** | | **$208.91 USD** |

Purchase Date: Jul 20, 2023

**Request full receipt**

## Unlocked: deals on wheels.

Your flight has unlocked up to 35% off car rentals with Paisly by JetBlue. Plus, you can earn a trunkful of TrueBlue points.

**Unlock deals**

# EXHIBIT BH

| Date | Description | Amount | Extended Details | As | Reference |
|---|---|---|---|---|---|
| 07/27/2023 | NYC TAXI 1246 460010LONG ISLAND C    NY | 74.85 | NYC TAXI 1246 460010 09012460010 LONG ISLAND C NY | NYC TAXI 1246 460010LONG ISLAND C    NY | 320232090703155277 |

# EXHIBIT BI

# Invoice

## SOUTHERN DISTRICT REPORTERS PC

**Tax ID No.** ▮▮▮▮▮▮▮

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0555206-IN
INVOICE DATE: 08/11/23

CUSTOMER NO.: 1026637
WORK ORDER NO.: 241168

SALESPERSON: MICH

Lichten & Liss-Riordan , P.C.
729 Boylston Street
Suite 2000
Boston, MA 02116
Attention:Maria Cedeno

### *PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | JONATHAN NNEBE V DAUS, MATTHEW | | | | |
| | CASE NO. | **06CV04991** | | | |

| 7/27/2023 | Original | | 35.00 | Pages at | $6.00 | 210.00 |
|---|---|---|---|---|---|---|



| | |
|---|---|
| Net Invoice: | 210.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 210.00 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# EXHIBIT BJ

# L I C H T E N  &  L I S S - R I O R D A N , P. C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×^◊
SARAH SCHALMAN-BERGEN▪
MATTHEW W. THOMSON×
ADELAIDE H. PAGANO×
THOMAS P. FOWLER·◊
BRADLEY MANEWITH•

OLENA SAVYTSKA×
ZACHARY RUBIN×◊•
MATTHEW PATTON×
KRYSTEN CONNON×▪
MATTHEW CARRIERI×
MEL GONZALEZ◊
JANE FARRELL^
BENJAMIN J. WEBER× OF COUNSEL

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

× ADMITTED IN MASSACHUSETTS
△ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
▪ ADMITTED IN PENNSYLVANIA
• ADMITTED IN ILLINOIS
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT

September 5, 2023

**VIA: USPS Priority Mail**

Shin-Ying(Lana) Lin
270 17th St NW, Unit 1501
Atlanta, Ga 30363
███████████████

Re:    **Billing Payment**

Dear Lana:

    Please find enclosed the payment for your work for attorney Mel Gonzalez. The payment is for $200.00 for two hours of work at $100 per hour.

                    Sincerely,

                    Hyun Ji Yim
                    Settlement Administrator

ENCL.

# EXHIBIT BK

**Rebecca Nelligan**

---

| | |
|---|---|
| **From:** | Rebecca Shuford |
| **Sent:** | Thursday, September 28, 2023 12:45 AM |
| **To:** | Rebecca Nelligan |
| **Cc:** | Bradley Manewith |
| **Subject:** | FW: Payment Receipt |
| | |
| **Categories:** | Costs |

Hi Becky,

This is the receipt for a certificate of good standing for Brad because Shannon wants to PHV him into the NY taxi case!

---

**From:** noreply@ncr.com <noreply@ncr.com>
**Sent:** Thursday, September 28, 2023 12:43 AM
**To:** Rebecca Shuford <rshuford@llrlaw.com>
**Subject:** Payment Receipt

### Illinois: Supreme Court Clerk's Office

**Payment Receipt**

---

### Thank You for Your Payment

Please save this Confirmation Number for your personal records.

### Customer Name

Rebecca Nelligan

### Effective Date

9/27/2023 11:43 PM Central Standard Time

### Confirmation Number

20028690

| Payment Method | Amount |
|---|---|
| ███████████ | $16.00 |

| Item | Payment |
|---|---|
| Certificate of Good Standing Fees | $15.00 |
| **Transaction Fee:** | $1.00 |

| Item | Payment |
|------|---------|
| **Total Amount Paid:** | $16.00 |

## Payment Details

Certificate of Good Standing Fees
Last Name of Attorney: Bradley - First Name of Attorney: Manewith - Middle Name of Attorney: Stephen - IL Attorney Registration #: 6280535 - Date of Admission: 11/6/2003 - Zip Code: 02116 - Currently Licensed as Foreign Legal Consultant: No, I am not licensed as a Foreign Legal Consultant. - Currently Licensed as House Counsel for Corporate Employer: No, I am not Licensed as a House Counsel for a Corporate Employer. - Express Mail Air Bill: No - Rebecca Nelligan - $15.00

A Transaction Fee has been included in the total amount paid for this transaction.

# EXHIBIT BL

**Rebecca Nelligan**

---

| | |
|---|---|
| **From:** | Rebecca Shuford |
| **Sent:** | Tuesday, October 3, 2023 5:15 PM |
| **To:** | Rebecca Nelligan; Bradley Manewith |
| **Subject:** | FW: Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT |
| | |
| **Categories:** | Costs |

Hi Becky,
This is the receipt for Brad's pro hac vice motion to appear in the ny taxi case!


-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Tuesday, October 3, 2023 5:13 PM
To: Rebecca Shuford <rshuford@llrlaw.com>
Subject: Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.


  Account Number: 6761948
  Court: NEW YORK SOUTHERN DISTRICT COURT
  Amount: $200.00
  Tracking Id: ANYSDC-28376311
  Approval Code: 162681
  Card Number: ***********████
  Date/Time: 10/03/2023 05:13:17 ET


NOTE: This is an automated message. Please do not reply

# EXHIBIT BM

**FL**

**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 51284 | 9769 |
| Invoice Date | Total Due |
| 8/31/23 | 200.00 |
| | |
| | |
| | |

TAX ID# ▮▮▮▮▮

LICHTEN & LISS-RIORDAN
ATTN: REBECCA L'ABBE
729 BOYLSTON STREET, STE. 2000
BOSTON, MA 02116

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 9769 | 51284 | 8/31/23 | 200.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/17/23<br><br>ASAP | 370396 | ASP | LICHTEN & LISS-RIORDAN          Junior Heredia Andrade          Base Chg :   200.00<br>729 BOYLSTON STREET             5889 Habersham Dr<br>BOSTON          MA 02116        Kernersville    NC 27284<br>Caller: Maria Jose Ceden<br><br>Signed: Mrs. Andrade, wife       Ref: NNEBE V DAUS | | 200.00 |
| | | | **Total** | | 200.00 |

# INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT BN

| Date | Description | Amount | Extended Details | | As | | Reference |
|---|---|---|---|---|---|---|---|
| | | | 496094104 | | | | |
| | | | 1903615104983496012 | | | | |
| | | | LYFT | | | | |
| 01/17/2024 | LYFT    855-280-0278 CA | 34.32 | 855-280-0278 | | LYFT CA | 855-280-0278 | 320240180957741055 |

# EXHIBIT BO

# INVOICE

**FL** **First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# ███████

| Invoice No. | Customer No. |
|---|---|
| 20295772 | 82968 |
| **Invoice Date** | **Total Due** |
| 10/31/23 | 1,530.67 |
| | |
| | |
| | |

LICHTEN & LISS-RIORDAN
ATTN: REBECCA L'ABBE
729 BOYLSTON STREET, STE. 2000
BOSTON, MA 02116

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | 82968 | 20295772 | 10/31/23 | 1,530.67 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/13/23 | 6033852 | FSM | LICHTEN & LISS-RIORDAN          Southern District of New York | Base Chg : 249.38 | | 507.26 |
| DELIVERY-FORWARD SAME DAY | | | 729 Boylston St.                500 Pearl St | PDF/Ship : 257.88 | | |
| | | | BOSTON        MA 02116          NEW YORK        NY 10007 | | | |
| | | | Caller: Rebecca Shuford | | | |
| | | | 1:06-cv-04991                  Please print all | | | |
| | | | Nnebe v. Daus, et al.,          documents, mark them | | | |
| | | | Filings from October 13, 2023   as Courtesy Copies | | | |
| | | | and deliver to the | | | |
| | | | Signed: Delivered              Ref: NY TAXI | | | |
| | | | **Total Charges** for Ref. - NY TAXI:    507.26 | | | |

# INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT BP

**FL** **First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

# INVOICE

TAX ID# ▉▉▉▉▉▉

| Invoice No. | Customer No. |
|---|---|
| 56194 | 9769 |
| Invoice Date | Total Due |
| 1/31/24 | 100.00 |
| | |
| | |
| | |

LICHTEN & LISS-RIORDAN
ATTN: REBECCA L'ABBE
729 BOYLSTON STREET, STE. 2000
BOSTON, MA 02116

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 9769 | 56194 | 1/31/24 | 100.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/30/24 ASAP | 377658 | ASP | LICHTEN & LISS-RIORDAN<br>729 BOYLSTON STREET<br>BOSTON     MA 02116<br>Caller: Samantha Cedeno<br><br>Signed: Delivered      US Fed Court<br>500 PEarl St<br>New York     NY 10007<br><br>Judge Sullivan<br>Phone: 617 994-5800<br><br>Ref: NNEBE V DAUS    Base Chg :  100.00 | 100.00 |
| | | | **Total** | | 100.00 |

# INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT BQ

**FL** **First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 20312210 | 82968 |
| **Invoice Date** | **Total Due** |
| 2/29/24 | 1,133.96 |
| | |
| | |
| | |

TAX ID# ██████████

LICHTEN & LISS-RIORDAN
ATTN: REBECCA L'ABBE
729 BOYLSTON STREET, STE. 2000
BOSTON, MA 02116

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82968 | 20312210 | 2/29/24 | 1,133.96 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/16/24 | 6069077 | FSM | LICHTEN & LISS-RIORDAN<br>729 Boylston St.<br>BOSTON        MA 02116<br>Caller: Rebecca Shuford<br>1:06-cv-04991<br>Nnebe v. Daus, et al.,<br>Filings from February 16, 2024 | Southern District of New York<br>500 Pearl St<br>NEW YORK        NY 10007<br><br>Please print all<br>documents, mark them<br>as Courtesy Copies<br>and deliver to the | Base Chg : 249.38<br>PDF/Ship : 48.65 | 298.03 |
| DELIVERY-FORWARD SAME DAY | | | | | | |
| | | | Signed: Delivered | Ref: NY TAXI | | |
| | | | **Total  Charges** for Ref. - NY TAXI: | 298.03 | | |

# INVOICE PAYMENT DUE UPON RECEIPT