# EXHIBIT BR

| Date | Description | Amount | Extended Details | Appears On Your Statement As | Reference |
|------|-------------|--------|------------------|------------------------------|-----------|
| 05/10/2024 | UNITED AIRLINES    HOUSTON TX | $ 72.00 | 13283909    WWW.UNITED.COM<br>PREFERRED SEAT UPGRADE<br>UNITED AIRLINES<br>HOUSTON<br>TX<br>Carrier : UNITED AIRLINES<br>Passenger Name : MANEWITH  /ECONOMY PLUS S<br>Ticket Number : 01642997518654<br>Departure Day : 05/19<br>Additional Info : PREFERRED SEAT UPGRADE<br>From : CHICAGO O'HARE INT<br>To : NEW YORK LA GUARDI | UNITED AIRLINES    HOUSTON TX | 320241320757932028 |
| 05/10/2024 | UNITED AIRLINES    HOUSTON TX | $ 72.00 | 13283581    WWW.UNITED.COM<br>PREFERRED SEAT UPGRADE<br>UNITED AIRLINES<br>HOUSTON<br>TX<br>Carrier : UNITED AIRLINES<br>Passenger Name : MANEWITH  /ECONOMY PLUS S<br>Ticket Number : 01642997518665<br>Departure Day : 05/21<br>Additional Info : PREFERRED SEAT UPGRADE<br>From : NEW YORK LA GUARDI<br>To : CHICAGO O'HARE INT | UNITED AIRLINES    HOUSTON TX | 320241320758611183 |

| Date | Merchant | Amount | Details | Merchant | Reference |
|---|---|---|---|---|---|
| 05/10/2024 | UNITED AIRLINES     HOUSTON TX | $ 496.58 | 13191105    WWW.UNITED.COM<br>PASSENGER TICKET<br>UNITED AIRLINES<br>HOUSTON<br>TX<br>Carrier : UNITED AIRLINES<br>Passenger Name : MANEWITH/BRADLEY<br>Ticket Number : 01623875024715<br>Departure Day : 05/19<br>Additional Info : PASSENGER TICKET<br>From : CHICAGO O'HARE INT<br>To : NEW YORK LA GUARDI<br>From : NEW YORK LA GUARDI<br>To : CHICAGO O'HARE INT | UNITED AIRLINES     HOUSTON TX | 320241320758573458 |
| 05/18/2024 | LYFT   *RIDE FRI 8PM855-865-9553     CA | $ 61.34 | 02jXMpRamN3 855-865-9553<br>LYFT   *RIDE FRI 8PM 0000<br>855-865-9553<br>CA<br>Description : CHARTER SERVICE Price : 0.00<br>855-865-9553 | LYFT   *RIDE FRI 8PM855-865-9553     CA | 320241400969204284 |
| 05/18/2024 | LYFT   *RIDE FRI 7AM855-865-9553     CA | $ 101.33 | 02jWwj4lF1C 855-865-9553<br>LYFT   *RIDE FRI 7AM 0000<br>855-865-9553<br>CA<br>Description : CHARTER SERVICE Price : 0.00<br>855-865-9553 | LYFT   *RIDE FRI 7AM855-865-9553     CA | 320241390952622367 |
| 05/19/2024 | LYFT   *RIDE SUN 2PM855-865-9553     CA | $ 78.40 | 02jZJWYl10n 855-865-9553<br>LYFT   *RIDE SUN 2PM 0000<br>855-865-9553<br>CA<br>Description : CHARTER SERVICE Price : 0.00<br>855-865-9553 | LYFT   *RIDE SUN 2PM855-865-9553     CA | 320241410996837845 |
| 05/19/2024 | TST* PETIT BOUCHERIENEW YORK          NY | $ 203.61 | 00044900017 RESTAURANT<br>TST* PETIT BOUCHERIE 00044900<br>NEW YORK<br>NY<br>RESTAURANT | TST* PETIT BOUCHERIENEW YORK          NY | 320241410988806893 |

| Date | Description | Amount | Detail | Merchant | Reference |
|------|-------------|--------|--------|----------|-----------|
| 05/20/2024 | AMORINO UNIVERSITY PNew York        NY | $ 18.55 | pidTCBLkLMv squareup.com/receipts AMORINO UNIVERSITY PLACE - NYC New York NY squareup.com/receipts | AMORINO UNIVERSITY PNew York        NY | 320241410997822591 |
| 05/20/2024 | LYFT  *RIDE SUN 6PM855-865-9553        CA | $ 105.94 | 02k1uDhI9qi 855-865-9553 LYFT  *RIDE SUN 6PM 0000 855-865-9553 CA Description : CHARTER SERVICE Price : 0.00 855-865-9553 | LYFT  *RIDE SUN 6PM855-865-9553        CA | 320241420023637231 |
| 05/21/2024 | VAN LEEUWEN ICE CREANew York        NY | $ 20.88 | DBMgb16ozOv squareup.com/receipts VAN LEEUWEN ICE CREAM - WEST VILLAGE New York NY squareup.com/receipts | VAN LEEUWEN ICE CREANew York        NY | 320241420023962677 |
| 05/21/2024 | LYFT  *RIDE TUE 7AM855-865-9553        CA | $ 148.03 | 02k33scehbK 855-865-9553 LYFT  *RIDE TUE 7AM 0000 855-865-9553 CA Description : CHARTER SERVICE Price : 0.00 855-865-9553 | LYFT  *RIDE TUE 7AM855-865-9553        CA | 320241430046200766 |
| 05/21/2024 | TST* BUVETTE 3006539NEW YORK        NY | $ 158.51 | aXTla8O6h00 2122553590 TST* BUVETTE 300653941 NEW YORK NY Description : RESTAURANTS Price : 1.5851 2122553590 | TST* BUVETTE 3006539NEW YORK        NY | 320241420011593706 |
| 06/28/2024 | LYFT  *RIDE FRI 9AM855-865-9553        CA | $ 49.57 | 02l5Dvy9tV5 855-865-9553 LYFT  *RIDE FRI 9AM 0000 855-865-9553 CA Description : CHARTER SERVICE Price : 0.00 855-865-9553 | LYFT  *RIDE FRI 9AM855-865-9553        CA | 320241810038192032 |

| Date | Description | Amount | Detail | Reference | Reference ID |
|---|---|---|---|---|---|
| 06/28/2024 | LYFT  *RIDE THU 9PM855-865-9553   CA | $ 60.04 | 02l4hn5qSPp 855-865-9553<br>LYFT  *RIDE THU 9PM 0000<br>855-865-9553<br>CA<br>Description : CHARTER SERVICE Price : 0.00<br>855-865-9553 | LYFT  *RIDE THU 9PM855-865-9553   CA | 320241800010409983 |
| 06/28/2024 | LYFT  *RIDE THU 11A855-865-9553   CA | $ 113.54 | 02l4ePLrJc1 855-865-9553<br>LYFT  *RIDE THU 11AM 0000<br>855-865-9553<br>CA<br>Description : CHARTER SERVICE Price : 0.00<br>855-865-9553 | LYFT  *RIDE THU 11A855-865-9553   CA | 320241800008954261 |
| 06/29/2024 | LYFT  *RIDE FRI 5PM855-865-9553   CA | $ 106.22 | 02l5SOQH3ZB 855-865-9553<br>LYFT  *RIDE FRI 5PM 0000<br>855-865-9553<br>CA<br>Description : CHARTER SERVICE Price : 0.00<br>855-865-9553 | LYFT  *RIDE FRI 5PM855-865-9553   CA | 320241810036679229 |
| 06/30/2024 | LYFT  *RIDE FRI 8PM855-865-9553   CA | $ 42.49 | 02l7Cdl903l 855-865-9553<br>LYFT  *RIDE FRI 8PM 0000<br>855-865-9553<br>CA<br>Description : CHARTER SERVICE Price : 0.00<br>855-865-9553 | LYFT  *RIDE FRI 8PM855-865-9553   CA | 320241820062936499 |
| 07/08/2024 | LYFT            855-280-0278   CA | $ 105.64 | NT_QRFBW8AM1967540461949298494104<br>1967540461949298418<br>LYFT<br>855-280-0278<br>CA<br>1967540461949298418<br>1967540461949298494104 | LYFT            855-280-0278   CA | 320241900250292954 |
| 08/19/2024 | LYFT            855-280-0278   CA | $ 183.19 | NT_QH6X5AHP1983467537987862494104<br>1983467537987862414<br>LYFT<br>855-280-0278<br>CA<br>1983467537987862414<br>1983467537987862494104 | LYFT            855-280-0278   CA | 320242330380954911 |

| | | | | | |
|---|---|---|---|---|---|
| 08/19/2024 | LYFT          855-280-0278<br>CA | $ 298.71 | NT_QH4G9OUM1983133570720983994104<br>1983133570720983986<br>LYFT<br>855-280-0278<br>CA<br>1983133570720983986<br>1983133570720983994104 | LYFT          855-280-0278<br>CA | 320242330382511338 |
| 08/20/2024 | LYFT          855-280-0278<br>CA | $ 47.62 | NT_QHLAGURH1983677569983095694104<br>1983677569983095678<br>LYFT<br>855-280-0278<br>CA<br>1983677569983095678<br>1983677569983095694104 | LYFT          855-280-0278<br>CA | 320242330368105913 |
| 08/20/2024 | LYFT          855-280-0278<br>CA | $ 109.78 | NT_QHHOXW7S1983503977355903694104<br>LYFT<br>855-280-0278<br>CA<br>1983503977355903694<br>1983503977355903694104 | LYFT          855-280-0278<br>CA | 320242330371233981 |
| 08/21/2024 | BOSTON TAXI VTS BOSTLONG<br>ISLAND CITY   NY | $ 42.60 | 01281550066 718-752-1656<br>BOSTON TAXI VTS BOSTON TAXI VTS<br>LONG ISLAND CITY<br>NY<br>Description : CURB BOS TAXI Price : 0.00<br>Description : 21:29 Boston Massa Price : 0.00<br>Description : 21:45 40 Brattle S Price : 0.00<br>718-752-1656 | BOSTON TAXI VTS BOSTLONG<br>ISLAND CITY   NY | 320242350433999288 |
| 08/21/2024 | LYFT          855-280-0278<br>CA | $ 49.86 | NT_QHMFEF1C1984030254217528894104<br>1984030254217528838<br>LYFT<br>855-280-0278<br>CA<br>1984030254217528838<br>1984030254217528894104 | LYFT          855-280-0278<br>CA | 320242350436686717 |

| | | | | |
|---|---|---|---|---|
| 08/21/2024 | CURB SVC.- TAXI CURBQUEENS NY | $ 87.05 | 01173124005 TAXICAB & LIMOUSINE CURB SVC.- TAXI CURB SVC.- TAXI QUEENS NY<br>Description : CURB NYC TAXI Price : 0.00<br>Description : 18:39 313 W 40th S Price : 0.00<br>Description : 19:22 Flushing New Price : 0.00<br>TAXICAB & LIMOUSINE | CURB SVC.- TAXI CURBQUEENS NY | 320242350432074931 |
| 08/21/2024 | LYFT      855-280-0278 CA | $ 94.73 | NT_QHDABVIF1983731018031477394104 1983731018031477304 LYFT 855-280-0278 CA 1983731018031477304 1983731018031477394104 | LYFT      855-280-0278 CA | 320242340398591082 |
| 08/21/2024 | CAB      Queens      NY | $ 98.40 | pqTaD8uS2Fj squareup.com/receipts CAB Queens NY squareup.com/receipts | CAB      Queens      NY | 320242340410513372 |
| 10/10/2024 | LYFT      855-280-0278 CA | $ 49.60 | NT_R0RSVOSR2002625600646436994104 2002625600646436966 LYFT 855-280-0278 CA 2002625600646436966 2002625600646436994104 | LYFT      855-280-0278 CA | 320242840698658884 |
| 10/10/2024 | LYFT      855-280-0278 CA | $ 76.54 | NT_R0YE2KUQ2002659267363677894104 2002659267363677852 LYFT 855-280-0278 CA 2002659267363677852 2002659267363677894104 | LYFT      855-280-0278 CA | 320242850736204898 |

| | | | | |
|---|---|---|---|---|
| | | 9B0138    AMTRAK<br>AMTRAK INT<br>WASHINGTON<br>DC<br>Ticket Number : 2840748106660<br>Additional Info : AMTRAK<br>From : NYP | | |
| 10/10/2024 | AMTRAK INT<br>WASHINGTON    DC | $ 571.00 | To : PVD | AMTRAK INT<br>WASHINGTON    DC | 320242850729210132 |
| | | NT_R0WS7SQS2002767673122955494104<br>2002767673122955456<br>LYFT<br>855-280-0278<br>CA | | |
| 10/11/2024 | LYFT    855-280-0278<br>CA | $ 112.28 | 2002767673122955456<br>2002767673122955494104 | LYFT    855-280-0278<br>CA | 320242860768612317 |

# EXHIBIT BS

Gramercy Kitchen
184 3rd Avenue
New York, NY 10003
(917) 265-8884

# Table #T-17

Date: 5/21/2024 8:42 AM
Invoice #: 116465
Order #: 6
Processed By: Ricardo L.
Card Type: MASTERCARD
Card #: ***********
Name: MANEWITH/BRADLEY S
Entry Method: Chip
Auth. #: 154925
Result: CAPTURED
Reference #: 1
ATC: 0347
AID: A0000000041010
CVM: Signature
TC: 25D9BB8961EE0A86
TSI: 6800

Tip Guide
20%=$4.71, 22%=$5.18, 25%=$5.89

## Amount: $25.64

Tips: $ 5.00

Total: $ 30.64

## CUSTOMER COPY

---

email: cs@gocurb.com

. ****CREDIT CARD SALE****

******DRIVER COPY*******
Merchant ID:                883
ENTRY METHOD:
CHIP CONTACTLESS
AID:            A0000000041010
APPL. NAME:
Debit Mastercard
ATC:
TID:                     0348
Mode:                *****431
                       Issuer

DRIVER
CAB                   5302835
PASSENGERS               8G34
DATE                        1
START                 5/21/24
END                  08:59:57
TRIP                 09:28:32
STAND. CITY RATE 1       1129
DISTANCE
FARE R1             12.71 mi
EXTRA                 $51.30
RFK Bridge             $5.00
SUB TOTAL              $6.94
TIP                   $63.24
STATE SURCHARGE       $13.45
IMP. SURCHARGE         $0.50
CGN SRCH.              $1.00
TOTAL                  $2.50
MASTER CARD           $80.69
AUTH
                     152789

---

O'Hare International Airport
PO Box 66179, Chicago, IL 60666
Tel (773) 686-7530

Receipt no 3400/0604/604 05/21/24 P.1/1

Pay Parking Ticket
#P80001105414048090
In:   05-19/24 13:20        $ 84.00
Out:  05/21/24 13:03
Duration= 1 Da. 23 Hr. 43 Min.

Total Amount          $ 84.00

Credit Mastercard

W NEW YORK UNION SQUARE
201 Park Avenue South
New York, NY  10003
United States
Tel: 212-253-9119 Fax: 212-253-9229



BRADLEY MANEWITH

| | | | | |
|---|---|---|---|---|
| Page Number | : | 1 | Invoice Nbr | : 1000225788 |
| Guest Number | : | 5046077 | | |
| Folio ID | : | A | | |
| Arrive Date | : | 19-MAY-24 | 18:59 | |
| Depart Date | : | 21-MAY-24 | 08:59 | |
| No. Of Guest | : | 1 | | |
| Room Number | : | 1613 | | |
| Marriott Bonvoy Number : | | ▮ | | |

Tax Gross

W UNION SQUARE NYCNU  MAY-21-2024  09:10  VECAR576

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 19-MAY-24 | RT1613 | Room Chrg - Standard Retail | 425.00 | |
| 19-MAY-24 | RT1613 | State Tax | 37.72 | |
| 19-MAY-24 | RT1613 | County Tax | 1.50 | |
| 19-MAY-24 | RT1613 | Occupancy/Tourism | 2.00 | |
| 19-MAY-24 | RT1613 | City Tax 5.875% | 24.97 | |
| 20-MAY-24 | RT1613 | Room Chrg - Standard Retail | 621.00 | |
| 20-MAY-24 | RT1613 | State Tax | 55.11 | |
| 20-MAY-24 | RT1613 | County Tax | 1.50 | |
| 20-MAY-24 | RT1613 | Occupancy/Tourism | 2.00 | |
| 20-MAY-24 | RT1613 | City Tax 5.875% | 36.48 | |
| 21-MAY-24 | VI | Visa Card ▮ | | -1207.28 |

***For Authorization Purpose Only***
xxxx▮

| Date | Time | Code | Authorized |
|---|---|---|---|
| 19-MAY-24 | 18:58 | 05484D | 1275.00 |

Continued on the next page

W NEW YORK UNION SQUARE
201 Park Avenue South
New York, NY  10003
United States
Tel: 212-253-9119 Fax: 212-253-9229



**W HOTELS**

BRADLEY MANEWITH

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 2 | | Invoice Nbr | : | 1000225788 |
| Guest Number | : | 5046077 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 19-MAY-24 | 18:59 | | |
| Depart Date | : | 21-MAY-24 | 08:59 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 1613 | | | |
| Marriott Bonvoy Number | : | ▮▮▮ | | | |

Approve EMV Receipt for ▮▮▮▮ Signature Captured
TC:EEC2714887A4308C   IAD:06021203A0A002   TVR:0080008000
AID:A0000000031010   Application Label ▮▮▮▮▮

** Total                    1207.28              -1207.28
*** Balance                    0.00

I agreed to pay all room & incidental charges.

Any questions about your invoice? Please email wus.ar@whotels.com

Make your home the next great escape. Shop WHotelsTheStore.com

# EXHIBIT BT

| | |
|---|---|
| **From:** | Shannon Liss-Riordan |
| **To:** | Rebecca Nelligan |
| **Subject:** | Fw: JetBlue booking confirmation for SHANNON LISS RIORDAN - YRXQTX |
| **Date:** | Friday, September 12, 2025 6:15:02 PM |

----- Forwarded Message -----
**From:** JetBlue Reservations <jetblueairways@email.jetblue.com>
**To:** ██████████████████████
**Sent:** Tuesday, April 23, 2024 at 09:34:26 AM MDT
**Subject:** JetBlue booking confirmation for SHANNON LISS RIORDAN - YRXQTX



Check out the details for your trip on Tue, May 21        Français | Español

#2102696764

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

# Your Flight Itinerary

## Your JetBlue confirmation code is YRXQTX



LGA ☐ BOS    Flight 1632    Tue, May 21    Tue, May 21
10:30am    -    11:48am
**Terminal:** B

**Get the latest** entry and travel requirements for your trip.

# Your Traveler Details



### SHANNON LISS RIORDAN

New York
## LGA

Boston
## BOS

TrueBlue Number:

Ticket number:
2792151670297

Flight # 1632

Fare: Blue

Seat: 13D

Manage my Booking

Notes: Even More® Space

## Bag Allowance (per traveler)

**LGA** ☐ **BOS**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ☐

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

> **Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

XXXXXXXXXX▮

**Purchase Date: Apr 19, 2024**
Request full receipt

| | |
|---|---|
| TRAVEL_BANK | $-2,049.00 |
| USD1978.60 NONREFUNDABLE NONREF | $72.56 |
| Taxes & fees | $20.54 |
| **Total** | **$93.10 USD** |

## Change made easy.

Change or cancel flights, add extras like

| | |
|---|---|
| **From:** | Shannon Liss-Riordan |
| **To:** | Rebecca Nelligan |
| **Subject:** | Fw: JetBlue booking confirmation for SHANNON LISS RIORDAN - CMYHUL |
| **Date:** | Friday, September 12, 2025 6:15:50 PM |

----- Forwarded Message -----
**From:** JetBlue Reservations <jetblueairways@email.jetblue.com>
**To:** █████████████████████████
**Sent:** Friday, April 19, 2024 at 08:44:33 AM MDT
**Subject:** JetBlue booking confirmation for SHANNON LISS RIORDAN - CMYHUL



Check out the details for your trip on Tue, May 21          Français  |  Español

#2102696764

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

# Your Flight Itinerary

## Your JetBlue confirmation code is CMYHUL

BOS ☐ LGA    Flight 1231     Tue, May 21    Tue, May 21
4:40pm    -    6:02pm
Terminal: C

**Get the latest** entry and travel requirements for your trip.

# Your Traveler Details



### SHANNON LISS RIORDAN

Boston
**BOS**

New York
**LGA**

TrueBlue Number:
███████████

Ticket number:
2792151385690

Flight # 1231

Fare: Blue

Seat: **13A**

Manage my Booking

Notes: Even More® Space

## Bag Allowance (per traveler)

**BOS** ☐ **LGA**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ☐

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

> **Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

XXXXXXXXXXX █████

**Purchase Date: Apr 19, 2024**
Request full receipt

| | |
|---|---|
| TRAVEL_BANK | $93.10 |
| NONREF | $72.56 |
| Taxes & fees | $20.54 |
| **Total** | **$93.10 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known

# EXHIBIT BU

# STATEMENT



**Date**
5/2/2024 through 11/30/2024

Bill To:

**Shannon Liss-Riordan Esq.**
**Lichten & Liss-Riordan, P.C.**
**729 Boylston St.**
**Suite 2000**
**Boston MA 02116**
**US**

| **Reference #:** | **1425041951 - Rep# 5** |
|---|---|
| Billing Inquiries: | **Moya, Bailey** |
| Email: | **bmoya@jamsadr.com** |
| Telephone: | **949-224-4664** |
| Employer ID: | **68-0542699** |

RE: **Nnebe, Jonathan, et al. vs. Daus, Matthew, et al.**
Representing: **Jonathan Nnebe**

Neutral(s):    **Stephen Sonnenberg, Esq.**
Hearing Type: **MEDIATION**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | | Balance Forward: | | 0 |
| 5/17/24 | Stephen Sonnenberg Esq. Review written submission for mediation; conference call with counsel. | 1.50 | $850.00 | $1,275.00 | 2 | $637.50 |
| 5/18/24 | Stephen Sonnenberg Esq. Review written submission and numerous exhibits including courts' decisions. | 1.50 | $850.00 | $1,275.00 | 2 | $637.50 |
| 5/20/24 10:00 AM | Stephen Sonnenberg Esq. Session Time | 8.00 | $850.00 | $6,800.00 | 2 | $3,400.00 |
| 5/20/24 10:00 AM | Stephen Sonnenberg Esq. Additional Session Time | 1.75 | $850.00 | $1,487.50 | 2 | $743.75 |
| 6/15/24 | Stephen Sonnenberg Esq. Review and respond to email regarding continued negotiations. Consideration of issues in dispute. | 0.75 | $850.00 | $637.50 | 2 | $318.75 |
| 6/27/24 | Stephen Sonnenberg Esq. Review all prior submissions and notes from mediation. Prepare for mediation. | 2.00 | $850.00 | $1,700.00 | 2 | $850.00 |
| 6/28/24 9:30 AM | Stephen Sonnenberg Esq. Session Time | 8.00 | $850.00 | $6,800.00 | 2 | $3,400.00 |
| 6/28/24 9:30 AM | Stephen Sonnenberg Esq. Additional Session Time | 0.50 | $850.00 | $425.00 | 2 | $212.50 |
| 8/21/24 11:00 AM | Stephen Sonnenberg Esq. Session Time | 8.00 | $850.00 | $6,800.00 | 2 | $3,400.00 |
| 8/21/24 | Stephen Sonnenberg Esq. Conference calls with the parties' counsel prior to session; review prior session notes and submissions; prepare for mediation. | 1.50 | $850.00 | $1,275.00 | 2 | $637.50 |

Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

<u>Standard mail:</u>
**P.O. Box 845402**
**Los Angeles, CA 90084**

<u>Overnight mail:</u>
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# STATEMENT



**Date**
**5/2/2024 through 11/30/2024**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/10/24 | Stephen Sonnenberg Esq. Review correspondence from counsel; review all notes and offers from prior sessions. Prepare for mediation. | 1.00 | $850.00 | $850.00 | 2 | $425.00 |
| 10/11/24 9:00 AM | Stephen Sonnenberg Esq. Session Time | 5.00 | $850.00 | $4,250.00 | 2 | $2,125.00 |
| 11/30/24 | Case Management Fee | | | | | $1,629.88 |
| 5/2/24 | Initial Non-Refundable Fee | | | | | $375.00 |
| | | | | Fees: | | $18,792.38 |
| | | | | Total: | | $18,792.38 |

**Payment Activity:**

| 6/18/24 | Check No. ACH 9633 Paid By: Lichten & Liss-Riordan, P.C. | | | | | ($10,000.00) |
|---|---|---|---|---|---|---|
| 8/14/24 | Check No. ACH 9633 Paid By: Lichten & Liss-Riordan, P.C. | | | | | ($6,000.00) |
| 9/19/24 | Check No. ACH 9633 Paid By: Lichten & Liss-Riordan, P.C. | | | | | ($2,715.00) |
| | | | | Total Payments: | | ($18,715.00) |
| | | | | Balance Due: | | $77.38 |

Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# EXHIBIT BV

 Outlook

---

**Your Flight Receipt** – SHANNON LISSRIORDAN 28JUN24

---

**From** Delta Air Lines <DeltaAirLines@t.delta.com>
**Date** Thu 6/27/2024 4:10 PM
**To** Rebecca Nelligan <rlabbe@llrlaw.com>

View as a web page

    

CONFIRMATION #: HT859T



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: SHANNON LISSRIORDAN
SkyMiles # ██████████
Gold

| FLIGHT | SEAT |
|--------|------|
| DELTA 5746 | 02D |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Fri, 28JUN | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 5746*<br>First Class (I) | NYC-LAGUARDIA<br>6:59pm | BOSTON, MA<br>8:31pm |

*Flight 5746 Operated by REPUBLIC AIRWAYS DBA DELTA CONNECTION

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: **0062246332566**
Place of Issue:
Issue Date: 27JUN24
Expiration Date: 27JUN25

| METHOD OF PAYMENT | |
|---|---|
| AX********** ▆▆▆▆ | **$368.10 USD** |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $328.37 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $24.63 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $5.00 USD |
| **TICKET AMOUNT** | **$368.10 USD** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit **delta.com** for details on baggage embargoes that may apply to your itinerary.

| **Fri 28 Jun 2024** | | **LGA-BOS** |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) | FREE (70LBS/32KG) |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

## Your Pre-Trip Checklist for Easier Travel



### Book Delta Stays and Car Rentals

**Earn miles by booking your travel accommodations with our hotel and car rental partners ›**



### Visit Our Help Center

**Get all your travel questions answered with information on self-service tools, baggage, SkyMiles and more ›**



### Update Your Contact Information

**Make sure your information is updated on your SkyMiles profile for a more personalized experience and service. View my profile ›**

# EXHIBIT BW

| From: | Shannon Liss-Riordan |
|---|---|
| To: | Rebecca Nelligan |
| Subject: | Fw: JetBlue booking confirmation for SHANNON LISS RIORDAN - KAMXSO |
| Date: | Friday, September 12, 2025 6:14:05 PM |

----- Forwarded Message -----

**From:** JetBlue Reservations <jetblueairways@email.jetblue.com>

**To:** ███████████████████████

**Sent:** Tuesday, May 21, 2024 at 08:14:21 PM MDT

**Subject:** JetBlue booking confirmation for SHANNON LISS RIORDAN - KAMXSO



Check out the details for your trip on Sun, Jun 23      Français   |   Español

#2102696764

# We can't contain our excite-mint.

Thanks, as always, for being a Mosaic member. We look forward to welcoming you on board again.

# Your Flight Itinerary

## Your JetBlue confirmation code is KAMXSO

LAX ☐ JFK    Flight 1124        Sun, Jun 23    Sun, Jun 23
12:22pm   -   9:00pm
Terminal: 5

**Get the latest** entry and travel requirements for your trip.

# Your Traveler Details



### SHANNON LISS RIORDAN

Los Angeles
**LAX**

New York
**JFK**

TrueBlue Number: ▆▆▆▆▆▆▆

Ticket number:
2792153976186

Flight # 1124

Fare: Mint ☐

Seat: **5F** ☐

Manage my Booking

Notes: ▆▆▆▆▆▆▆▆▆▆▆▆

## Bag Allowance (per traveler)

**LAX** ☐ **JFK**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | | | |

**See full details on our Bag Info page.**

**Size and weight limits apply. See full details on our Bag Info page** ☐

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

Final baggage allowance will be assessed and charged at time of check in. Baggage fees may change based on fare class or exemptions.

> **Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

XXXXXXXXXX▮

**Purchase Date: May 21, 2024**
**Request full receipt**

| | |
|---|---|
| TRAVEL_BANK | $2,197.10 |
| NON REFUNDABLE | $2,029.77 |
| Taxes & fees | $167.33 |
| **Total** | **$2,197.10 USD** |

# EXHIBIT BX



Delete    Archive    ⊘ Report ⌄    Move to ⌄    ↩    ↩    ↪ ⌄    Share to Teams    ⊕

JetBlue booking confirmation for SHANNON  LISS RIORDAN   WMLASQ

Manage my booking

## Bag Allowance (per traveler)

SFO ▶ JFK

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free with Mint Up to 70 lbs | Free with Mint Up to 70 lbs |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

Final baggage allowance will be assessed and charged at time of check in. Baggage fees may change based on fare class or exemptions.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

| | | |
|---|---|---|
| ▇▇▇▇▇▇▇▇ | Travel Bank | $1,757.11 |
| | Refundable | $1,620.47 |
| | Taxes & fees | $136.64 |
| **Purchase Date: Aug 20, 2024** | | |
| Request full receipt | **Total** | **$1,757.11 USD** |

 Outlook

---

**JetBlue booking confirmation for SHANNON LISS RIORDAN - NCJLPK**

**From** JetBlue Reservations <jetblueairways@email.jetblue.com>
**Date** Wed 8/21/2024 5:37 PM
**To** JetBlue <jetblue@llrlaw.com>

---

Check out the details for your trip on Wed, Aug 21           Français   |   Español

                                          

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

# Your Flight Itinerary

## Your JetBlue confirmation code is NCJLPK



| LGA ▶ BOS | Flight 1432 | ✈ | Wed, Aug 21 **8:15pm** Terminal: B | — | Wed, Aug 21 **9:34pm** |

**Check in**

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## SHANNON LISS RIORDAN

New York
### LGA

Boston
### BOS

**TrueBlue Number:**

**Ticket number:**
2792161810989

**Flight #** 1432

**Fare:** Blue

**Seat:** 14D  EVEN MORE

**Notes:** Even More® Space

**Manage my booking**

## Bag Allowance (per traveler)

**LGA  ▶  BOS**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Purchase Date: Aug 12, 2024

**Request full receipt**

| | |
|---|---|
| Non Refundable | $72.56 |
| Taxes & fees | $20.54 |
| **Total** | **$93.10 USD** |

# Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.

**Manage my booking**

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares cannot be changed and are subject to a cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

# EXHIBIT BY

 Outlook

---

**Your reservation confirmation for a stay at The Dominick hotel CI50U4JL**

---

**From**  The Dominick <reservations@thedominick.com>
**Date**  Mon 8/12/2024 4:22 PM
**To**    Rebecca Nelligan <rnelligan@llrlaw.com>

View In Browser

# The DOMINICK



# Your Soho
# Escape Awaits

Dear Shannon Liss-Riordan,

We are pleased to confirm your upcoming stay with us on August 20, 2024. We look forward to welcoming you and thank you for choosing The Dominick for your upcoming stay in New York City.

To provide you with the highest form of customer service, please review your reservation details carefully. If you need to make any modifications or have any questions about your stay, please contact us at 212.842.5500.

Warmest Wishes,
Justine McCleery
General Manager

**RESERVATION DETAILS**

| | |
|---|---|
| **Confirmation Number:** | CI50U4JL |
| **Guest Name:** | Shannon Liss-Riordan |
| **Arrival Date:** | August 20, 2024 |
| **Departure date:** | August 21, 2024 |
| **Number of Adults:** | 1 |
| **Number of Children:** | 0 |
| **Room Type:** | SoHi View King Room |
| **Rate** | I-Prefer Member Rate |
| **Daily Rate:** | 8/20/24 - USD 620.00 |
| **Total*:** | 771.19 |

*Destination fee and taxes included, please see below for additional details.

MODIFY RESERVATION

# Elevate Your Stay

# EXHIBIT BZ

 Outlook

---

**JetBlue booking confirmation for SHANNON LISS RIORDAN – OVSVEI**

**From** JetBlue Reservations <jetblueairways@email.jetblue.com>
**Date** Thu 10/3/2024 3:50 PM
**To** JetBlue <jetblue@llrlaw.com>

---

Check out the details for your trip on Thu, Oct 10                    Français    |    Español




#2102696764

# We can't contain our excite-mint.

Thanks, as always, for being a
Mosaic member. We look forward to
welcoming you on board again.

# Your Flight Itinerary

## Your JetBlue confirmation code is OVSVEI

SFO ▶ JFK    **Flight 416**        Thu, Oct 10        Thu, Oct 10
jetBlue                                                **2:20pm**   –   **10:59pm**
                                                       Terminal: 1

**Get the latest** entry and travel requirements for your trip.

# Your Traveler Details



## SHANNON LISS RIORDAN

San Francisco
**SFO**

New York
**JFK**

**TrueBlue Number:**

**Ticket number:**
2792165175819

**Flight #** 416

**Fare:** Mint

**Seat:** 5F

**Notes:**

**Manage my booking**

## Bag Allowance (per traveler)

**SFO ▶ JFK**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free with Mint Up to 70 lbs | Free with Mint Up to 70 lbs |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

Final baggage allowance will be assessed and charged at time of check in. Baggage fees may change based on fare class or exemptions.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

XXXXXXXXXXX████

**Purchase Date: Oct 3, 2024**

Request full receipt

| | |
|---|---|
| Travel Bank | $2,494.19 |
| Refundable | $2,306.13 |
| Taxes & fees | $188.06 |
| **Total** | **$2,494.19 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details–all in one place. Stay safe from fraud–use only jetblue.com or the JetBlue app to change or cancel your flights.

**Manage my booking**

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares cannot be changed and are subject to a cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

Any special meal requests must be selected at least 24 hours prior to departure (Kosher meals at least 48 hours prior to departure). If you select or make a change