# EXHIBIT CA



March 11, 2025

Reference No. 20250225-PJI-02

Shannon Liss-Riordan, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116

RE:   *Nnebe v. Daus - Civil Rights Settlement*

Dear Shannon,

Thank you for this opportunity to provide an updated quote for your above-captioned settlement. Using the parameters you shared, Simpluris' cost is $6.34 per class member, or a total of $123,711 assuming a class size of 19,500. If needed, a potential second distribution would add $10,520 to this total.

Please let me know if you have questions. I look forward to this opportunity to work together.

Sincerely yours,

**PATRICK J. IVIE**
Chief Revenue Officer

m:  310-995-6455
o:  714-975-5260
e:  pivie@simpluris.com

3194-C Airport Loop Drive, Costa Mesa, CA 92626
www.simpluris.com | 1 (800) 779 - 2104



**3194-C Airport Loop Drive**
**Costa Mesa, CA 92626**
**800-779-2104**
**www.simpluris.com**

| | | | |
|---|---|---|---|
| Estimate Number: | 20250225-PJI-02 | Prepared By: | Patrick Ivie |
| Estimate Date: | 3/11/2024 | Telephone Number (mobile): | 310.995.6455 |
| Estimate Expiration Date: | 6/9/2024 | Email: | pivie@simpluris.com |

| | Primary Contact | | Additional Contact |
|---|---|---|---|
| Name: | **Shannon Liss-Riordan, Esq.** | Attorney: | |
| Firm: | Lichten & Liss-Riordan, P.C. | Firm: | |
| Email: | sliss@llrlaw.com | Email: | |

**Case Name:** *Nnebe v. Daus - Civil Rights Settlement*

## Assumptions

**In addition to the assumptions enumerated below, this estimate assumes that**
(1) Simpluris will receive data in a single, complete file; (2) there will be no substantial change to class size or in response rate;
(3) administration costs will be paid from the QSF, and (4) Simpluris will submit revisions to this estimate to account for any material changes to scope.

| | | | | |
|---|---|---|---|---|
| Anticipated Class Size: | 19,500 | | Undeliverable Rate: | 8% |
| Subclass One ("S1") : | 8,500 | | Mail Skip Trace Success Rate: | 75% |
| Subclass Two ("S2"): | 11,000 | | Email Skip Trace Success Rate: | 70% |
| Available Address Data: | 19,500 | | Call Rate: | 3% |
| S1 One Claims Rate: | 80% | | Average Call Length: | 3 Minutes |
| S2 Two Claims Rate: | 25% | | Fund Distribution: | Simpluris |
| Opt-out Rate: | 1% | | Number of Distributions: | 1 |
| Language(s) for Communication | EN + others | | Count of S1 Payments: | 6,800 |
| Reminder Mailing: | Email, SMS | | Count of S2 Payments: | 2,750 |
| Unclaimed Funds: | TBD | | Total Count of Payments: | 9,550 |
| State(s): | CA | | Digital Payments (50%): | 4,775 |
| Length of Administration: | 9 Months | | Check Payments (50%): | 4,775 |
| | | | Tax Year(s): | 1 |

## Case Setup

- Class website: interactive website hosting case documents, with option for online claims and electronic payment selections
- TBD language translations of the Long Form Notice to be made available at the case website
- Data compilation: develop case-specific response tracking

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Project Manager - Case Setup | $125.00 | 3 | $375.00 |
| Interactive Class Website | $1,750.00 | 1 | $1,750.00 |
| Website Hosting and Security Monitoring and Tracking | $90.00 | 9 Months | $810.00 |
| TBD Language 1 Translations assuming 6,000 words | $0.25 | 6,000 | $1,500.00 |
| TBD Language 2 Translations assuming 6,000 words | $0.25 | 6,000 | $1,500.00 |
| TBD Language 3 Translations assuming 6,000 words | $0.25 | 6,000 | $1,500.00 |
| Dedicated Case Email Inbox Set up | $75.00 | 1 | $75.00 |
| Database Manager - Initial Data Analysis | $140.00 | 3 | $420.00 |
| | | Total: | $7,930.00 |

## Initial Notice and Communications

- Send out initial notice concurrently by mail, email, and text in English
- 8-page Notice & Claim Form to sent by letter and email; SMS will include a link to notice and claim form hosted on class website
- Single postcard claims filing reminder notice

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| **Mailed Initial Notice** | | | |
| Notice & CF Mailing (assuming 8 images) | $1.50 | 19,500 | $29,250.00 |
| Postage | $0.68 | 19,500 | $13,260.00 |
| NCOA/CASS/LACS | $0.01 | 19,500 | $195.00 |
| Undeliverable Processing and Skip Trace | $0.25 | 1,560 | $390.00 |
| Remail Notice (assuming 75% skip trace success) | $2.00 | 1,170 | $2,340.00 |
| Remail Postage | $0.72 | 1,170 | $842.40 |
| Mailing Supervisor | $50.00 | 2 | $100.00 |

| **Emailed Initial Notice** | | | |
|---|---|---|---|
| Establish Email Campaign | $350.00 | 1 | $350.00 |
| Email Notice | $0.01 | 19,500 | $195.00 |
| Undeliverable Processing and Skip Trace | $0.25 | 1,560 | $390.00 |
| Re-email Notice (assuming 70% skip trace success) | $0.05 | 1,092 | $54.60 |
| IT Associate | $125.00 | 1 | $125.00 |
| IT Manager | $195.00 | 1 | $195.00 |
| **SMS Initial Notice** | | | |
| Establish 2-segment SMS Campaign | $350.00 | 1 | $350.00 |
| SMS Link to Notice (assuming 160 - 320 characters) | $0.10 | 39,000 | $3,900.00 |
| IT Associate | $125.00 | 1 | $125.00 |
| IT Manager | $195.00 | 1 | $195.00 |
| **Mailed Reminder Postcard Notice** | | | |
| Single Postcard Claims Filing Reminder (85% of the class) | $0.10 | 16,575 | $1,657.50 |
| Postage | $0.51 | 16,575 | $8,453.25 |
| | | **Total:** | **$62,367.75** |

## Unlimited Electronic Reminder Notices

- Class administrator will send unlimited reminder messages by email and SMS as coordinated between Counsel and Simpluris

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Reminder Campaigns Flat Fee | | | $25,000.00 |
| | | **Total:** | **$25,000.00** |

## Inbound Call Center

- Establish case-specific toll-free number and 24/7 IVR
- Assuming 3-minute calls

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| IVR Call Center Setup | $350.00 | 1 | $350.00 |
| Uptime Monitoring and Testing, Tracking, Reporting | $90.00 | 9 Months | $810.00 |
| IVR and toll-free minutes | $15.00 | 30 | $450.00 |
| | | **Total:** | **$1,610.00** |

## Administration

- Process incoming class and counsel communications, claims, opt-outs, and objections

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Database Manager | $140.00 | 4 | $560.00 |
| Project Manager | $125.00 | 6 | $750.00 |
| Claims Processing (blended online/physical) | $0.50 | 9,550 | $4,775.00 |
| Cure Letter | $1.75 | 955 | $1,671.25 |
| Claimant Correspondence | $55.00 | 29 | $1,608.75 |
| Opt-out Processing | $1.25 | 195 | $243.75 |
| Weekly Reporting to Counsel | $100.00 | 8 | $800.00 |
| | | **Total:** | **$10,408.75** |

## Award Disbursement

- Establish 26 CFR § 1.468B-1 compliant Qualified Settlement Fund ("QSF")
- Disburse award payments and tax documents; assuming 50/50 mailed/digital payments
- Digital payment types are Zelle, PayPal, Venmo, Mastercard and ACH
- Check cashing reminder postcard
- Conduct regular and annual IRS-mandated QSF reporting and reconciliation (one per calendar year)
- Complete all required filings with state and federal tax authorities

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Disbursement Data Preparation | $140.00 | 2 | $280.00 |
| Disbursement Manager - Data Validation | $100.00 | 2 | $200.00 |
| Setup Banking Account/QSF | $675.00 | 1 | $675.00 |
| QSF Monthly Reconciliation and Maintenance | $125.00 | 9 | $1,125.00 |
| Print & Mail Check and Tax Documents | $0.60 | 4,775 | $2,865.00 |
| Postage | $0.68 | 4,775 | $3,247.00 |
| Process Returned Checks (assuming 5%) | $0.25 | 239 | $59.75 |
| Skip Trace Search Undeliverable Checks | $0.35 | 239 | $83.65 |
| Remail Checks (includes postage) | $1.35 | 239 | $322.65 |

Confidential and Proprietary

| | | | |
|---|---|---|---|
| Check Cashing Postcard Reminder | $0.10 | 4,775 | $477.50 |
| Postage | $0.55 | 4,775 | $2,626.25 |
| Digital Payments | $0.35 | 4,775 | $1,671.25 |
| Email Tax Documents | $0.04 | 4,775 | $191.00 |
| Check payments to digital failures | $0.60 | 19 | $11.40 |
| Check postage | $0.72 | 19 | $13.68 |
| QSF Reporting and Final Declaration | $500.00 | 1 | $500.00 |
| QSF Annual Tax Reporting and Reconciliation | $850.00 | 1 | $850.00 |
| Distribution Manager | $125.00 | 2 | $250.00 |
| | | Total: | $15,449.13 |

## Case Completion

- Final audit and review
- Send final declaration and reporting to counsel

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Data Manager-Final Reporting | $140.00 | 3 | $420.00 |
| Clerical-Clean Up Any Misc. | $50.00 | 3 | $150.00 |
| Project Manager-Wrap-up Final Issues | $125.00 | 3 | $375.00 |
| | | Total: | $945.00 |

**Total Estimated Cost of Administration:** $123,711

## Optional Services - Award Disbursement #2

- Potential second distribution of unclaimed funds

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Disbursement Data Preparation | $140.00 | 2 | $280.00 |
| Disbursement Manager - Data Validation | $100.00 | 3 | $300.00 |
| QSF Monthly Reconciliation and Maintenance | $125.00 | 3 | $375.00 |
| Print & Mail Check and Tax Documents | $0.60 | 4,775 | $2,865.00 |
| Postage | $0.68 | 4,775 | $3,247.00 |
| Process Returned Checks (assuming 5%) | $0.25 | 239 | $59.75 |
| Skip Trace Search Undeliverable Checks | $0.35 | 239 | $83.65 |
| Remail Checks (includes postage) | $1.35 | 239 | $322.65 |
| Digital Payments | $0.35 | 4,775 | $1,671.25 |
| Email Tax Documents | $0.04 | 4,775 | $191.00 |
| Check payments to digital failures | $0.60 | 19 | $11.40 |
| Check postage | $0.72 | 19 | $13.68 |
| QSF Annual Tax Reporting and Reconciliation | $850.00 | 1 | $850.00 |
| Distribution Manager | $125.00 | 2 | $250.00 |
| | | Total: | $10,520.38 |

Confidential and Proprietary

# Terms and Conditions

All administration services to be provided by Simpluris to Client, are provided subject to the following terms and conditions ("Agreement"):

**1. Services**: Simpluris agrees to provide Client those services set forth in the Proposal (the "Services") to which these terms and conditions are attached and which has been provided to Client. As compensation for such Services, Client agrees to pay the fees for Services outlined in the Proposal. Simpluris will often take direction from Client's representatives, employees, agents and or professionals (collectively, the "Client Parties") with respect to the Services. The parties agree that Simpluris may rely upon, and Client agrees to be bound by, any direction, advice or information provided by the Client Parties to the same extent as if provided by Client. Client agrees and understands that Simpluris shall not provide Client or any other party with any legal advice.

**2. Fee Estimates Not Binding:** Simpluris and Client acknowledge that it is difficult to determine all necessary work required for the Services or the total amount of fees that may be incurred in performing the Services. Client agrees that fees for Services described in the Proposal are estimated based on the requirements provided by Client. Actual fees charged by Simpluris may be greater or less than such estimate. Client specifically agrees that it will be responsible for the payment of all such fees. Simpluris will provide estimates and budgets, but they are not intended to be binding; are subject to unforeseen circumstances, and by their nature are inexact.

**3. Billing and Payment**: Simpluris will invoice Client on a regular basis unless a specific timeframe is otherwise set forth in the Proposal. Client shall pay all invoices within 30 days of receipt. Amounts unpaid after thirty (30) days are subject to a service charge at the rate of 1.5% per month or, if less, the highest rate permitted by law. Services are not provided on a contingency basis and Client shall remain liable to Simpluris for all fees incurred by Simpluris in performing the Services, regardless of any circumstance that impacts the outcome of Client's matter, including but not limited to, court decisions, actions by the parties, or a failure to consummate a settlement.

**4. Further Assurances:** Client agrees that it will use its best efforts to include provisions reasonably acceptable to Simpluris in any relevant court order, settlement agreement or similar document that provide for the payment of Simpluris' fees and expenses hereunder. No agreement to which Simpluris is not a party shall reduce or limit the full and prompt payment of Simpluris' fees and expenses as set forth herein and in the Proposal.

**5. Rights of Ownership**: The parties understand that the software programs and other materials furnished Simpluris to Client and/or developed during the course of the performance of Services are the sole property of Simpluris. The term "program" shall include, without limitation, data processing programs, specifications, applications, routines, and documentation. Client agrees not to copy or permit others to copy the source code from the support software or any other programs or materials furnished to Client. Fees and expenses paid by Client do not vest in Client any rights in such property, it being understoodthat such property is only being made available for Client's use during and in connection with the Services provided by Simpluris.

**6. Bank Accounts:** Simpluris will establish a demand deposit checking account (i.e. non-interest bearing) for funds received related to a distribution, unless directed otherwise in writing by the parties or unless the settlement agreement stipulates otherwise. Simpluris may derive financial benefits from financial institutions in connection with the deposit and investment of settlement funds with such institutions, including without limitation, discounts on eligible banking services and fees, and compensation for services Simpluris performs for financial institutions to be eligible for FDIC deposit insurance. The amounts held pursuant to these Terms and Conditions are at the sole risk of Client and, without limiting the generality of the foregoing, Simpluris shall have no responsibility or liability for any diminution of the fund that may result from any deposit made with a financial institution including any losses resulting from a default by such institution or other credit losses. It is acknowledged and agreed that Simpluris will have acted prudently in depositing the fund at such institution.

**7. Retention of Documents & Data**: Unless otherwise required in writing by the Client or court orders, all returned/undeliverable physical documents will be securely shredded after the data has been confirmed uploaded to our systems.  Simpluris will retain bank and tax documents for such period of time as it determines is required to maintain compliance with various federal and state law requirements. Unless otherwise required in writing by the Client or court orders, Simpluris will adhere to the Company's data deletion policies and will destroy all remaining project-related information from our systems three (3) years after the conclusion of the project. Storage beyond three (3) years is available upon request and will be billed as incurred.

**8. Limitation of Liability; Disclaimer of Warranties**: Simpluris warrants that it will perform the Services diligently, with competence and reasonable care.  In no event will Simpluris be liable to Client or any third party for any claims, losses, costs, penalties, fines, judgments, tax activities, lost profits or business opportunities, business interruptions or delay, special, exemplary, punitive, consequential, indirect or incidental damages relating to the performance of the Services, regardless of whether Client's claim is for breach of contract, tort (including negligence and strict liability) or otherwise, regardless of whether such damage was foreseeable and whether such party has been advised of the possibility of such damages.  Simpluris' cumulative liability for damages to Client hereunder will be limited to the total fees charged or chargeable to Client for the particular portion of the Services affected by Simpluris' omission or error. THE WARRANTIES SET FORTH IN THIS SECTION ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE.

**9. Force Majeure:** To the extent performance by Simpluris of any of its obligations hereunder is substantially prevented or delayed by reason of any act of God, flood, fire, earthquake or explosion, war, terrorism, invasion, riot or other civil unrest, embargoes or blockades in effect on or after the date



Confidential and Proprietary

1

that Simpluris began performing Services, epidemic, pandemic, quarantine, civil commotion, national or regional emergency, strikes, labor stoppages or slowdowns or other industrial disturbances, passage of Law or any action taken by a governmental or public authority, including imposing an export or import restriction, quota, or other restriction or prohibition or any complete or partial government shutdown, or national or regional shortage of adequate power or telecommunications or transportation or because of any other matter beyond Simpluris' reasonable control, then Simpluris' performance shall be excused and this Agreement, at Simpluris' option, be deemed suspended during the continuation of such condition and for a reasonable time thereafter.

**10. Rights in Data**: Client agrees that it will not obtain, nor does Simpluris convey, any rights of ownership in the programs, system data, or materials provided or used by Simpluris in the performance of the Services.

**11. Electronic Communications**: During the provision of the Services, the parties may wish to communicate electronically with each other at a business e-mail address. However, the electronic transmission of information cannot be guaranteed to be secure or error free and such information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete or otherwise be adversely affected or unsafe to use. Accordingly, each party agrees to use commercially reasonable procedures to check for the then most commonly known viruses and to check the integrity of data before sending information to the other electronically, but each party recognizes that such procedures cannot be a guarantee that transmissions will be virus free. It remains the responsibility of the party receiving an electronic communication from the other to carry out a virus check on any attachments before launching any documents whether received on disk or otherwise.

**12. Notice**: Any notice required or permitted hereunder shall be in writing and shall be delivered personally, by, or sent by registered mail, postage prepaid, or overnight courier to the address identified by each Party in the Proposal. Notice shall be deemed given when so delivered personally, or, if mailed, five days after the date of deposit in United States mail, or, if sent by courier, one business day after delivery to such courier service. Notice should be addressed to an officer or principal of Client and Simpluris, as the case may be.

**13. Waiver:** Failure or delay on the part of a party to exercise any right, power or privilege hereunder shall not operate as a waiver thereof or any of other subject, right, power or privilege.

**14. Termination:** Client may terminate the Services at any time upon 30 days prior written notice to Simpluris. Termination of Services shall in no event relieve Client of its obligation make any payments due and payable to Simpluris for Services rendered up to the effective date of Termination. Simpluris may terminate this Agreement (i) for any reason upon no less than 60 days prior written notice to the Client; or (ii) upon 15 calendar days' prior written notice if the Client is not current in payment of fees.

**15. Jurisdiction:** These Terms and Conditions will be governed by and construed in accordance with the laws of the state of California, without giving effect to any choice of law principles.

**16. Survival:** Any remedies for breach of this Agreement, this Section and the following Sections will survive any expiration or termination of this Agreement: Section 4 - Limitation of Liability; Disclaimer of Warranties, Section 6 – Rights in Data, and Section 12- Jurisdiction, 14 -Confidentiality, and Section 15 – Indemnification.

**17. Confidentiality**: Simpluris maintains reasonable and appropriate safeguards to protect the confidentiality and security of data provided by Client to Simpluris in connection with the Services. If, pursuant to a court order or other proceeding, a third-party requests that Simpluris to disclose any confidential data provided by or for Client, Simpluris will promptly notify the Client unless prohibited by applicable law. Client will then have the option to provide Simpluris with qualified legal representation at Client's expense to defend against such request. If, pursuant to a court order, Simpluris is required to disclose data, produce documents, or otherwise act in contravention of the obligation to maintain confidentiality set forth in these terms and conditions, Simpluris will not be liable for breach of said obligation.

**18. Indemnification**: Client will indemnify and hold Simpluris (and the officers, employees, affiliates and agents) harmless against any losses whatsoever incurred by Simpluris, arising out of any action by a third party, including governmental agencies, in connection with , or related to (i) any breach of the terms by Client; (ii) the processing and handling of any payment by Simpluris in accordance with Client's instructions, including without limitation, the imposition of any stop payment or void payment on any check or the wrongful dishonor of a check by Simpluris pursuant to Client's instructions.

**19. Severability**: If any term or condition or provisions of this Agreement shall be held to be invalid, illegal, unenforceable or in conflict with the law of any jurisdiction, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

**20. Database Administration:** Simpluris' database administration for Client assumes that Client will provide complete data that includes all information required to send notifications and calculate and mail settlement payments. Data must be provided in a complete, consistent, standardized electronic format. Simpluris' standardized format is Microsoft Excel, however, Simpluris may accept other formats at its discretion. Further developments or enhancements to non-standardized data will be billed to Client by Simpluris on a time and materials basis according to Simpluris' Standard Rates.

**21. Entire Agreement**: These Terms and Conditions together with the Proposal constitutes the entire agreement between the parties with respect of the subject matter hereof and supersede all prior understandings, agreements, or representations by or among the parties, written or oral, to the extent they relate in any way to the subject matter hereof.



# EXHIBIT CB

**Total expenditures summary; 2022 and 2025 and anticipated Aug to Dec 2025**

| | |
|---|---|
| **Payroll** | **$ 149,224.01** |
| 2022 Payroll | $ 70,939.53 |
| June 23, 2025 - July 18, 2025 | $ 19,571.12 |
| 2025 payroll, anticipated (2.5 weeks per month August thru December 31, 2025) | $ 58,713.36 |
| **Advertisements** | **$ 10,150.00** |
| Print | $ 3,300.00 |
| Radio | $ 1,500.00 |
| Videographer | $ 1,750.00 |
| TV/Online | $ 3,600.00 |
| **Other** | **$ 21,891.81** |
| Scale to Win (dialer) | $ 5,003.24 |
| SimpleTexting (texts) | $ 8,656.84 |
| Dial My Calls (robo calls) | $ 6,279.07 |
| Posters | $ 952.66 |
| Facebook Ad | $ 1,000.00 |
| **TOTAL** | **$ 181,265.82** |

BREAKDOWN:

| | |
|---|---|
| Spent, Invoice Available | $ 90,510.65 |
| Spent, Amount Estimated, Invoice to be compiled | $ 19,939.15 |
| To be spent (August 2025 to December 31, 2025) | $ 70,816.02 |
| Total | $ 181,265.82 |