**Weinblatt, Amy (Law)**

| | |
|---|---|
| **From:** | Shannon Liss-Riordan <sliss@llrlaw.com> |
| **Sent:** | Thursday, January 25, 2024 9:37 AM |
| **To:** | Weinblatt, Amy (Law) |
| **Subject:** | [EXTERNAL] RE: Nnebe |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

[redacted]

On the mediator, yes, we will agree to that. [redacted]

Thanks,
Shannon

From: Weinblatt, Amy (Law) <aweinbla@law.nyc.gov>
Sent: Wednesday, January 24, 2024 12:43 PM
To: Shannon Liss-Riordan <sliss@llrlaw.com>
Subject: Nnebe

Hi Shannon,

[redacted]

Regarding a special master/mediator: If I could ask the powers that be in my office whether the parties could retain a mediator for a limited period of time, e.g., 10 hours, would plaintiffs be willing to split the cost (meaning not bill the City for their share later on in a fees application)? Maybe it would be more likely to be approved on my end if it were not open ended and we were only liable for half the cost.

Amy