## Weinblatt, Amy (Law)

| | |
|---|---|
| **From:** | Patrick Palmer <PPalmer@jamsadr.com> |
| **Sent:** | Friday, April 5, 2024 1:29 PM |
| **To:** | Weinblatt, Amy (Law) |
| **Cc:** | Simone, Marcy (Law); Kathryn Silhan |
| **Subject:** | [EXTERNAL] RE: RE: Single Neutral Inquiry for Stephen P. Sonnenberg, Esq. |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hi Amy,

That's great news! Before we process an invoice, we will need to secure a date for the mediation. Please see Mr. Sonnenberg's next available dates below:

April 29
May 16 (Hard Stop at 3:00pm)
May 30
June 3 (Virtual Only)
June 5 (Virtual Only)
July 1-2
July 8-11

Kindly, confirm all parties availability for any of the above listed dates. Feel free to contact me with any questions.

Thank you.


Regards,



**Patrick Palmer**
Case Manager
**JAMS - Local Solutions. Global Reach.™**
620 8th Avenue | 34th Floor| New York, NY 10018
P: 1.212.607.2788
E: PPalmer@jamsadr.com
**www.JAMSADR.com**
Follow us on:



Manage your case anytime, anywhere. Register now for JAMS Access.
Learn more about our Virtual and Hybrid capabilities.

1

**From:** Weinblatt, Amy (Law) <aweinbla@law.nyc.gov>
**Sent:** Friday, April 5, 2024 12:57 PM
**To:** Patrick Palmer <PPalmer@jamsadr.com>
**Cc:** Simone, Marcy (Law) <msimone@law.nyc.gov>; Kathryn Silhan <KSilhan@jamsadr.com>
**Subject:** RE: RE: Single Neutral Inquiry for Stephen P. Sonnenberg, Esq.

> **Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Patrick,

We would like to proceed with Mr. Sonnenberg as mediator on the matter we discussed. We have to follow a process for approval for payment by our office (for half the fee, as agreed to by plaintiffs' counsel). Can you please provide his daily rate, hourly rate, Tax ID number, and business address so we can get started? [redacted]

Thank you,
Amy

**Amy J. Weinblatt**
**Senior Counsel**
**NYC Law Department**
**100 Church Street**
**New York, NY 10007**
aweinbla@law.nyc.gov
**212-356-2179**


**From:** Patrick Palmer <PPalmer@jamsadr.com>
**Sent:** Tuesday, March 5, 2024 5:00 PM
**To:** Weinblatt, Amy (Law) <aweinbla@law.nyc.gov>; Kathryn Silhan <KSilhan@jamsadr.com>
**Cc:** Simone, Marcy (Law) <msimone@law.nyc.gov>
**Subject:** [EXTERNAL] RE: RE: RE: RE: Single Neutral Inquiry for Stephen P. Sonnenberg, Esq.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

[redacted]