**Weinblatt, Amy (Law)**

| | |
|---|---|
| **From:** | Shannon Liss-Riordan <sliss@llrlaw.com> |
| **Sent:** | Tuesday, February 6, 2024 8:55 PM |
| **To:** | Weinblatt, Amy (Law) |
| **Subject:** | [EXTERNAL] Re: Nnebe v Daus - confidential settlement demand |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

That's good.

[redacted]

--------------------------------

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com
www.llrlaw.com

> On Feb 6, 2024, at 5:32 PM, Weinblatt, Amy (Law) <aweinbla@law.nyc.gov> wrote:
>
> Hi Shannon,
>
> So far it's looking promising as far as sharing the costs of a mediator. [redacted]
>
> Amy
>
> **From:** Shannon Liss-Riordan <sliss@llrlaw.com>
> **Sent:** Monday, February 5, 2024 4:32 PM
> **To:** Weinblatt, Amy (Law) <aweinbla@law.nyc.gov>
> **Subject:** [EXTERNAL] RE: FW: Nnebe v Daus - confidential settlement demand
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).
>
> [redacted]

1

**Weinblatt, Amy (Law)**

___

**From:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Sent:** Thursday, February 29, 2024 12:49 PM
**To:** Weinblatt, Amy (Law)
**Subject:** [EXTERNAL] RE: RE: Re: Nnebe - mediator

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Ok, thanks, Amy.

**From:** Weinblatt, Amy (Law) <aweinbla@law.nyc.gov>
**Sent:** Thursday, February 29, 2024 12:22 PM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Subject:** RE: RE: Re: Nnebe - mediator

Hi Shannon,

We will be limited in our expenditure, but I believe with plaintiffs' agreement to split the costs, we could get authority for enough money to cover two or three sessions.

**From:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Sent:** Thursday, February 29, 2024 12:11 PM
**To:** Weinblatt, Amy (Law) <aweinbla@law.nyc.gov>
**Subject:** [EXTERNAL] RE: Re: Nnebe - mediator

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Amy -



1

**Weinblatt, Amy (Law)**

| | |
|---|---|
| **From:** | Shannon Liss-Riordan <sliss@llrlaw.com> |
| **Sent:** | Friday, April 5, 2024 12:51 PM |
| **To:** | Weinblatt, Amy (Law) |
| **Subject:** | [EXTERNAL] Re: mediators |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Ok thank you

We can reach out to him about potential dates

> On Apr 5, 2024, at 9:43 AM, Weinblatt, Amy (Law) <aweinbla@law.nyc.gov> wrote:
>
> We are willing to work with Steven Sonnenberg.
>
> We will start the process of getting approval for paying him half his fee.
>
> **From:** Shannon Liss-Riordan <sliss@llrlaw.com>
> **Sent:** Thursday, March 28, 2024 12:27 PM
> **To:** Weinblatt, Amy (Law) <aweinbla@law.nyc.gov>
> **Subject:** [EXTERNAL] Re: mediators
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).
>
> 
>
>> On Mar 28, 2024, at 12:03 PM, Weinblatt, Amy (Law) <aweinbla@law.nyc.gov> wrote:
>>
>> 

1