# DANIEL L. ACKMAN

LAW OFFICE OF DANIEL ACKMAN

―――――――

28 LIBERTY STREET, 6TH FLOOR  ○  NEW YORK, NY 10005

TEL: 917-282-8178

E-MAIL: d.ackman@comcast.net

January 12, 2026

**BY ECF & E-MAIL:**
Hon. Richard J. Sullivan
United States Circuit Judge
Sitting by Designation
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Nnebe v. Daus*, No. 06-cv-4991 (RJS)

Your Honor:

     I am writing as co-class counsel to wish the Court a Happy New Year and also to ask if there is anything Class Counsel can do to speed final approval of the settlement of the above-referenced action.

     To date, class members have submitted more than $130 million in claims, but, of course, none has been paid. Class Counsel receive calls daily from claimants asking about when the settlement payments can be expected. Some of these class members are in real financial distress and, in any event, these are fair questions. Unfortunately, we cannot give them a satisfactory answer.

     We are aware that the Court has a demanding docket and that Your Honor has also taken on the critical task of improving the security of his fellow federal judges. That said, the Court ordered the preliminary approval of the class settlement in a detailed order mor than seven months ago. There have been no objections to the settlement since then, though, of course, defendants have disputed attorneys' fees. If fee issues are proving difficult to resolve, we might suggest that the Court order final approval to the bulk of the settlement, leaving the resolution of the fee issue for another day. (Of course, an order resolving all issues would be better still.) Either way, final approval would start the clock towards the bar date and to actual payments to class members as well as to the dismissal of this very longstanding action.

If there is any information Class Counsel can provide to facilitate final approval (with or without resolution of every issue) please let us know.

Respectfully submitted,

/s/

Dan Ackman

cc: All Counsel (by ECF)