UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN NNEBE, *et al.*,

　　　　　　　　　　　　　Plaintiffs,

　　　-v-

MATTHEW DAUS, *et al.*,

　　　　　　　　　　　　　Defendants.

No. 06-cv-4991 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

　　　The Court is in receipt of submissions from Plaintiffs' Counsel regarding final approval of the Settlement Agreement.    (Doc. Nos. 765–66; *see also* Doc. No. 747-1 ("Settlement Agreement").)   Class counsel has represented that, as of April 13, 2026, "class members have submitted claims that total more than $130 million," and counsel "fully expect[s]" that "the value of class member claims will exceed $140 million, the maximum Defendants can owe under the [S]ettlement [A]greement."   (Doc. No. 766 at 1.)   Given these developments, the Court directs class counsel to submit an updated table and figures applicable to the apportionment of individual-settlement awards to reflect (i) the number of class members in each respective suspension category who have submitted valid claims after previously requesting a damages hearing, and (ii) the number of class members in each respective suspension category who have submitted valid claims but did not previously request a damages hearing.  (Settlement Agreement ¶ 40; *see also* Doc. 747 at 11 ("Motion for Final Approval").)

IT IS HEREBY ORDERED that class counsel submit this information to the Court by

May 5, 2026.

SO ORDERED.

Dated: April 28, 2026
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2