UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X-------------------------------------------------------------------X

JONATHAN NNEBE ET AL, individually and on
behalf of all others similarly situated,

                                        Plaintiffs,

        -Against-

                                                                    06-CV-4991

MATTHEW DAUS, CHARLES FRASER, JOSEPH
ECKSTEIN, ELIZABETH BONINA, THE NEW
YORK CITY TAXI AND LIMOUSINE
COMMISSION, AND THE CITY OF NEW YORK,

                                        Defendants

X-------------------------------------------------------------------X

**RESPONSE TO COURT ORDER (DKT. 767)**
**REGARDING SETTLEMENT CLAIMS TO DATE**

As ordered by the Court on April 28, 2026 (Dkt. 767), Plaintiffs hereby submit the

attached updated table showing class member claims submitted to date, identifying the category

and expected apportionment for each class member.  As shown in this table, of class members

who requested a hearing, 68% have submitted claims (and 14% who did not request a hearing

have submitted claims).  The total estimated value of the claims submitted to date is just more

than $139 million.

**CLASS MEMBERS WHO REQUESTED HEARING**

|  | Number of Claims | Per Person Initial Distribution Cap (prior to deductions) |
|---|---|---|
| Suspended for **25** days or fewer | 533 | $700 |
| **26-31** total days suspended | 106 | $750 |
| **32 to 60** total days suspended | 471 | $21,000 |

i

| | | |
|---|---|---|
| **61 to 90** total days suspended | 402 | $24,000 |
| **91 to 120** total days suspended | 574 | $27,000 |
| **121 to 210** total days suspended | 766 | $30,000 |
| **211 to 390** total days suspended | 580 | $33,000 |
| Suspended for **391 days or more** | 596 | $36,000 |
| No Suspension End Date | 1,571 | $17,000 |
| **TOTAL** | 5,599 | $125,772,600 |

## CLASS MEMBERS WHO DID NOT REQUEST HEARING

| | **Number of Claims** | **Per Person Initial Distribution Cap (prior to deductions)** |
|---|---|---|
| Suspended for **25** days or fewer | 201 | $262.50 |
| **26-31** total days suspended | 31 | $281.25 |
| **32 to 60** total days suspended | 123 | $7,875 |
| **61 to 90** total days suspended | 106 | $9,000 |
| **91 to 120** total days suspended | 142 | $10,125 |
| **121 to 210** total days suspended | 193 | $11,250 |
| **211 to 390** total days suspended | 186 | $12,375 |
| Suspended for **391 days or more** | 178 | $13,500 |
| No Suspension End Date | 463 | $6,375 |
| **TOTAL** | 1,623 | $13,249,481.25 |

ii

Dated: May 5, 2026

Respectfully submitted,

JONATHAN NNEBE et al, individually and
on behalf of all others similarly situated,

By their attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan
Bradley Manewith
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
sliss@llrlaw.com
bmanewith@llrlaw.com

Daniel L. Ackman
LAW OFFICE OF DANIEL L. ACKMAN
28 Liberty Street, 6th Floor
New York, NY 10005
Tel: (917) 282-8178
d.ackman@comcast.net

David T. Goldberg
DONAHUE & GOLDBERG, L.L.P.
240 Kent Ave.
Brooklyn, NY 11249
Tel. (212) 334-8813
david@donahuegoldberg.com

## CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of the foregoing document was served on all counsel of record for the Defendants in this matter by ECF electronic filing on May 5, 2026.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

iii