UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
JONATHAN NNEBE, ALEXANDER KARMANSKY,
EDUARDO AVENAUT, KHAIRUL AMIN and the NEW
YORK TAXI WORKERS ALLIANCE individually and on
behalf of all others similarly situated,

**NOTICE OF APPEARANCE**

                                    Plaintiffs,          06 CV 4991 (RJS)

                    v.                                   (ECF Case)


MATTHEW DAUS, CHARLES FRASER, JOSEPH
ECKSTEIN, ELIZABETH BONINA, THE NEW YORK
CITY TAXI AND LIMOUSINE COMMISSION, and THE
CITY OF NEW YORK,

                                    Defendants.
------------------------------------------------------------------------ X

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel

CHERYL FAKHRY, appears as counsel for the Defendants in the above-captioned action and

requests to receive notice of all docket events via the Electronic Case Filing system. Service of

all pleadings, papers, and documents in this action should be served on the Office of the

Corporation Counsel of the City of New York as follows:

                    New York City Law Department
                    100 Church Street, Room 5-319
                    New York, NY 10007
                    ATTN: Cheryl Fakhry

        All communications should be directed to Charyl Fakhry at telephone number (212) 356-

2620 and fax number (212) 356-2059. Electronic court filing notices should be directed to

cfakhry@law.nyc.gov. Please note that service of papers by facsimile transmission is expressly

prohibited without prior consent of counsel, except for letters of three pages or less.

1

I certify that I am admitted to practice before this Court.

Dated: New York, New York
August 5, 2026

**STEVEN BANKS**
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
cfakhry@law.nyc.gov
Tel: (212) 356-2620

By: _____/S/_____.
Cheryl Fakhry
Assistant Corporation Counsel

To:    All Plaintiffs' Counsel via email